IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           October 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANA R. OLIVELLA-RIVERA

vs                                                CIVIL 98-2267CCC

POPULAR LEASING AND RENTAL, INC.,
et al

By order of the Court, the Motion Regarding Deposition (**docket entry 21**) is NOTED. Having considered the Reply to Order and the Answer to Reply to Order (**docket entries 22 and 23**), plaintiff is ORDERED to provide the documents listed in defendant Popular Leasing & Rental, Inc.'s answer to reply within the final term of fifteen (15) days after notice. Upon receipt of these documents, the deposition will be rescheduled at a time and place arranged by the parties. Failure to comply with this order will result in the imposition of sanctions. Parties to be notified.

*/s/* Secretary

3

