IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA-RIVERA

Plaintiff

vs.                                                             CIVIL 98-2267CCC

POPULAR LEASING AND RENTAL, INC.
BANCO POPULAR DE P.R. and their unknown
INSURANCE COMPANIES NAMED HEREIN
POPULAR LEASING INSURANCE CO.

Defendants

## ORDER

Having considered the Motion Regarding Failure of Plaintiff to Comply with Order filed by codefendant Popular Leasing & Rental, Inc. (**docket entry 25**), plaintiff's opposition (**docket entry 26**) and codefendant's latest Motion Regarding Failure of Plaintiff to Comply with Order (**docket entry 27**), the Court FINDS that there is no justification for the non-production of the documents since the medical condition certified by Dr. Lastra-Insern occurred about three (3) months ago, and codefendant has been trying to obtain production of the documents since July 1999 by way of direct communication with plaintiff's attorney and it filed three motions (**docket entries 21, 25 & 27**) in an effort to obtain them. Accordingly, plaintiff's attorney is SANCTIONED in the amount of $600.00 which shall be deposited with the Clerk of Court within the term of fifteen (15) days after notice, to be later withdrawn by codefendant's attorneys.

A final term of fifteen (15) days after notice is also GRANTED for the production of the requested documents. Plaintiff is admonished that failure to comply with this Order shall result in dismissal of the complaint for lack of diligence.

SO ORDERED.

At San Juan, Puerto Rico, on January 27, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)