IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              March 23, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANA R. OLIVELLA-RIVERA

vs                                                  CIVIL 98-2267CCC

POPULAR LEASING AND
RENTAL, INC., et al

By order of the Court, the **pretrial set for today is reset for April 7, 2000 at 4:45 PM.**

Defendant shall reply to the Motion Requesting Order to Set Aside Sanction (**docket entry 29**) within ten (10) days after notice. Parties to be notified.

*[signature]* - Secretary

*[handwritten notes:]*
3-28-00 By tel.
R. Olineras - Soyae then Zulma
D. Soyaz - No ans. at 765-5717
    faxed to 765-3058
Jose Diaz Nos (he will notify atty
    D. Soyaz personally)