## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    April 7, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANA R. OLIVELLA-RIVERA

vs                                        CIVIL 98-2267CCC

POPULAR LEASING AND
RENTAL, INC., et al

        This case was scheduled for a pretrial conference today.  Present were: Rafael Oliveras-

López-de-Victoria, counsel for plaintiff, José R. Díaz-Ríos and David López-Pumarejo, counsel

for defendants.

        The pretrial conference could not be held because the parties did not prepare a joint

proposed pretrial order but instead each attempted to submit separate documents.  They were

ORDERED to file a joint proposed pretrial order within ten (10) days after notice.  Failure to

do so will result in sanctions upon the attorney who is responsible for the non-compliance.

Parties to be notified.

                                                    ⌃⌃ - Secretary