IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                        May 8, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ANA R. OLIVELLA-RIVERA

vs                                             CIVIL 98-2267CCC

POPULAR LEASING AND
RENTAL, INC., et al


By order of the Court, since the filing of the joint proposed pretrial order has not been done even though it was ordered since April 7, 2000 (see docket entry 32), and the pretrial conference has not been held, the **jury trial set for May 9, 2000 is VACATED.** Parties to be notified.

— Secretary

Notified by tel.

Lic. R. Oliveras (764-3280 Zulma Rivera)
Lic. Díaz-Ríos (792-7013 Carlos Quiñones)
Lic. D. López-Pumarejo (398-4917)
L. Rivera, Operations Manager, Clerk's Office X3018

5-8-2000