IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA-RIVERA

Plaintiff

vs.                                             CIVIL 98-2267CCC

POPULAR LEASING AND RENTAL, INC.
BANCO POPULAR DE P.R. and their unknown
INSURANCE COMPANIES NAMED HEREIN
POPULAR LEASING INSURANCE CO.

Defendants

## ORDER

Having considered the **unopposed** Motion Requesting Order to Set Aside Sanction filed on February 11, 2000 by plaintiff (**docket entry 29**) which explains in more detail the time frame during which attorney Rafael Oliveras López-de-Victoria was ill, the same is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on June 23, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: R Oliveras
D. López
J. Díaz

JUN 27 2000