IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                    July 6, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ANA R. OLIVELLA-RIVERA

                                                          CIVIL 98-2267CCC
vs

POPULAR LEASING AND
RENTAL, INC. et al
_____

   By order of the Court, the Motion (**docket entry 30**) is moot.

   Parties to be notified.

                                                          - Law Clerk