IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF TRANSFER OF
CASES TO JUDGE JAY GARCIA
GREGORY

---

## ORDER

Effective August 1, 2000, the following cases shall be reassigned to the docket of Judge Jay García Gregory:

| | | | | |
|---|---|---|---|---|
| 90-2118 | 93-1768 | 94-2503 | 96-1515 | 96-1541 |
| 96-1549 | 97-2108 | 98-1854 | 98-1893 | 98-2069 |
| 98-2198 | 98-2211 | 98-2216 | 98-2244 | 98-2248 |
| ~~99-~~ | ~~99-~~ | ~~99-~~ | ~~99-~~ | ~~99-~~ |
| ~~99-1215~~ | ~~99-~~ | ~~99-~~ | ~~99-~~ | ~~99-~~ |
| ~~99-1551~~ | ~~99-~~ | ~~99-~~ | ~~99-~~ | ~~99-~~ |
| 99-1788 | 99-1792 | 99-1938 | 99-2002 | 99-2331 |
| 99-2427 | 00-1000 | 00-1067 | 00-1184 | 00-1461 |
| 00-1512 | 00-1515 | 00-1517 | 00-1570 | 00-1658 |

SO ORDERED.

At San Juan, Puerto Rico, on August 1, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| Case | Civ. No. |
|---|---|
| Rivera-Dávila, et al vs. Asset Conservation | 90-2118 |
| Resolution Trust Corp. vs. Muñoz-Franco | 93-1768 |
| Romero vs. Colegio de Abogados | 94-2503 |
| Beres, et al vs. Lockheed Martin | 96-1515 |
| Raytheon-Catalytic vs. Gulf Chemical Corp. | 96-1541 |
| Gulf Chemical Corp. vs. Raytheon-Catalytic | 96-1549 |
| Romero-Villanueva, et al vs. PREPA | 97-2108 |
| Suárez vs. US Postal Service | 98-1854 |
| Alsina-Ortiz, et al vs. Laboy | 98-1893 |
| Rivera, et al vs. American Home Prod. | 98-2069 |
| Vázquez-Casas vs. Commercial Develop. | 98-2198 |
| Zukowski vs. St. Lukes Home Care | 98-2211 |
| Abbott vs. USA | 98-2216 |
| Herman vs. Vigilantes, Inc. | 98-2244 |
| Quiñones-González vs. Loomis Fargo and Co. | 98-2248 |
| Olivella-Rivera vs. Popular Leasing | 98-2267 |
| Sicard, et al vs. Bray | 98-2334 |
| Sánchez-Ramos, et al vs. Toledo | 98-2425 |
| Roura vs. BMG Entertainment | 99-1060 |
| Negrón vs. Celebrity Cruises, Inc. | 99-1190 |
| Sánchez-Martínez, et al vs. United Technologies | 99-1215 |
| Miranda-De León vs. Cruz | 99-1344 |
| Rivera-Santiago vs. Empresas Stewart | 99-1406 |
| Fonseca-Saliceti vs. Fundación Dr. Pila | 99-1428 |
| Sánchez-Méndez, et al vs. USA | 99-1458 |
| Chavez-Organista vs. Vanos | 99-1551 |
| Montes-Ríos, et al vs. Empresas Cordero | 99-1602 |
| Alicea-Martínez, et al vs. Hosp. Menonita Cayey | 99-1656 |
| Cruz-Jimenez, et al vs. Mueblerías Delgado | 99-1792 |
| Vanos, et al vs. Chavez-Organista | 99-2002 |
| Congreso de Uniones vs. Trane Export, Inc. | 99-2331 |
| Lanio-Ledon, et al vs. Hospital Pavia | 99-2427 |
| Ortiz vs. Rattan Specialties | 00-1067 |
| Interamericana vs. Dean Witter Reynolds | 00-1461 |
| Local 1575, Internat vs. NPR, Inc. | 00-1512 |
| Posadas de San Juan vs. Tishman | 00-1515 |
| García-Chico, et al vs. PREPA | 00-1517 |
| ~~Kanematsu USA, Inc. vs. Olympic Mills Corp.~~ | ~~00-1570~~ |
| Serrao vs. Aramark Corporation | 00-1658 |

## MEMORANDUM OF THE CLERK

Pursuant to the Judges' agreement to the reassignment of forty-five cases per judge to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000, these cases are reassign to Judge García-Gregory.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 31st day of July, 2000.

> FRANCES RIOS DE MORAN
> Clerk of Court

By:  JOSE M. MORALES
     Chief Deputy Clerk