## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA-RIVERA

**Plaintiff(s)**

v.

CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL,
INC., ET AL

**Defendant(s)**

━━━━━━━━━━━━━━━━━━━━━━━━━━━

### ORDER

The Court grants Banco Popular de Puerto Rico until January 12, 2001 to show cause as to why the Court should not grant plaintiff's Motions (Dockets No. 38 and 40) requesting the Court to set aside prior Partial Judgment (Docket 10) dismissing the claim against Banco Popular.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge

Vivas
12/13/00