UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

Plaintiff(s)

v.                           CIVIL NUMBER: 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/28/00<br>**Title:** Motion Requesting Documents<br>**Docket(s):** 42<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The Court orders counsel for the plaintiff to resubmit copies of their motion requesting order to set aside judgment (Docket #38) and the motion requesting amendment to complaint and order to set aside prior judgment (Docket #40) to counsel for the defendant Banco Popular de Puerto Rico, Frank Cátala Morales, Esq. This order is to be complied with within ten (10) days from the date of entry of this order. As well, counsel for the defendant Banco Popular de Puerto Rico is to file an informative motion with the Court within ten (10) days of receiving the aforementioned documents confirming delivery as ordered by the Court. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge