IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA
**Plaintiff(s)**

v.

CIVIL NO.   98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC., et al
**Defendant(s)**

## ORDER

On April 10, 2001, the Court ordered counsel for plaintiff to resubmit copies of his motion requesting amendment to complaint and order to set aside prior judgment to counsel for defendant Banco Popular de Puerto Rico, Frank Cátala Morales, Esq. The order was to be complied with within ten (10) days of the order and Atty. Cátala was to certify to this Court the delivery of the documents.

Moreover, the Court had ordered all parties to file the answers to a questionnaire forwarded in January. The docket does not reveal that either plaintiff or defendants have complied with these orders of the Court.

The parties are ordered to comply with the aforementioned orders on or before August 1, 2001 or the Court will impose sanctions.

Plaintiff's request for a status conference (Docket #47) is denied at this time, until compliance with the Court's orders occurs.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge