IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

    Plaintiff(s)

    v.                                  CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL,
INC., et al

    Defendant(s)

---

### ORDER

The Court has read plaintiff's Motion (Docket 50) setting forth the reasons for filing the Court-ordered Questionnaire beyond the date set by the Court. It accepts plaintiff counsel's reasons for the late filing.

The Court also notes that in Answer 15 to the Questionnaire both plaintiff and defendant Popular Leasing and Rental, Inc. consent to trial before a Magistrate-Judge.

This case is referred to Magistrate-Judge Gustavo A. Gelpí for pretrial and trial. Magistrate-Judge Gelpí shall summon the parties to a status conference where settlement is to be explored and the trial consent form duly executed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of February 2002.

JAY A. GARCIA-GREGORY
United States District Judge