IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

   Plaintiff

     v.                            CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC., et. al.

   Defendants

## ORDER

A pretrial/settlement conference in this case is hereby set for **Tuesday, March 19, 2002 at 3:00 p.m.**.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of February, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge