**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ANA OLIVELLA RIVERA

    Plaintiff

    v.                                            CIVIL NO.  98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et al.
    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed:  July 18, 2000 | See ruling as to Docket No. 40. |
| Title: Motion Requesting Order to Set Aside Judgment | |
| Docket No.:  38<br>[x ] Plffs  [] Defs    [ ] Other | |

| MOTION | ORDER |
|---|---|
| Date Filed:  October 18, 2000 | This unopposed motion is hereby **GRANTED**.  The Partial Judgment (Docket No. 10) dismissing the claim against Banco Popular is hereby **SET ASIDE**. |
| Title:  Motion Requesting Amendment to Complaint and Order to Set Aside Prior Judgment | |
| Docket No.: 40<br>[ x] Plffs  [] Defs    [ ] Other | |

Date:   March 19, 2002

JAY A. GARCIA-GREGORY
United States District Judge