IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

Plaintiff

v.                                              CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et. al.

Defendants

## MINUTES OF PROCEEDINGS

A pretrial/settlement conference in this case was held today. Plaintiff was represented by attorney Rafael A. Oliveras-López de Victoria. Defendant Popular Leasing was represented by attorneys David López-Pumarejo and José Ricardo Díaz-Ríos.

The parties did not execute a consent form since at this time, plaintiff is contemplating setting aside the judgment in favor of Banco Popular, hence the consent of said party would be necessary.

The Court granted plaintiff until April 19, 2002 to further amend the complaint.

Following the filing of the answers to the complaint, the parties shall meet and set a discovery timetable as to any pending discovery. Discovery must be completed on or before **July 10, 2002**.

Dispositive motions shall be filed no later than **July 31, 2002**.

A settlement/pretrial conference is hereby set for **Tuesday, August 27, 2002 at 3:00 p.m.**.

The Court expects the parties to comply with the above deadlines.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of March, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge