IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

    Plaintiff

    v.                    CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et al.
    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: May 7, 2002<br><br>Title: Motion Regarding Failure of Plaintiff to Comply with Order<br><br>Docket No.: 58<br><br>[ ] Plffs   [x] Defs   [ ] Other | Because plaintiff did not file an amended complaint on or before the April 19, 2002 deadline (see Docket No. 57), she is now precluded from doing so.<br><br>The parties shall meet within the next ten (10) calendar days and set a timetable as to pending discovery. <u>The deadlines set by the Court on March 19, 2002 remain in effect</u>.<br><br>Failure to comply with this order shall result in sanctions to the non-complying party. |

Date: May 10, 2002

GUSTAVO A. GELPÍ
United States Magistrate-Judge