CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 24  AM 11: 48

RECEIVED AND FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ANA OLIVELLA RIVERA

    Plaintiff

      v.                  **CIVIL NO. 98-2267 (JAG)**

POPULAR LEASING AND RENTAL, INC.,
et. al.

    Defendants

_____

## ORDER

Because the Court has authorized plaintiff to amend the complaint, the discovery/motions deadlines set by the Court (see Minutes of Proceedings of May 19, 2002 (Docket No. 57)) are hereby **VACATED**.

A status/scheduling conference in this case is hereby set for **Tuesday, July 9, 2002 at 4:00 p.m.**.

The Court hereby informs the parties that it intends to expedite all matters in this case. Hence, the parties, in particular the plaintiff, are forewarned that failure to comply with the Federal Rules of Civil Procedure, Local Rules, and any orders of this Court shall result in sanctions and/or dismissal.  It is plaintiff's counsel's duty to obtain co-counsel or a substitute attorney in the event he cannot comply in the future with the Court's schedule.

**SO ORDERED.**

In San Juan, Puerto Rico this 23 day of May, 2002

                               GUSTAVO A. GELPI
                        United States Magistrate-Judge

CT Deputy