CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 MAY 24  AM 11: 52

RECEIVED AND FILED

ANA OLIVELLA RIVERA

    Plaintiff

v.                                    CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et al.
    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: May 17, 2002<br><br>Title: Reconsideration and Opposition and Reply to Motion Regarding Failure of Plaintiff to Comply with Order<br><br>Docket No.: 62<br><br>[x] Plffs  [] Defs   [ ] Other | **GRANTED.** Plaintiff's Amended Complaint is accepted. The Clerk of Court shall issue the corresponding summons for defendant, Puerto Rico American Insurance Co. (PRAICO). Due to the fact that the disposition of this case has been long delayed, plaintiff is hereby **ORDERED** to serve the Amended Complaint upon PRAICO withing thirty (30) days. Plaintiff shall also serve upon PRAICO a copy of this order, along with the summons. Failure to comply with this order shall result in dismissal of the Amended Complaint against PRAICO. |

| MOTION | ORDER |
|---|---|
| Date Filed: May 17, 2002<br><br>Title: Motion Requesting Default<br><br>Docket No.: 61<br>[x] Plffs  [] Defs   [ ] Other | **DENIED.** An amended complaint has been filed in this case. See Ruling as to Docket No. 62. |

Date: May 23, 2002

GUSTAVO A. GELPÍ
United States Magistrate-Judge