IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

    Plaintiff

    v.                                             CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et al.
    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: June 10, 2002 | Attorney Catalá is **GRANTED** leave to withdraw. The Clerk of Court shall take note of new counsel's address of record. |
| Title: Motion to Withdraw Legal Representation and Notice of Appearance | |
| Docket No.: 67 | |
| [ ] Plffs  [x] Defs   [ ] Other | |
| Date: June 12, 2002 | /s/ V.S.M.J. |

GUSTAVO A. GELPÍ
United States Magistrate-Judge