IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

   Plaintiff

     v.                               CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et. al.

   Defendants

_____

## ORDER TO SHOW CAUSE

Pursuant to its order of May 23, 2002 (Docket No. 63) the Court set a status/scheduling conference for **Tuesday, July 9, 2002 at 4:00 p.m.**.

Attorney David López-Pumarejo and Dagmar Adorno-Toro, for defendants, attended the conference. Counsel for plaintiff, however, failed to appear.

**WHEREFORE**, plaintiff's counsel shall **SHOW CAUSE** within twenty (20) days why he should not be sanctioned for failing to appear and/or notify the Court that he could not appear.

The Court hereby warns plaintiff that the failure to respond to this order or any future order can result in the dismissal of the case.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of July, 2002.

                                                     GUSTAVO A. GELPI
                                                 United States Magistrate-Judge