# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/28/02<br>**Title:** Motion Requesting Default<br>**Docket(s):** 70 | **DENIED.** |

[x] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other**

**Date:** July 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge