IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

    **Plaintiff**

    v.                                          CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL INC., et al

    **Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/21/02<br>**Title:** Motion<br>**Docket(s):** 74<br><br>X Plaintiff(s)    ☐ Third-Party<br>☐ Defendant(s)   ☐ Other | This motion is referred to Magistrate-Judge Gustavo A. Gelpí for disposition. |

Date: July 30, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



