IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

Plaintiff

v.　　　　　　　　　　　CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et. al.

Defendants

---

### ORDER

A further status conference is hereby set for **Tuesday, August 13, 2002 at 4:15 p.m.**.

Due to attorney Oliveras's medical condition, see Motion (Docket No. 74), the Court shall not sanction him for failing to appear at the previous status conference.

**SO ORDERED**.

At San Juan, Puerto Rico, this 2nd day of August, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge