IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

Plaintiff

v.  CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC., et. al.

Defendants

---

## MINUTES OF PROCEEDINGS AND ORDER

A further status conference was held today before the undersigned. Plaintiff was represented by attorney Rafael A. Oliveras-López De Victoria. Defendants were represented by attorneys Dagmar Adorno-Toro and David López-Pumarejo.

The Court **ORDERED** plaintiff to file <u>on or before September 9, 2002</u> a motion providing a more definite statement, particularly as to defendants' unlawful collection procedures, the dates thereof, and the specific statute violated.

The Court also modified its litigation deadlines (<u>see</u> Docket No. 57) as follows:

(i) <u>November 15, 2002</u> - discovery deadline. The parties shall agree to a discovery timetable within twenty (20) days and so inform the Court.

(ii) <u>December 15, 2002</u> - dispositive motion deadline.

(iii) The parties shall be ready for trial any time after March 1, 2003. A settlement/pre-trial conference shall be set, if necessary, once the dispositive motions are ruled upon.

All discovery impasses must be immediately brought to the Court's attention.

**SO ORDERED.**

In San Juan, Puerto Rico this 14th day of August, 2002.

U.S.M.J.

GUSTAVO A. GELPI
United States Magistrate-Judge