IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA-RIVERA

    **Plaintiff(s)**

    v.                            CIVIL NO. 98-2267 (JAG)

POPULAR LEASING & RENTAL, INC.

    **Defendant(s)**

### ORDER

The Trial Scheduling Order is hereby vacated. The parties should strictly abide to deadlines imposed by Magistrate-Judge Gustavo A. Gelpí at the status conference of August 14, 2002.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of September 2002.

                                      JAY A. GARCIA-GREGORY
                                      U.S. District Judge

