Case 3:98-cv-02267-GAG-JA   Document 81   Filed 09/17/2002   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANA OLIVELLA RIVERA

    Plaintiff

v.   CIVIL NO. 98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.,
et al.
    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: September 11, 2002<br><br>Title: Third Motion Regarding Failure of Plaintiff to Comply with Order<br><br>Docket No.: 80<br><br>[] Plffs  [x] Defs   [ ] Other | Plaintiff will show cause on or before Friday, September 20, 2002, why this case should not be dismissed and/or she be fined for failing to comply with the Court's orders. A courtesy copy shall be delivered to the undersigned's chambers on the above date. |

Date: September 16, 2002

                            U.S.M.J.

                        GUSTAVO A. GELPÍ
                  United States Magistrate-Judge

