# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

    **Plaintiff(s)**

        **v.**                          **CIVIL NO.** 98-2267 (JAG)

POPULAR LEASING AND RENTAL,
INC. et al

    **Defendant(s)**

---

## JUDGMENT

Pursuant to the Order of this date and for the reasons stated therein, this action is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of October, 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge