## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA R. OLIVELLA RIVERA<br><br>**PLAINTIFFS**<br><br>Vs.<br><br>POPULAR LEASING AND RENTAL INC., BANCO POPULAR DE P.R. AND THEIR UNKNOWN INSURANCE COMPANIES NAMED HEREIN "POPULAR LEASING INSURANCE, CO." AND PUERTO RICO AMERICAN INSURANCE, CO. (PRAICO)<br><br>**DEFENDANTS** | Civil num. 98-2267 JAG<br><br>**Credit Collection Damages**<br>**Trial by Jury Requested** |

## NOTICE OF APPEAL

Notice of hereby given that all the above captioned plaintiffs in this case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgments entered in this case on October 7, 2002, entered on docket on October 7, 2002. Said judgment dismissed the present complaint in this case against the above mentioned defendants. The facts and issues in controversy are extremely meritorious in favor of the above captioned plaintiffs.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this November 5, 2002.

*filing fee pending*
*cp: Appeals Clerk 11/6/02*

**I HEREBY CERTIFY** that on this same date a true and exact copy of the foregoing proof-of-service was sent by first-class mail to David López Pumarejo, at PO Box 190743, San Juan, Puerto Rico 00919-0743 and Bufete Catala Morales & Vidal Arbona, Ldca. Dagmar A. Adorno Toro Atorneys for Banco Popular of Puerto Rico, P O Box 70244, San Juan, PR 00936-8244.

RAFAEL A. OLIVERAS LÓPEZ DE VICTORIA
EDIF. ASOC. DE MAESTROS 609
AVE. PONCE DE LEON 452
HATO REY, P.R. 00918
USDC-119606
TELEPHONE: (787) 764-3280

```
bn
Wed Nov  6 13:37:14 2002

   UNITED STATES DISTRICT COURT

   HATO REY         , PR

Receipt No.   100 131722
Cashier           neil

Tender Type   CASH

Transaction Type   N

DO Code    Div No      Acct
 4669        1        006900

Amount              $   105.00


   98-2267(JAG)APPEAL FEE FR:RAFAEL A O
LIVERAS



   bn
```

C/S: Appeals Clerk
11/6/02