# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA
**Plaintiff(s)**

v.

**CIVIL NO.**   98-2267 (JAG)

POPULAR LEASING AND RENTAL, INC.
et al
**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   10/18/02<br>**Title:** Motion for Reconsideration<br>**Docket(s):** 85<br><br>**X Plaintiffs**<br>☐ **Defendant(s)** | GRANTED. The judgment entered on October 7, 2002 is hereby vacated and the case is hereby reopened.<br>Plaintiff's tendered statement shall be docketed.<br>Nonetheless, plaintiff is admonished that any further noncompliance of court orders without excuse or prior notice to the Court will not be tolerated. This case will be placed on an expedited trial scheduling order and any future failure to comply with court orders will be cause for dismissal<br>This case is hereby referred to Magistrate Judge Gustavo A. Gelpi for a status and settlement conference. The Magistrate Judge shall arrive at a tentative trial scheduling order with the parties for approval by this Court. The parties are to strongly consider consenting to the Magistrate Judge's jurisdiction. Any objections to the exercise of jurisdiction by the Magistrate Judge shall be field by September 30, 2003. Failure to object will be construed as implicit consent to the Magistrate Judge's exercise of jurisdiction. See Roell v. Withrow, 123 S.Ct. 1696 (2003). |
| **Date Filed:**   10/23/02<br>**Title:**   Motion to Dismiss<br>**Docket(s):** 87<br><br>☐ **Plaintiffs**<br>**X Defendant(s)** | MOOT. |

Date:   September 4, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

operations Manager