UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA R. OLIVELLA RIVERA **PLAINTIFFS** Vs. POPULAR LEASING AND RENTAL INC., **et. als.** **DEFENDANTS** | Civil No. 98-2267-CC **Credit Collection Damages** |

## MOTION REQUESTING SCHEDULING ORDER

**TO THE HONORABLE COURT:**

1. Last year on September 16, 2003, Plaintiff informed the U.S. Court of Appeal that this Honorable Court vacated its judgment whereby the complaint was dismissed thus re-opened the proceedings therein.

2. In addition is requested before this Honorable Court that the case be heard before the presiding Judge, Honorable Jay García and not a magistrate.

3. Again, Plaintiff respectfully request that the present case be re-schedule for pre-trial conference and a jury trial before Honorable Judge Jay García.

RESPECTFULLY REQUESTED.

I certify that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López Pumarejo, Esq., Dagmar A. Adorno Toro, Esq., Pérez Pietri & Díaz Ríos.

In San Juan, Puerto Rico, at this May 3, 2004.

s/RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
USDC: 119606
BLDG. ASOCIACION DE MAESTROS
SUITE 605
452 PONCE DE LEON AVE.
SAN JUAN, PUERTO RICO 00918
TEL: (787) 764-3280/FAX: 763-8328