**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANA R. OLIVELLA RIVERA, <u>et al.</u>,<br><br>**Plaintiff(s)**<br><br>v.<br><br>POPULAR LEASING & RENTAL, INC., <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO.** 98-2267 (JAG) |

**ORDER**

Due to the Court's heavy criminal calendar, the pretrial conference and trial dates in this matter are hereby vacated <u>sine die</u>. Parties are advised that new dates may not be scheduled until mid 2005. The parties are urged to consider consenting to having a Magistrate-Judge preside over the jury trial. Parties shall have ten (10) days in which to inform the Court if they consent.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of October 2004.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge