UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
ANA R. OLIVELLA RIVERA          *    CIVIL NO.: 98-2267 (CC)
                                *
        Plaintiff               *
                                *
            v.                  *
                                *    JURY TRIAL DEMANDED
POPULAR LEASING AND RENTAL, INC.,  *
ET AL.                          *
                                *
        Defendants              *
                                *
-----------------------------------*
```

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Comes now the undersigned attorney on behalf of defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominated Puerto Rican American Insurance Company) and BANCO POPULAR DE PUERTYO RICO, and respectfully informs and requests as follows:

1.  That the undersigned attorney will assist in the defense of the above mentioned defendants in the present case.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion and allows the undersigned attorney to represent the above mentioned co-defendants in the present case.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Rafael A. Oliveras López de Victoria, Esq., David López Pumarejo, Esq., José R. Díaz Ríos, Esq. and Dagmar Adorno Toro, Esq.**

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 13th day of January, 2005.

s/ JORGE LOPEZ LOPEZ
USDC NO.: 202002
Attorney for defendants Preferred
Risk Insurance Company and Banco
Popular de Puerto Rico
OTERO & LOPEZ, L.L.P.
P.O. Box 9023933
San Juan, Puerto Rico 00902-3933
Tel: 724-4828
Fax: 722-7662
e-mail: otelo@prtc.net