## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA ROSA OLIVELLA RIVERA<br>**Plaintiff** | * CIVIL NUMBER: 98-2267<br>*<br>* |
| Vs. | *<br>* |
| POPULAR LEASING AND RENTAL INC.;<br>Banco Popular De PR and Their Unknown<br>Insurance Companies Named Herein<br>"Popular Leasing Insurance, Co." and<br>Puerto Rico American Insurance, Co. (PRAICO)<br>**Defendants** | *<br>* CREDIT COLLECTION<br>* DAMAGES<br>*<br>* TRIAL BY JURY REQUESTED<br>* |

*******************************************

# MOTION REQUESTING PRE-TRIAL CONFERENCE

TO THE HONORABLE COURT:

COMES NOW plaintiff through the undersigned attorney and respectfully alleges and pray:

1. On November 1, 2004, the present case was set for pretrial; however, due to a pending criminal trial the Honorable Court cancelled said conference.

2. Plaintiff most respectfully request that this case be rescheduled for a pre-trial and settlement conference on any of the following dates in the month of _**March, 2005: Wednesday 2, Friday 4, Thursday 17 and Tuesday 29**_ Also available in the month of _**April, 2005**_ the following days: _**Wednesday 13, Thursday 14 and Friday 15**_.

RESPECTFULLY REQUEST.

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López, Esq., Dagmar A. Adorno Toro, Esq., Pérez Pietri & Díaz Ríos.

In Caguas, Puerto Rico, this January 21, 2005.

s/Rafael A. Oliveras López de Victoria
Rafael A. Oliveras López de Victoria
USDC: 119606
Urb. Villa del Rey
4G9, Calle 2, 4ta. Sección
Caguas, PR 00727-6704
TEL: 744-8588 / FAX: 703-0977
Email: roliveralv@prtc.net
