UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANA R. OLIVELLA RIVERA | * | CIVIL NO.: 98-2267 (CC) |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | **JURY TRIAL DEMANDED** |
| POPULAR LEASING AND RENTAL, INC., | * | |
| ET AL. | * | |
| | * | |
| **Defendants** | * | |
| | * | |
| _____* | | |

## MOTION TO COMPLY WITH COURT ORDER

TO THE HONORABLE COURT:

Comes now the undersigned attorney on behalf of defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominate Puerto Rican American Insurance Company) and Banco Popular de Puerto Rico, and respectfully informs and requestes as follows:

1. On May 10, 2005 the Court entered an Order granting the parties five (5) days to inform the case on the status of the case.  Docket No. 110.

2. In the status conference held on March 2, 2005 in lieu of pretrial conference the parties agreed to meet to streamline the issues of the case and discuss settlement possibilities.

3. However, the parties could not meet because one of the attorneys could not attend the meeting on account of sickness.

4. The parties must meet to agree on a final Proposed Trial Order as well as to streamline the issues and discuss settlement possibilities.

-2-

5.  To these effects, the appearing party has tried to contact attorneys David López Pumarejo at telephone 787-765-5117 and Rafael Oliveras at 744-8588 unsuccessfully.

6.  As we advised the Court in our motion of January 13, 2005, as soon as the issues are streamlined, defendants may file for summary judgment on the grounds that plaintiff has no cause of action under the Consumer Protection Act, Fair Credit Reporting Act and Fair Credit Collection Act.

7.  A further informative motion will be filed as soon as the undersigned gets in touch with the aforementioned attorneys.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rafael A. Oliveras de Victoria, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/EDF participants:  David López Pumarejo, Esq., P.O. Box 195351, San Juan, Puerto Rico 00919-5351; Dagmar A. Adorno Toro, Esq., Bufete Catala Morales & Vidal Arbona, P.O. Box 70244, San Juan, Puerto Rico 00936-8244;  José R. Díaz Ríos, Esq., Peréz Pietri & Díaz Ríos, P.O. Box 190743, San Juan, Puerto Rico   00919-0743.

San Juan, Puerto Rico this 13th day of May, 2005.

> s/ Alexis D. Mattei Barrios
> Aleixs D. Mattei Barrios Number Bar 113610
> USDC NO.: 113610
> Attorney for defendants Preferred
> Risk Insurance Company and
> Banco Popular de Puerto Rico
> OTERO & LOPEZ, L.L.P.
> P.O. Box 9023933
> San Juan, Puerto Rico 00902-3933
> Tel: 787-724-4828
> Fax: 787-722-7662
> e-mail: otelo@prtc.net