# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA ROSA OLIVELLA RIVERA<br>**Plaintiff** | *  CIVIL NUMBER: 98-2267<br>*<br>* |
| **Vs.** | *<br>* |
| POPULAR LEASING AND RENTAL INC.;<br>Banco Popular De PR and Their Unknown<br>Insurance Companies Named Herein<br>"Popular Leasing Insurance, Co." and<br>Puerto Rico American Insurance, Co. (PRAICO)<br>**Defendants** | *<br>*  CREDIT COLLECTION<br>*  DAMAGES<br>*<br>*  TRIAL BY JURY REQUESTED<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COMES NOW plaintiff through the undersigned attorney and respectfully alleges and pray:

1.  A conference was scheduled between the legal representatives of each party on April 18, 2004, at the offices of Attorney Alexis D. Mattei.

2.  The same could not be held for Attorney Alexis D. Mattei was still litigating a state civil bench trial which was extended another week for its final completion and on the April 18th week.

3.  Moreover, undersigned was still recuperated of a probable hernia at the right inguinal region (which was later diagnosed as a thromboflebitis

inflammation). At the time undersigned would barely walk and was told to limit his movements until said inflammation could subside. This was told personally to a paralegal of Attorney Alexis D. Mattei, who thereafter remitted the message to Attorney David López Pumarejo.

4. Because of these two valid reasons the conferences was temporarily suspended.

5. Plaintiff's legal representative respectfully informs his availability for the continuation of the agreed conference on the following dates: June 2 at 9:30Am, June 3 at 2:00Pm, June 20 at 1:00Pm and June 21 at 1:00Pm.

6. Therefore, it is respectfully requested that the legal representatives of all parties in this case inform of their availability for said proposed dates.

7. Therefore, it is requested that this Honorable Court accepts our compliance with said order. Also it is informed that from May 12 to May 15, undersigned was in Atlanta, Georgia taking a deposition and could not respond in time. Therefore, it is respectfully requested that leave be granted to file our reply to said order.

**RESPECTFULLY REQUEST.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López Pumarejo, Esq., Alexis D. Matei, Esq., Pérez Pietri & Díaz Ríos.

In Caguas, Puerto Rico, this May 18, 2005.

s/Rafael A. Oliveras López de Victoria
Rafael A. Oliveras López de Victoria
USDC: 119606
Urb. Villa del Rey
4G9, Calle 2, 4ta. Sección
Caguas, PR 00727-6704
TEL: 744-8588 / FAX: 703-0977
**Email: roliveralv@prtc.net**