**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **Ana R. Olivella Rivera** | *98 -2267 JAG* |
| *Plaintiff* | No.  02-2550  *SEC* |
| vs. | |
| **Popular Leasing and Rental, Inc and others** | District Court No. |
| *Defendants* | |

2005 MAY 18 PM 2: 23
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED AND FILED

## MOTION TO INFORM STATUS

**TO THE HONORABLE COURT:**

Comes now defendants **Popular Auto, Inc** (formerly Popular Leasing & Rental, Inc.) and respectfully shows and prays:

1. As per orden of the Court the parties were to convene to discuss and stipulate the specific dates on which all counts brought under Federal Law occurred and to determine if they were time barred.  Also to discuss a possible settlement.

2. This meeting was to be held at the offices of brother counsel Alexis D. Mattei Barrios in Santurce on April 18, 2005.

3. On said date, the meeting was cancelled by Mr. Oliveras López de Victoria, for reasons of health.  No further date was coordinated and the meeting is still pending.

4. We contacted Mr. Mattei by telephone, but we have not been able to locate Mr. Oliveras or talk to him by phone.

**WHEREFORE**, Defendants respectfully request that Honorable Court takes notice as to the status of this case.

**I HEREBY CERTIFY:** that on this same date, a copy of this document was sent to brother counsel **Rafael A. Oliveras López de Victoria, Esq.,** Avenida Ponce de León 452, San Juan, Puerto Rico, Puerto Rico 00918; to **Alexis D. Mattei-Barrios, Esq.** Box 902393, San Juan, Puerto Rico 00902-3933; and to **Dagmar Adorno, Esq.** Box 70244, San Juan, Puerto Rico 009368244

In San Juan, Puerto Rico, May 16,  2005.

*Pérez Pietri & Díaz Ríos*
Attorneys For Popular Leasing
P. O. Box 190743
San Juan, P. R. 00919-0743                  3
Tel. 792-7013 / Fax 792-8520

**David López-Pumarejo, Esq.**
USDC No. 123711
Email dlpuma@coqui.net