UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANA R. OLIVELLA RIVERA | * | CIVIL NO.: 98-2267 (CC) |
| | * | |
| <u>Plaintiff</u> | * | |
| | * | |
| v. | * | |
| | * | JURY TRIAL DEMANDED |
| POPULAR LEASING AND RENTAL, INC., ET AL. | * | |
| | * | |
| | * | |
| <u>Defendants</u> | * | |
| | * | |
| _____ | * | |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Codefendants Preferred Risk Insurance Company and Banco Popular de Puerto Rico, through the undersigned attorneys, respectfully advises the Court as follows:

1. In his "Motion in Compliance with Order" dated May 18, 2005, attorney for plaintiffs avers that he can meet with the attorneys of record on June 2, 3 or 21.

2. On this same date, by letter, the undersigned has advised attorney Rafael Oliveras and all other attorneys of record, that I will be available to meet in the afternoon of June 21, or alternately on June 22, June 23 in the afternoon or June 24 in the morning.

**RESPECTFULLY SUBMITTED.**

-2-

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rafael A. Oliveras de Victoria, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/EDF participants:  David López Pumarejo, Esq., P.O. Box 195351, San Juan, Puerto Rico 00919-5351; Dagmar A. Adorno Toro, Esq., Bufete Catala Morales & Vidal Arbona, P.O. Box 70244, San Juan, Puerto Rico 00936-8244;  José R. Díaz Ríos, Esq., Peréz Pietri & Díaz Ríos, P.O. Box 190743, San Juan, Puerto Rico   00919-0743.

San Juan, Puerto Rico this 19 day of May, 2005.

s/ Alexis D. Mattei Barrios
Aleixs D. Mattei Barrios Number Bar 113610
USDC NO.: 113610
Attorney for defendants Preferred
Risk Insurance Company and
Banco Popular de Puerto Rico
OTERO & LOPEZ, L.L.P.
P.O. Box 9023933
San Juan, Puerto Rico 00902-3933
Tel: 787-724-4828
Fax: 787-722-7662
e-mail: otelo@prtc.net