# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANA ROSA OLIVELLA RIVERA | * | CIVIL NUMBER: 98-2267 |
| **Plaintiff** | * | |
| | * | |
| **Vs.** | * | |
| | * | |
| POPULAR LEASING AND RENTAL INC.; | * | |
| Banco Popular De PR and Their Unknown | * | CREDIT COLLECTION |
| Insurance Companies Named Herein | * | DAMAGES |
| ¨Popular Leasing Insurance, Co.¨ and | * | |
| Puerto Rico American Insurance, Co. (PRAICO) | * | TRIAL BY JURY REQUESTED |
| **Defendants** | * | |

*******************************************

# MOTION REQUESTING TRIAL DATE

**TO THE HONORABLE COURT:**

COMES NOW plaintiff through the undersigned attorney and respectfully alleges and pray:

1.    Plaintiff respect Requesting a Trial Date in this case.

2.    Already a pre trial conference have been held.

3.    Plaintiff is available on the following dates **October 12, 2005 to October 14, 2005** and from **October 17, 2005 to October 21, 2005** except October 19, 2005; and also from **October 31, 2005 to November 3rd, 2005 as** addition dates Plaintiff is available from **November 14, 2005 to November 18, 2005**.

4.    Plaintiff respectfully request that said trial be heard by Honorable Jay A. García Gregory.

**RESPECTFULLY REQUEST.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López Pumarejo, Esq. & Lcdo. José R. Diaz Ríos, Esq., Alexis D. Mattei, Esq., Lcda. Dagmar Adorno, Esq., Pérez Pietri & Díaz Ríos.

In Caguas, Puerto Rico, this July 27, 2005.

s/Rafael A. Oliveras López de Victoria
**Rafael A. Oliveras López De Victoria**
**Attorney for Plaintiffs**
USDC-PR: 119606
URB. VILLA DEL REY
4G-9, CALLE #2, 4TA.-SECCION
CAGUAS, PUERTO RICO 00727-6704
TEL: (787) 744-8588/ FAX: (787)703-0977
E-mail: roliveralv@prtc.net