# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA ROSA OLIVELLA RIVERA<br>**Plaintiff** | * CIVIL NUMBER: 98-2267 |
| Vs. | |
| POPULAR LEASING AND RENTAL INC.;<br>Banco Popular De PR and Their Unknown<br>Insurance Companies Named Herein<br>"Popular Leasing Insurance, Co." and<br>Puerto Rico American Insurance, Co. (PRAICO)<br>**Defendants** | * CREDIT COLLECTION<br>* DAMAGES<br>* TRIAL BY JURY REQUESTED |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

COMES NOW plaintiff through the undersigned attorney and respectfully alleges and pray:

1. Upon telephone conference with attorney Alexis D. Mattei Barrios, undersigned respectfully informs that both attorneys will be available for a procedural conference at attorney Mattei Barrios's office for the following dates:

    a) **August 16, 2005**, only at 10:00am.

    b) **August 24, 2005**, at 10:00am or either at 2:00pm.

2. Attorney Alexis D. Mattei has indicated that he will contact co-coursellors, David López Pumarejo and Dagmar Adorno, who also represent Popular Leasing and their insurance company, regarding these dates. Attorney Mattei Barrios is the leading counsel for defendants and represent Banco Popular de Puerto Rico.

3. Therefore, it is respectfully informed that said conference between the attorneys will be held on either said dates is order to streamline the procedural matters in this case.

**RESPECTFULLY INFORMED.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López Pumarejo, Esq. & Lcdo. José R. Diaz Ríos, Esq., Alexis D. Mattei, Esq., Lcda. Dagmar Adorno, Esq., Pérez Pietri & Díaz Ríos.

In Caguas, Puerto Rico, this July 27, 2005.

s/Rafael A. Oliveras López de Victoria
**Rafael A. Oliveras López De Victoria**
Attorney for Plaintiffs
USDC-PR: 119606
URB. VILLA DEL REY
4G-9, CALLE #2, 4TA.-SECCION
CAGUAS, PUERTO RICO 00727-6704
TEL: (787) 744-8588/ FAX: (787)703-0977
E-mail: roliveralv@prtc.net

2