UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANA R. OLIVELLA RIVERA | * | CIVIL NO.: 98-2267 (CC) |
| | * | |
| <u>Plaintiff</u> | * | |
| | * | |
| v. | * | |
| | * | JURY TRIAL DEMANDED |
| POPULAR LEASING AND RENTAL, INC., | * | |
| ET AL. | * | |
| | * | |
| <u>Defendants</u> | * | |
| | * | |
| _____ | * | |

## MOTION CONCERNING LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

Codefendants Preferred Risk Insurance Company and Banco Popular de Puerto Rico, through the undersigned attorneys, respectfully advise the Court as follows:

1. That to this date the appearing codefendants have been represented by the law offices of Otero and López and by law the offices of F. Catalá Morales jointly.

2. However, as of this date and with the approval of said appearing codefendants, both Preferred Risk Insurance Company and Banco Popular de Puerto Rico will be represented only by the law offices of Otero & López, L.L.P.

WHEREFORE, the appearing parties respectfully request the Court to admit the law office of Otero & López, L.L.P., as their sole representatives and order the elimination of bufete Catalá & Morales from the list of active attorneys in the present case.

-2-

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rafael A. Oliveras de Victoria, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/EDF participants:  David López Pumarejo, Esq., P.O. Box 195351, San Juan, Puerto Rico 00919-5351; Dagmar A. Adorno Toro, Esq., Bufete Catala Morales & Vidal Arbona, P.O. Box 70244, San Juan, Puerto Rico 00936-8244;  José R. Díaz Ríos, Esq., Pérez Pietri & Díaz Ríos, P.O. Box 190743, San Juan, Puerto Rico   00919-0743.

San Juan, Puerto Rico this 10 day of August, 2005.

s/ Alexis D. Mattei Barrios
Aleixs D. Mattei Barrios
USDC NO.: 113610
Attorney for defendants Preferred
Risk Insurance Company and
Banco Popular de Puerto Rico
OTERO & LOPEZ, L.L.P.
P.O. Box 9023933
San Juan, Puerto Rico 00902-3933
Tel: 787-724-4828
Fax: 787-722-7662
e-mail: otelo@prtc.net