```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF PUERTO RICO
 3
 4   ANA R. OLIVELLA RIVERA        :   CIVIL NO.  98-2267 (CCC)
 5         Plaintiff               :
 6   VS.                           :
 7   POPULAR LEASING AND RENTAL    :
 8   INC., et al                   :
 9         Defendants              :
10   ..............................:
11
```

## TRANSCRIPTION

## OF

## TAKING OF DEPOSITION

The taking of the deposition of MRS. ANA R. OLIVELLA was held on June 23, 1999, at the law offices of Mr. David López Pumarejo, located at Esquire Building, Hato Rey, Puerto Rico.

Present representing plaintiff was Mr. Rafael Oliveras López de Victoria, Esquire.

Present for the defendants were Mr. David López Pumarejo, Esquire, and Mr. José R. Díaz Ríos, Esquire.

Mr. Rafael Oliveras López de Victoria acted as Notary Public for this taking of deposition.

The following proceedings took place:

71

| | | |
|---|---|---|
| 1 | Q | You didn't answer the letter or call Popular Leasing or anything? |
| 2 | | |
| 3 | A | No, para nada. Yo dije déjame esperar. |
| 4 | Q | Did you call the attorney or not? |
| 5 | A | No, no lo llamé para nada. No lo llamé. |
| 6 | Q | Okay. You allege in your complaint that your credit was damaged. |
| 7 | | |
| 8 | A | Sí. |
| 9 | Q | And ... we can, we don't know what is the damage because we don't have the reports here. |
| 10 | | |
| 11 | MR. OLIVERAS: | |
| 12 | | Also we documents she gave you in the morning regarding the ... the letter which states specifically that credit was denied and it's ... and I believe that that was Banco Santander. And we probably have you saw the ... |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | MR. LÓPEZ PUMAREJO: | |
| 18 | Q | When you received those, the credit denials, did you call the institution or the credit reporting agency to find out what ... |
| 19 | | |
| 20 | | |
| 21 | DEPONENT: | |
| 22 | A | Sure. Para, para obtener una copia de mi informe de crédito. |
| 23 | | |
| 24 | Q | Okay. Did you speak with someone there? |
| 25 | A | ¿En qué lugar? |

| | | |
|---|---|---|
| 1 | Q | In the credit reporting ... |
| 2 | A | No, simplemente llevo la carta y me dan una copia |
| 3 | | de mi informe de crédito y sigo, yo quiero saber |
| 4 | | por qué me denegaste un crédito.  Pues es obvio |
| 5 | | ver que Popular Leasing tiene siete cuentas al día |
| 6 | | de hoy tiradas a pérdida en mi Credit Bureau y en |
| 7 | | cobro.  ¿Cómo es posible que puedan haber siete |
| 8 | | cuentas de una misma persona?  Yo solo puedo |
| 9 | | manejar un vehículo.  Tengo un solo vehículo. |
| 10 | | Siete cuentas tiradas a pérdidas cuando yo tengo, |
| 11 | | y creo que lo tengo en la cartera, un título de |
| 12 | | propiedad de un vehículo y una licencia de un |
| 13 | | vehículo a nombre mío.  Qué quiere decir, |
| 14 | | cancelaste la deuda, pagaste, y entonces cómo es |
| 15 | | posible que aparezca en el Credit Bureau como que |
| 16 | | está en pérdida. |
| 17 | Q | When did that happen? |
| 18 | A | Eso sucedió para septiembre del noventa y siete. |
| 19 | | Aquí está la carta que ... septiembre, noviembre |
| 20 | | creo del noventa y siete, vamos a buscar la carta, |
| 21 | | que emite la señora Cardona ... Carmona, perdón, |
| 22 | | de Popular Leasing y jamás lo arreglaron.  Jamás |
| 23 | | lo arreglaron.  Me ha traído un montón de |
| 24 | | inconvenientes.  Inclusive he tratado de comprar |
| 25 | | una casa, una propiedad a mi nombre y no he |