# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA            Civil no.<u>98-2267 JAG</u>
    **PLAINTIFFS**

    Vs.

POPULAR LEASING AND RENTAL INC., **Et. als.**
    **DEFENDANTS**

## MOTION REQUESTING EXTENSION TO FILE OPPOSITION

TO THE HONORABLE COURT:

    Comes now Plaintiff through the undersigned attorney and most respectfully alleges and prays:

    1. On September 23, Plaintiff was notified a belated motion requesting summary judgment and/or dismissal.

    2. Said motion was filed after the period for dispositive motion terminated.

    3. However, Plaintiff must respond to said motion in a timely fashion.

    4. But due to the four issues presented in said motion, Plaintiff most respectfully requested a 40 days time period to present the same.

Undersigned had scheduled prior to said motion a ten days personal trip to Orlando, Florida.

Therefore, it is respectfully request that extension be granted.

**RESPECTFULLY REQUESTED.**

**I HEREBY CERTIFY** that the foregoing document was filed with the Clerk of the Court using CM/ECF system, which will submit notification of such filing to: David López Pumarejo, Esq.

In Caguas, Puerto Rico at 5 days of October of 2005.

S/RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
4G9, CALLE 2, 4TA. SECCION
URB. VILLA DEL REY
CAGUAS, PR 00727-6704
USDC-PR 119606
TEL: 744-8588/ FAX: 703-0977