

## AUTORIZACION PARA DEVOLUCION DE UNIDAD

__06/17/96__  
FECHA

__NISAN STANZA '92__  
DESCRIPCION DE UNIDAD/MODELO

__07686-0833__  
NUMERO DE CUENTA

__BKX-901__  
TABLILLA

Por este medio autorizo a __JOSE AMADEO__ a devolver la unidad arriba descrita. Esta unidad fue:

( )  REPOSEIDA   (X) ENTREGA VOLUNTARIA   ( ) CONTESTADA

El cliente ha pagado la cantidad de $__2,235.95__ por concepto de facturas en atraso. (Retenga copia del cheque o recibo en el expediente).

FIRMA CLIENTE  
_____  
ANA R. OLIVELLA RIVERA

FIRMA AUTORIZADA  
_____  
DEPTO. SERVICIOS ESPECIALES

cf: Depto. Seguros y Tablilla (María L. Merced)  
    Depto. Cobros (Miriam Gascot)  
    Depto. Contabilidad (Roberto Escobar)

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6245 • TELS (809) 751-4848 • 792-9292

**CONFIRMACION DE ENTREGA DE UNIDAD**
**DEPARTAMENTO DE COBROS**

NOMBRE DEL CLIENTE: _Ana R. Olivella Rivera_

NUMERO DE CUENTA: _02-500-07686-08337_

DESCRIPCION DE LA UNIDAD: _Nissan - Stanza - 1992_
_color perla Tab. BTX-901_

1. RAZONES DE LA ENTREGA:

   ECONOMICAS ☐    ENFERMEDAD ☐    DESEMPLEO ☐
   OTROS ☒         EXPLIQUE:

   _Deposito junio 14, 1996 hasta julio 12, 96_

2. SE ME EXPLICO QUE SE PROCEDERA A DISPONER DE LA UNIDAD CONFORME A LA CLAUSULA DIECISEIS (16) DEL CONTRATO, SERE RESPONSABLE DE CUALQUIER DEFICIENCIA QUE OCURRA ENTRE EL BALANCE DEL CONTRATO Y EL PRODUCTO DE LA VENTA DE LA UNIDAD, SI YO NO CUMPLIESE TAMPOCO CON DICHAS DISPOSICIONES.

3. ME INTERESA RECIBIR OFERTA DE COMPRA Y DE NO ACEPTARLA, Y RECUPERAR LA UNIDAD PAGARE UN CARGO ADICIONAL DE $_____ (*)

4. COMENTARIOS DEL CLIENTE:

   _Según garantizado por el Sr. Tomás Aponte y la Sra. Tejeda, la unidad será retenida en este lote por 30 días antes de comenzar algún tipo de negocio con la misma._

   _____    6/14/96    _Ana R. Oliv._  6/14/96
   FIRMA DEL COBRADOR         FECHA       FIRMA DEL CLIENTE

(*) Se me explicó que si comenzado el proceso entiendo que no me conviene se venda la unidad, podré recuperar la misma y continuar con el contrato hasta su vencimiento, si así lo informo dentro del término según establecido en la cláusula dieciséis (16) del contrato luego de haber sido informado de la oferta mayor de compra y el balance de la deuda pendiente. Además, que estaré obligado a pagar a Popular Leasing los gastos incurridos por éste en las gestiones de solicitar ofertas de compra, y relevo expresamente Popular Leasing de cualquier daño que pueda recibir o sufrir la unidad en tales gestiones.

# POPULAR LEASING
## CONDICION DE AUTOMOVIL REPOSEIDO

IRCI

Fecha 6/14/96  Supervisor _____  Zona _____

NOMBRE CLIENTE Ana R. Olivella Ruiz   NOMBRE TP N/A

Embargo ( ) Si (X) No   Entrega Voluntaria N/A   Deposito (Desde 6/14/96 Hasta 7/12/96)
Aviso de Accidente _____   Seguro ( ) Total ( ) Parcial   Fotos ( ) Si ( ) No
Relevos ( ) Si ( ) No   Relevos TP ( ) Si ( ) No    Junio 14,96 hasta Julio 12,96

#Contrato 02-506-07656-00-08337  ( ) Conv ( ) PRP ( ) MPRP (X) Lease
Marca y Año Nissan 92  Modelo Stanza  Color Perla  Millaje 079608
Licencia (X) Si ( ) No  Numero _____  Marbete (X) Si ( ) No  Numero 1607806
Tablilla BFX-91  VIN _____  Placas en ( ) Dash ( ) Comp. Motor ( ) Puerta
Llaves: ✓ Puerta ___ Ignicion ___ Baul

