# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA ROSA OLIVELLA RIVERA<br>**Plaintiff** | * CIVIL NUMBER: 98-2267 |
| Vs. | |
| POPULAR LEASING AND RENTAL INC.;<br>Banco Popular De PR and Their Unknown<br>Insurance Companies Named Herein<br>"Popular Leasing Insurance, Co." and<br>Puerto Rico American Insurance, Co. (PRAICO)<br>**Defendants** | * CREDIT COLLECTION<br>* DAMAGES<br>* TRIAL BY JURY REQUESTED |

## URGENT MOTION REQUESTING TRANSFER

**TO THE HONORABLE COURT:**

COMES NOW plaintiff through the undersigned attorney and respectfully alleges and pray:

1. The Honorable Court has ordered a pre-trial conference for October 26, 2005.

2. Undersigned most respectfully request to this Honorable Court to move said conference to a latter date preferable on November 2005 on the following dates: 9, 15, 23, 2005 AT 3:00PM.

3. Said request is made for undersigned is having a family meeting and also vacation on the week commencing October 24, 2005 (his birthday) with other family members. This vacation was program more than three months ago.

**RESPECTFULLY REQUESTED.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López Pumarejo, Esq. & Lcdo. José R. Diaz Ríos, Esq., Alexis D. Mattei, Esq., Lcda. Dagmar Adorno, Esq., Pérez Pietri & Díaz Ríos.

In Caguas, Puerto Rico, this October 21, 2005.

                                      s/Rafael A. Oliveras López de Victoria
                                      **Rafael A. Oliveras López De Victoria**
                                      **Attorney for Plaintiffs**
                                      USDC-PR: 119606
                                      URB. VILLA DEL REY
                                      4G-9, CALLE #2, 4TA.-SECCION
                                      CAGUAS, PUERTO RICO 00727-6704
                                      TEL: (787) 744-8588/ FAX: (787)703-0977
                                      E-mail: roliveralv@prtc.net