# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA ROSA OLIVELLA RIVERA<br>**Plaintiff** | * CIVIL NUMBER: 98-2267 |
| Vs. | |
| POPULAR LEASING AND RENTAL INC.;<br>Banco Popular De PR and Their Unknown<br>Insurance Companies Named Herein<br>"Popular Leasing Insurance, Co." and<br>Puerto Rico American Insurance, Co. (PRAICO)<br>**Defendants** | * CREDIT COLLECTION<br>* DAMAGES<br>* TRIAL BY JURY REQUESTED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION REQUESTING EXTENSION TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**TO THE HONORABLE COURT:**

COMES NOW plaintiff through the undersigned attorney and respectfully alleges and pray:

1. Through our office it was informed that a motion for summary judgment filed by Defendant.

2. That undersigned respectfully request a 30 days extension to file an opposition to said motion for the same is quite voluminous.

3. Presently undersigned is not at his office and this motion was filed electronically after its oral dictation to our staff.

**RESPECTFULLY REQUEST.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David López Pumarejo, Esq. & Lcdo. José R. Diaz Ríos, Esq., Alexis D. Mattei, Esq., Lcda. Dagmar Adorno, Esq., Pérez Pietri & Díaz Ríos.

In Caguas, Puerto Rico, this October 27, 2005.

s/Rafael A. Oliveras López de Victoria
**Rafael A. Oliveras López De Victoria**
**Attorney for Plaintiffs**
USDC-PR: 119606
URB. VILLA DEL REY
4G-9, CALLE #2, 4TA.-SECCION
CAGUAS, PUERTO RICO 00727-6704
TEL: (787) 744-8588/ FAX: (787)703-0977
E-mail: roliveralv@prtc.net