# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

    Plaintiff

    v.   **CIVIL NO. 98-2267 (JAG)**

POPULAR LEASING AND RENTAL, INC., et. al.

    Defendants

## MINUTES OF PROCEEDINGS AND ORDER

A pretrial/settlement conference was held today before the undersigned. Plaintiff was represented by attorney Rafael Oliveras López de Victoria. Defendants Banco Popular and Preferred Risk were represented by attorney Ana Otero. Counsel for Popular Leasing was not present. He shall show cause within ten (10) days why a sanction of $200.00 should not be imposed.

An amended pretrial order was filed by the parties.

Pending is defendants' motion to dismiss for lack of jurisdiction. Plaintiff has until **January 15, 2006** to respond. The case is ready for trial, should the motion be denied.

The attorney for Popular Leasing shall within <u>five (5)</u> days obtain copy from all counsel of the deposition of Sylvia Cardona, taken at said attorney's office. If said deposition transcript cannot be obtained, the deposition shall be retaken on or before **December 23, 2005**.

**SO ORDERED.**

In San Juan, Puerto Rico this 29th day of November, 2005.

*S/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States Magistrate-Judge