# RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
## ATTORNEY AT LAW

URB. VILLA DEL REY, 4-G9 CALLE #2, 4TA-SECCION, CAGUAS, PR 00727-6704
TEL: (787) 744-8588    FAX. (787) 703-0977    EMAIL: roliveralv@prtc.net

7 de diciembre de 2005

Fax (787) 722-7662
e-mail: otelo@prtc.net

Lcda. Ana María Otero
Otero & López, L.L.P.
P.O. Box 9023933
San Juan, PR 00902-3933

                          Re: Ana R. Olivella
                                Vs.
                          Popular Leasing, et al

Estimada Lcda. Otero:

    Conforme a lo acordado en el tribunal, solicito que me reconfirme la fecha de la toma de deposición de la Sra. Silvia Cardona.

    Esperando su pronta respuesta, quedo,

Cordialmente,

Ledo. Rafael A. Oliveras

```
***********************************************************************
*                                                                     *
*                        TRANSACTION REPORT                           *
*                                               DEC-07-2005 10:58 AM  *
*          FOR: LCDO.RAFAEL A. OLIVERAS   7877030977                  *
*     _____*
*      SEND(M)                                                        *
*     _____*
*     DATE   START      RECEIVER         PAGES     TIME     NOTE      *
*     _____*
*     DEC-07 10:58 AM   7877227662          2       41"      OK       *
*     _____*
***********************************************************************
```