# *Pérez Pietri & Díaz Ríos*
### LAW OFFICES

774 San Patricio Ave., Las Lomas, Río Piedras
PO Box 190743 · San Juan PR 00919-0743
Tel. (787) 792-7013 · Fax (787) 792-8520

**Puerto Rico Office**

**Washington Office**

Luis A. Pérez Pietri, Esq.

*Ricardo Pérez Pietri, Esq.*
Email: ricky1@coqui.net
*José Ricardo Díaz Ríos, Esq.*

*David López-Pumarejo, Esq.*
*Counsel*
Email: pumad@caribe.net

5881 Leesburg Pike B-2
Falls Church, Virginia 22041
Tel. (703) 931-0804· Fax (703) 931-1004

January 4 2006

**Rafael A Oliveras López**
roliveralv@prtc.net

Re      :  Ana Olivella    Civil No.  98-2267 JAG

**Dear Mr. Oliveras:**

I am disturbed by your action of having us in the dark. You did not notify either me or Mr Díaz Ríos of any of your motions, then you have the nerve to request sanctions against our client.

You have our addresses and our e mail addresses too. I personally assured that you had this information, during the last meeting at Judge García´s Chambers. I frankly cannot believe your attitude.

We did not receive copy of the proposed pre trial order either., nor any other motions from you.

I have to reply to your motion before January 9. Please email your motion requesting sanctions a soon as possible, or its me who is going to request sanctions against you.

Attentively,

**David Lopez-Pumarejo**