IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ana R. Olivella Rivera<br>　　　**PLAINTIFF**<br>　　　　　　　Vs.<br><br>Popular Leasing and Rental, Inc., and others.<br>　　　**DEFENDANTS** | **Civil No. 98-2267**<br><br>CREDIT COLLECTION DAMAGES |

## MOTION REQUESTING ADDITIONAL TIME

**TO THE HONORABLE COURT:**

**COMES NOW Plaintiff through the undersigned attorneys and respectfully alleges and prays:**

1.　On January 23, 2006, undersigned suffered an acute coronary infarct, being hospitalized at the Metropolitan Hospital, Guaynabo, PR.

2.　Thereafter, he was transfer for angioplastic surgery to the Cardiovascular Center of Río Piedras, PR. On February 2, he was discharge and was order to remain at rest and recovery for two (2) weeks.

3.　Prior to this medical situation, this Honorable Court granted until February 9, 2006, to oppose defendant's motion for dismissal and summary judgment.

4. However, due to the severe medical condition previously related and explained, undersigned respectfully request at least to additional three (3) weeks to finalize said reply.

5. It should be noted that the deposition of Sylvia Cardona was moved twice by defendants; and it was not until January 19, 2006, that the same was finally taken. Mrs. Sylvia Cardona was requested to remit various documents. See enclosed letter. This request was made through defendant attorney in this case.

Therefore, it is respectfully requested that an additional 3 weeks be granted in other to reply and oppose said motion with the additional request that an order be entered requesting that Defendants remit the requested documents within the next five (5) days.

**RESPECTFULLY SUBMITTED.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Attorney Ana María Otero and Attorney David López Pumarejo, at P.O. Box 195351, San Juan, PR 00919-5351 by regular mail.

In Caguas, Puerto Rico, this February 8, 2006.

/RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
**RAFAEL A. OLIVERAS LOPEZ DE VICTORIA**
USDC: 119606
4G9, CALLE 2, 4TA. SECCION
URB. VILLA DEL REY
CAGUAS, PR  00727-6704
TEL: 744-8588/ FAX: 703-0977
Email: roliveralv@prtc.net