# RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
## ATTORNEY AT LAW

4G-9 CALLE #2 4TA-SECCION, URB. VILLA DEL REY,  CAGUAS, PR  00727-6704
TEL: (787) 744-8588     FAX. (787) 703-0977     EMAIL: roliveralv@prtc.net

February 8, 2006

Fax: (787) 722-7662
Email: otelo@prtc.net
Lcda. Ana María Otero
Otero & López, L.L.P.
P.O. Box 9023933
San Juan, PR 00902-3933

Vía Fax: 765-3098
Lcdo. David López Pumarejo
& Lcdo. José R. Diaz Ríos
Popular Leasing, Inc.
P.O. Box 190743
San Juan, PR  00919-0743

        Re:  Ana Rosa Olivella
            Vs. Banco Popular de PR
            Civil No: 98-2267

Dear attorneys Lopez Pumarejo and Otero:

    As per our request in the deposition taken to Sylvia Cardona on January 19, 2006, please submit the following documents as requested therein:

    a)    Amortization schedule for the lease agreement whereby principal are allocated for each monthly payment for the entire lease period.

    b)    Memorandum prepare by  Sylvia Cardona,  whereby she documents all her activities in relation to her letter dated November, 1997.

    c)    All the remittal documents to Trans Union and/or any other credit agency submitted by Popular Leasing.

      d)     All correspondence initiated by Trans Union and/or any other credit agency, and sent to Popular Leasing from 1995 to the present.

      e)     All the documents pertaining to the lease contract agreement between Ana R. Olivella and Popular Leasing.

As you well no undersigned was hospitalized due to a acute coronary infarct which occur on January 23, 2006. Undersigned was hospitalize until February 2 2006, and will remain at rest for 2 more weeks.

Please take note and remit the documents requested.

                                    Trully yours,


                                    Rafael A. Olivers, Esq.

                                    By: D. Rosario/Legal Assistant