IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ana R. Olivella Rivera<br>**PLAINTIFF**<br>Vs.<br>Popular Leasing and Rental, Inc., and others.<br>**DEFENDANTS** | **Civil No. 98-2267**<br><br>**CREDIT COLLECTION DAMAGES** |

## THIRD MOTION REQUESTING ADDITIONAL TIME

**TO THE HONORABLE COURT:**

COMES NOW Plaintiff through the undersigned attorneys and respectfully alleges and prays:

1. On January 23, 2006, undersigned suffered an acute coronary infarct, being hospitalized at the Metropolitan Hospital, Guaynabo, PR.

2. Thereafter, he was transfer for angioplastic surgery to the Cardiovascular Center of Río Piedras, PR. On February 2, he was discharge and was order to remain at rest and recovery for two (2) weeks.

3. Prior to this medical situation, this Honorable Court granted until February 9, 2006, to oppose defendant's motion for dismissal and summary judgment.

4. However, due to the severe medical condition previously related and explained, undersigned respectfully request at least to additional three (3) weeks to finalize said reply.

5. However, due enormous back by in his practice produce by said medical condition undersigned has been unable to finalized our reply to said summary judgment. Moreover, undersigned present condition is sub-par and needs more time to recover.

6. Lastly, Defendant has not complied with a production of document as previously requested in our motion dated February 8, 2005, and said documents are vital to the reply and opposition to be filed by Plaintiff.

7. Therefore, it is requested that a 15 days a final period be granted and also that Defendant be ordered to produce the documents as expressed in our letter remitted to Defendants' legal representatives.

**RESPECTFULLY SUBMITTED.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Attorney Ana María Otero and Attorney David

López Pumarejo, at PO Box 195351, San Juan, PR 00919-5351 by regular mail.

In Caguas, Puerto Rico, this March 2, 2006.

/RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
**RAFAEL A. OLIVERAS LOPEZ DE VICTORIA**
USDC: 119606
4G9, CALLE 2, 4TA. SECCION
URB. VILLA DEL REY
CAGUAS, PR 00727-6704
TEL: 744-8588/ FAX: 703-0977
Email: roliveralv@prtc.net