# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA ROSA OLIVELLA RIVERA<br>**Plaintiff** | *  CIVIL NUMBER: 98-2267<br>*<br>* |
| **Vs.** | *<br>* |
| POPULAR LEASING AND RENTAL INC.;<br>Banco Popular De PR and Their Unknown<br>Insurance Companies Named Herein<br>¨Popular Leasing Insurance, Co.¨ and<br>Puerto Rico American Insurance, Co. (PRAICO)<br>REQUESTED<br>**Defendants** | *<br>*  CREDIT COLLECTION<br>*  DAMAGES<br>*<br>*           TRIAL   BY   JURY<br>*<br>* |

******************************************

## MOTION REQUESTING ADDITIONAL EXTENSION

TO THE HONORABLE COURT:

COMES NOW Plaintiff through the undersigned attorney and respectfully alleges and prays:

1. Undersigned has finalized the statement of uncontested and contested facts.

2. However, undersigned has not completed Plaintiff brief. Plaintiff respectfully request five (5) working days extension.

RESPECTFULLY REQUESTED.

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

1

following: Attorney Ana María Otero and Attorney David López Pumarejo, at P.O. Box 195351, San Juan, PR 00919-5351 by regular mail.

In Caguas, Puerto Rico, this March 15, 2006.

/RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
**RAFAEL A. OLIVERAS LOPEZ DE VICTORIA**
USDC: 119606
4G9, CALLE 2, 4TA. SECCION
URB. VILLA DEL REY
CAGUAS, PR 00727-6704
TEL: 744-8588/ FAX: 703-0977
Email: roliveralv@prtc.net