IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ana R. Olivella Rivera<br>         **PLAINTIFF**<br>                              Vs.<br><br>Popular Leasing and Rental, Inc., and others.<br>         **DEFENDANTS** | **Civil No. 98-2267**<br><br>**CREDIT COLLECTION DAMAGES** |

## MOTION SUBMITTING EXHIBITS

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff through the undersigned attorneys and respectfully alleges and prays:

1.   Plaintiffs are submitting exhibits to complement Statement of Uncontested and Contested Facts by electronic filing.

2.   Our secretary was unable to process said exhibit for she was physical indisposed and had to leave early to her home. She was absent Thursday all day. She is the only one who understand completely the entire electronic filing system, undersigned has a sedimentary knowledge how to file the and could not file the exhibits.

3. Therefore, it is requested that permission be granted to file said exhibits and verification on this day.

**RESPECTFULLY REQUESTED.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the followings: Attorney Ana María Otero and Attorney David López Pumarejo, by regular mail at P.O. Box 195351, San Juan, PR 00919-5351.

In Caguas, Puerto Rico, this 31 of March, 2006.

/RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
**RAFAEL A. OLIVERAS LOPEZ DE VICTORIA**
USDC: 119606
4G9, CALLE 2, 4TA. SECCION
URB. VILLA DEL REY
CAGUAS, PR 00727-6704
TEL: 744-8588/ FAX: 703-0977
Email: roliveralv@prtc.net