**POPULAR** LEASING

EXHIBIT
1

PENGAD-Bayonne, N.J.

7 de noviembre de 1997

Sra. Ana R. Olivella Rivera
P O Box 8457
Bayamón PR 00960

Estimada señora Olivella:

RE:    02-000-07686-00-08337
       02-000-07686-00-10451

Las cuentas de referencia reflejan   información incorrecta en su historial de crédito.
Hemos procedido a  corregir dicha información  en la agencia de crédito Trans Union de
Puerto Rico, Inc.

Le pedimos disculpas por los inconvenientes que esta situación le haya ocasionado y nos
reiteramos a su disposición para cualquier otro asunto que usted entienda podamos serle
útil.

Atentamente,

Silvia Carmona
Supervisora
Servicio al Cliente

Exhibit B

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6245 • TELS. (787) 751-4848 • 792-9292