

29 DE MAYO DE 1998

ANA R. OLIVELLA RIVERA
P. O. BOX 2457
BAYAMON, P. R. 00960

RE: ANA R. OLIVELLA RIVERA
    02-400-0768-00-08357
    NISSAN STANZA 1992

ESTIMADA SRA. OLIVELLA:

SEGUN SOLICITADO POR USTED LE INDICAMOS EL BALANCE DE LIQUIDACION DE LA UNIDAD DE REFERENCIA EL CUAL ES EL SIGUIENTE:

| | |
|---|---:|
| RENTAS DE 05-01-97 A 05-01-98 a $393.00 | $ 5,109.00 |
| RECARGOS | 76.57 |
| DEUDA DE SEGURO DESDE EL 1996 | 3,289.62* |
| CARGO DE SEGURO | 74.25* |
| RESIDUAL | 2,481.36 |
| TABLILLA | 52.00 |
| TRASPASO | 110.00 |
| CARGO DE AGENCIA | 300.00 |
| | $11,492.80 |

*PARA DISCUTIR ESTE BALANCE SOBRE SEGURO O CUALQUIER DUDA COMUNIQUESE CON LA SRA. ISBAEL MORALES 277-3130.

CUALQUIER PREGUNTA RELACIONADA CON LO ANTERIOR FAVOR DE COMUNICARSE CON EL QUE SUBSCRIBE.

ATENTAMENTE,

MIGUEL A. GUINDIN
BANCO POPULAR DE PR

Exhibit C

# POPULAR LEASING

29 DE MAYO DE 1998

*4,500.00*

ANA R. OLIVELLA RIVERA
P. O. BOX 2457
BAYAMON, P. R. 00960

RE: ANA R. OLIVELLA RIVERA
    02-400-0768600-~~08357~~ 08337
    NISSAN STANZA 1992

ESTIMADA SRA. OLIVELLA:

SEGUN SOLICITADO POR USTED LE INDICAMOS EL BALANCE DE LIQUIDACION DE LA UNIDAD DE REFERENCIA EL CUAL ES EL SIGUIENTE:

| | |
|---|---|
| RENTAS DE 05-01-97 A 05-01-98 a $393.00 | $ 5,109.00 |
| RECARGOS | 76.57 |
| ~~DEUDA DE SEGURO DESDE EL 1996~~ | ~~3,209.62*~~ |
| CARGO DE SEGURO | 74.25* |
| RESIDUAL | 2,481.36  *4,500.00* |
| TABLILLA | 52.00 |
| TRASPASO | 110.00 |
| CARGO DE AGENCIA | 300.00 |
| | $11,492.80 |

*PARA DISCUTIR ESTE BALANCE SOBRE SEGURO O CUALQUIER DUDA COMUNIQUESE CON LA SRA. ISBAEL MORALES 277-3130.   *-277-3257*

CUALQUIER PREGUNTA RELACIONADA CON LO ANTERIOR FAVOR DE COMUNICARSE CON EL QUE SUBSCRIBE.

ATENTAMENTE,

*[signature]*

MIGUEL A. GUINDIN
BANCO POPULAR DE PR