

**BANCO POPULAR**

23 de febrero de 1996

ANA R. OLIVELLA RIVERA
RAMEY POSTAL CENTER
73 BELT ROAD SUITE 142
RAMEY          PR 00604

*[Handwritten note: Hablé con Sra. Haraydde en 3-1-96 2:37 P.M. Quedaron en enviar un desglose por escrito. así]*

### AVISO DE AUDITORIA

| | |
|---|---|
| Número de cuenta | : 02-500-07686-00-08337 |
| Balance | : $13,614.66 |
| Fecha de vencimiento | : 10/01/95 |
| Cantidad en atraso | : $4,243.28 |

Estimado cliente:

Durante nuestra reciente intervención de cuentas de Popular Leasing y Velco notamos que a la fecha de esta carta su cuenta mantenía el balance y los atrasos arriba indicados.

Si la cantidad en atrasos es correcta, le agradeceremos que pague la misma a la mayor brevedad con el propósito de poner su cuenta al día y así evitarse llamadas del Departamento de Cobros.

De no estar de acuerdo con la información suministrada agradeceré escriba a las siguientes personas:

Beatrice Rivera o Armando Font
Popular Leasing
PO BOX 362708
San Juan Puerto Rico  00936-2708

Teléfono: 767-9300

Favor de incluir la evidencia para que ellos corroboren la misma y puedan hacer las correcciones necesarias si lo amerita.

Recuerde que no pagar bien puede afectar su crédito. Comuníquese con nosotros si tiene algún problema que le impida cumplir con su pago y gustosamente trataremos de buscarle solución al problema.

Atentamente,

Yamil Maldonado
Vicepresidente
Servicios de Crédito al Consumidor

*Exhibit D*


# POPULAR LEASING

December 17, 1996

Ms. Ana R. Olivella
Ramey Postal Center
73 Belt Road, Suite 142
Ramey, PR 00604

Dear Ms. Olivella:

As per your request, I am submitting the liquidation value as of December 31, 1996 for the following units:

| Unit | Description | Liquidation Value | |
|---|---|---|---|
| 08337 | 1992 Nissan Stanza | $ 4,500.00 | Valor Residual |
| | | 5663.89 | Outstanding Balance |
| | | 773.26 | Insurance |
| | | 60.00 | Line Items |
| | | 110.00 | Transfer fee |
| | | 29.44 | Late Charges |
| | | 117.00 | Diff. Plates 96-97 |
| | | 393.00 | Penalty |
| | | (185.41) | Less: Interest |
| | | $11,461.18 | Total |

This balance does not includes any recent summons (traffic fines) or summons handling charges. This balance is valid until January 11, 1997 and it has to be redeemed with a manager's check, money order, or cash. Also we will need copy of your driver's license and copy of your social security card for the transfer of this unit. I hope the information contained herein meets with your approval. If there is any further information you may need, please do not hesitate to contact me.

Cordially,

Evelyn Asencio
Manager
Customer Service

Exhibit D

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6345 • TEL: (787) 751-4848 • 792-0292