15 mayo 1996

Sr. Tomás Aponte

Adjunto copias de cheques cancelados desde Agosto 1995 hasta Dic. 1995 y talonarios perdidos con el banco. Además copia de la carta enviada por la Sra. Espiet de Popular Leasing y copia del fax enviado el 04 de enero de 1996 al Sr. Carlos Martínez de Popular Leasing dado que en su llamada también reclamaba que el pago del seguro para 1994 y 1995 estaba descubierto y estaba cobrando también atraso en seguro, de igual manera que ahora.

Gracias por su atención

Cordialmente

Ana R. Oliver
cheite 7686
Unidad 8337

From:
Ana R. Olivella
Tel. 890-1857

Exhibit E



E  3

Ana R. Olivella Rivera
Ramey Postal Center
Belt Road 703 Suite 142
Ramey, P R 00604

1002
101-201/215

11 dic. 1995

PAY TO THE ORDER OF  Popular Leasing        $ 398.89

Trescientos noventa y ocho  89/100 DOLLARS

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO
Plaza Rio Hondo
Bayamón, Puerto Rico  12/11/95 08:15 MP    398.89
TC 026

FOR 03-500-0796-00-08337   Ana R. Oliv

⑆021502011⑆ 250⑆654858⑆ 1002 ⑆00000039889⑆

E

| | | BY | 005028 |

Mem<br>FDIC

TO<br>**ROIG COMMERCIAL BANK**<br>BAYAMÓN, PUERTO RICO

**MANAGER'S CHECK**

$\frac{101-266}{215}$705

JUNE 17, 1996

PAY _____ $2,235.95 _____ DOLLARS $2,235.95

TO THE ORDER OF   POPULAR LEASING

COPIA CLIENTE

COPIA - NO NEGOCIABLE

ROIG COMMERCIAL BANK                                   BY     005028

DELUXE - FORM WV-4 V-7

WILLIAM OLIVELLA

Recibido por Miguel A. [signature]
6/17/96

E