# POPULAR LEASING

## AUTORIZACION PARA DEVOLUCION DE UNIDAD

__06/17/96__  __NISAN STANZA '92__
FECHA                          DESCRIPCION DE UNIDAD/MODELO

__07686-08337__  __BKX-901__
NUMERO DE CUENTA                TABLILLA

Por este medio autorizo a __JOSE AMADEO__ a devolver la unidad arriba descrita. Esta unidad fue:

( )                    (X)                    ( )
REPOSEIDA        ENTREGA VOLUNTARIA        CONFISCADA

El cliente ha pagado la cantidad de $ 2,235.95 por concepto de facturas en atraso. (Retenga copia del cheque o recibo en el expediente).

FIRMA CLIENTE                           FIRMA AUTORIZADA

__ANA R. OLIVELLA RIVERA__              __DEPTO. SERVICIOS ESPECIALES__

cf: Depto. Seguros y Tablilla (María L. Merced)
    Depto. Cobros (Miriam Gascot)
    Depto. Contabilidad (Roberto Escobar)

F

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6245 • TELS. (809) 751-4848 • 792-9292

# POPULAR LEASING

## DOCUMENTO DE ENTREGA VOLUNTARIA DE UNIDADES

Por la presente, yo _Ana Rosa Olivella Rivera_, en representación de _____—o—_____, libre y voluntariamente entrega a Popular Leasing & Rental, Inc. ("Popular Leasing") la(s) unidad(es) abajo descrita(s) con miras a que se disponga de la(s) misma(s) mediante venta o alquiler al mejor postor. Reconozco que la entrega voluntaria de esta(s) unidad(es) no se releva de los términos y condiciones del contrato de arrendamiento ("Lease Agreement") por sí suscrito, ni de mis obligaciones bajo el mismo. Reconozco, además, que tengo la obligación de continuar pagando las mensualidades hasta que se efectúe la venta y que soy responsable de cualquier pérdida que pueda surgir en la(s) referida(s) transacción(es).

Reconozco y entiendo que Popular Leasing no tiene ningún control sobre las ofertas que haga una persona en relación a la(s) unidad(es) abajo descrita(s) y que luego sean retiradas o no sean honradas por dicha persona. Por consiguiente, relevo a Popular Leasing de toda responsabilidad, reclamación o pérdida relacionada con tales ofertas, independientemente de si se me ha notificado o no sobre la misma.

| Unidad | Año | Descripción |
|---|---|---|
| 1. Nissan/Atanza | 1992 | Tag. BAX901 _coly feta_ |
| 2. | | |
| 3. | | |

Fecha: _6/14/96_   Firma: _Ana R. Oliv - 6/14/96_
                                        5:25 p.m.

POPULAR LEASING & RENTAL, INC. • P.O. BOX 50045 SAN JUAN, PR 00903 • TEL. (809) 751-4848 FAX (809) 751-6584

F

## CONFIRMACION DE ENTREGA DE UNIDAD
## DEPARTAMENTO DE COBROS

NOMBRE DEL CLIENTE: _Ana R. Olivella Airela_

NUMERO DE CUENTA: _02-500-07686-08337_

DESCRIPCION DE LA UNIDAD: _Nissan - Stanza - 1992 color perla Tab. BTX-901_

1. RAZONES DE LA ENTREGA:

   ECONOMICAS ☐     ENFERMEDAD ☐     DESEMPLEO ☐

   OTROS ☒          EXPLIQUE:

   _Depósito junio 14, 1996 hasta julio 12, 96_

2. SE ME EXPLICO QUE SE PROCEDERA A DISPONER DE LA UNIDAD CONFORME A LA CLAUSULA DIECISEIS (16) DEL CONTRATO, SERE RESPONSABLE DE CUALQUIER DEFICIENCIA QUE OCURRA ENTRE EL BALANCE DEL CONTRATO Y EL PRODUCTO DE LA VENTA DE LA UNIDAD, SI YO NO CUMPLIESE TAMPOCO CON DICHAS DISPOSICIONES.

3. ME INTERESA RECIBIR OFERTA DE COMPRA Y DE NO ACEPTARLA, Y RECUPERAR LA UNIDAD PAGARE UN CARGO ADICIONAL DE $_____ (*)

4. COMENTARIOS DEL CLIENTE:

   _Según garantizado por el Sr. Tomás Aponte y la Sra. Tejeda, la unidad será retenida en este lote por 30 días antes de comenzar algún tipo de negocio con la misma._

   _____        6/14/96        _Ana R. Oli_ 6/14/96
   FIRMA DEL COBRADOR         FECHA          FIRMA DEL CLIENTE

(*) Se me explicó que si comenzado el proceso entiendo que no me conviene se venda la unidad, podré recuperar la misma y continuar con el contrato hasta su vencimiento, si así lo informo dentro del término según establecido en la cláusula dieciséis (16) del contrato luego de haber sido informado de la oferta mayor de compra y el balance de la deuda pendiente. Además, que estaré obligado a pagar a Popular Leasing los gastos incurridos por éste en las gestiones de solicitar ofertas de compra, y relevo expresamente Popular Leasing de cualquier daño que pueda recibir o sufrir la unidad en tales gestiones.