**Informacion General Vehiculo**
( ) 2Dr (X) 4Dr   Cilindros: (X) 4 ( ) 6 ( ) 8   ( ) Gas ( ) Fuel Inj   Traccion: ( ) Del ( ) Tras
Transmicion: ( ) Autom ( ) Standard   4 x 4: ( ) Si (X) No

| ACCESORIOS | Si | No | Bueno | Reg | Malo | Marca |
|---|---|---|---|---|---|---|
| Radio | ✓ | | | | | Original |
| Cassete | ✓ | | | | | |
| Compact Disc | | ✓ | | | | |
| Bocinas | ✓ | | | | | |
| Equalizer | | ✓ | | | | |
| Alfombras | ✓ | | | | | |
| Encendedor | ✓ | | | | | |
| Telefono | | ✓ | | | | |
| Antena | ✓ | | | | | |
| Power Windows | ✓ | | | | | |
| Power Locks | ✓ | | | | | |
| Power Seats | | ✓ | | | | |
| Alarma | ✓ | | Defect. | | | |
| Aire Acond | ✓ | | | | | |
| Espejos Elect | ✓ | | | | | |
| Computadora | ✓ | | | | | |
| Reloj | ✓ | | | | | |
| Sun Roof | | ✓ | | | | |
| Cruise Cont | ✓ | | | | | |
| Repuesta | ✓ | | | | | |
| Gato | ✓ | | | | | |
| Llave Aros | ✓ | | | | | |

| EXTERIOR | Bueno | Reg | Malo | Ninguno |
|---|---|---|---|---|
| Pintura | ✓ | | | |
| **FRENTE:** | | | | |
| Parabrisas | | | | |
| Bonete | | ✓ | ✓ | |
| Parrilla | | | | |
| Bumper | ✓ | | | |
| Wipers | | | | |
| Spoiler | | | | |
| **TRASERO** | | | | |
| Bumper | ✓ | | | |
| Parabrisas | ✓ | | | |
| Baul | | | | |
| Spoiler | | | | ✓ |
| **LADO IZQUIERDO** | | | | |
| Foco Delantero | ✓ | | | |
| Foco Trasero | ✓ | | | |
| Guardalodo Frente | ✓ | | | |
| Puerta Frente | ✓ | | | |
| Cristal Puerta | ✓ | | | |
| Puerta Trasera | ✓ | | | |
| Cristal Puerta | ✓ | | | |
| Guardalodo Trasero | ✓ | | | |
| Espejo Retrovisor | ✓ | | | |

| INTERIORES | (X) Original ( ) Cambiado | | | |
|---|---|---|---|---|
| | Si | No | Bueno | Reg | Malo |
| Tapizado Cuero | | ✓ | | | |
| Tapizado Vinil | | | | | |
| Tapizado Tela | ✓ | | | | |
| Asiento Del | ✓ | | | ✓ | |
| Asiento Tras | ✓ | | ✓ | | |
| Panel Puerta | ✓ | | ✓ | | |
| Panel Trasero | ✓ | | ✓ | | |
| Panel Techo | ✓ | | ✓ | | |
| Dashboard | ✓ | | ✓ | | |
| Alfombrado | ✓ | | ✓ | | |

| | Si | No | Bueno | Reg | Malo |
|---|---|---|---|---|---|
| Aros | ✓ | | ✓ | | |
| Tapabocinas | ✓ | | ✓ | | |
| Gomas | ✓ | | | | |
| Gasolina | Full | Condicion General: | | | |
| | 3/4 | Bueno | | | |
| | 1/2 | Reg | ✓ | | |
| | 1/4 | Malo | | | |
| | Empt | | | | |

| LADO DERECHO | | | |
|---|---|---|---|
| Foco Delantero | ✓ | | |
| Foco Trasero | ✓ | | |
| Guardalodo Frente | ✓ | | |
| Puerta Frente | ✓ | | |
| Cristal Puerta | ✓ | | |
| Puerta Trasera | ✓ | | |
| Cristal Puerta | ✓ | | |
| Guardalodo Trasero | ✓ | | |
| Espejo Retrovisor | ✓ | | |

| AREA MOTOR | Si | No | Bueno | Regular | Malo |
|---|---|---|---|---|---|
| Cableria | | | ✓ | | |
| Generador | | | ✓ | | |
| Starter | | | ✓ | | |
| Radiador | | | ✓ | | |
| Bateria | | | ✓ | | |
| Bomba Frenos | | | ✓ | | |
| Herramientas | | | | ✓ | |
| Power Steering | | | ✓ | | |
| Power Brakes | | | ✓ | | |

Comentarios: Pintura morada auto en condiciones _____
_____ no _____ _____ _____
_____ _____

Firma Cliente 6/14/96  Fecha 6/14/96  Dealer o Cia Seguro o Lote _____ Fecha _____
5:45 P.M.
Representante Banco _____  Fecha 6/14/96  Transferido a Lote _____ Fecha _____
Recibido por Gruero _____  Fecha 6/14/96  Recibido en Lote _____ Fecha _____
Supervisor _____  Fecha _____