**1st A REPOSSESSIONS & COLLECTIONS INC**

IRCI

# POPULAR LEASING
## CONDICION DE AUTOMOVIL REPOSEIDO

Fecha 6/14/96    Supervisor _____    Zona _____

NOMBRE CLIENTE Ana R. Olivella Ruiz    NOMBRE TP N/A

Embargo ( ) Si (X) No    Entrega Voluntaria N/A    Deposito (Desde 6/14/96 Hasta 7/12/96)
Aviso de Accidente _____    Seguro ( ) Total ( ) Parcial    Fotos ( ) Si ( ) No
Relevos ( ) Si ( ) No    Relevos TP ( ) Si ( ) No

Junio 14, 96 hasta Julio 13, 96

#Contrato 02-500-07686-00-08337  ( ) Conv ( ) PRP ( ) MPRP (X) Lease
Marca y Año Nissan 92    Modelo Altima    Color Perla    Millaje 079608
Licencia (X) Si ( ) No  Numero _____    Marbete (X) Si ( ) No  Numero 1607806
Tablilla BFX-921    VIN _____    Placas en ( ) Dash ( ) Comp. Motor ( ) Puerta
Llaves:  ✓ Puerta ____ Ignicion ____ Baul

Informacion General Vehiculo
( ) 2Dr (X) 4Dr    Cilindros: (X) 4 ( ) 6 ( ) 8    ( ) Gas ( ) Fuel Inj    Traccion: ( ) Del ( ) Tras
Transmicion: ( ) Autom ( ) Standard    4 x 4: ( ) Si (X) No

| ACCESORIOS | SI | No | Bueno | Reg | Malo | Marca |
|---|---|---|---|---|---|---|
| Radio | ✓ | | | | | Original |
| Cassete | ✓ | | | | | |
| Compact Disc | | ✓ | | | | |
| Bocinas | ✓ | | | | | |
| Equalizer | | ✓ | | | | |
| Alfombras | ✓ | | | | | |
| Encendedor | ✓ | | | | | |
| Telefono | | ✓ | | | | |
| Antena | ✓ | | | | | |
| Power Windows | ✓ | | | | | |
| Power Locks | ✓ | | | | | |
| Power Seats | | ✓ | | | | |
| Alarma | ✓ | | not Beeper | | | |
| Aire Acond | ✓ | | | | | |
| Espejos Elect | ✓ | | | | | |
| Computadora | ✗ | | | | | |
| Reloj | ✓ | | | | | |
| Sun Roof | | ✓ | | | | |
| Cruise Cont | ✓ | | | | | |
| Repuesta | ✓ | | | | | |
| Gato | ✓ | | | | | |
| Llave Aros | ✓ | | | | | |

INTERIORES  (X) Original ( ) Cambiado

| | SI | No | Bueno | Reg | Malo |
|---|---|---|---|---|---|
| Tapizado Cuero | | ✓ | | | |
| Tapizado Vinil | | ✓ | | | |
| Tapizado Tela | ✓ | | | | |
| Asiento Del | ✓ | | ✓ | | |
| Asiento Tras | ✓ | | ✓ | | |
| Panel Puerta | ✓ | | | | |
| Panel Trasero | ✓ | | | | |
| Panel Techo | ✓ | | | | |
| Dashboard | ✓ | | | | |
| Alfombrado | ✓ | | | | |
| Aros | ✓ | | | ✓ | |
| Tapabocinas | ✓ | | | ✓ | |
| Gomas | ✓ | | | ✓ | |
| Gasolina | | | Full | | |

Condicion General: _____

| EXTERIOR | Bueno | Reg | Malo | Ninguno |
|---|---|---|---|---|
| Pintura | | ✓ | | |
| **FRENTE:** | | | | |
| Parabrisas | ✓ | | | |
| Bonete | | ✓ | ✓ | |
| Parrilla | ✓ | | | |
| Bumper | ✓ | | | |
| Wipers | ✓ | | | |
| Spoiler | | | | ✓ |
| **TRASERO** | | | | |
| Bumper | ✓ | | | |
| Parabrisas | ✓ | | | |
| Baul | ✓ | | | |
| Spoiler | | | | ✓ |
| **LADO IZQUIERDO** | | | | |
| Foco Delantero | ✓ | | | |
| Foco Trasero | ✓ | | | |
| Guardalodo Frente | ✓ | | | |
| Puerta Frente | ✓ | | | |
| Cristal Puerta | ✓ | | | |
| Puerta Trasera | ✓ | | | |
| Cristal Puerta | ✓ | | | |
| Guardalodo Trasero | ✓ | | | |
| Espejo Retrovisor | ✓ | | | |
| **LADO DERECHO** | | | | |
| Foco Delantero | ✓ | | | |
| Foco Trasero | ✓ | | | |
| Guardalodo Frente | ✓ | | | |
| Puerta Frente | ✓ | | | |
| Cristal Puerta | ✓ | | | |
| Puerta Trasera | ✓ | | | |
| Cristal Puerta | ✓ | | | |
| Guardalodo Trasero | ✓ | | | |
| Espejo Retrovisor | ✓ | | | |

| AREA MOTOR | Si | No | Bueno | Regular | Malo |
|---|---|---|---|---|---|
| Cableria | ✓ | | | | |
| Generador | ✓ | | | | |
| Starter | ✓ | | | | |
| Radiador | ✓ | | | | |
| Bateria | ✓ | | | | |