en seguro entre

27 de mayo de 1995

Sra. Migdalia Castro
Dpto. de Seguros
Popular Leasing
Hato Rey, P.R.

Estimada señora Castro:

Adjunto certificado de seguros a favor de Popular Leasing - correspondiente a la póliza PAP-CO6569-55 efectiva desde 9-9-94 hasta 9-9-95.

Ademas enviaré carta emitida por International Insurance Corp. de fecha 7 de mayo de 1995 certificando el pago en su totalidad de la póliza.

Con fecha 8-33-94 hasta 8-9-95 ustedes emitieron certificado de seguro a traves de Prepenn Risk Ins Co., cuando entendi que esto, yo explico ya que mi póliza se había emitido desde el día 1 del mismo mes, es decir con 16 dias de antelación a la de ustedes. Le incluyo copia del certificado de Prepenn Risk.

Ademas incluyo copia del cheque 0943 por la cantidad de 398.59 correspondiente al pago de la unidad para el mes de abril de 1995 el cual fuese retoma, fue cobrado por ustedes.

Espero toda esta información servirá para sus propositos y que a la vez y por todas deja aclarada cualquier duda expuesta en relación a pagos y cubierta de seguro de la unidad.

RECIBIDO
Fecha 27/5/95
Popular Leasing

Margarita Abreu

Exhibit G

Confío en sus buenos oficios para dejar resuelto ya este asunto en o antes del 31 de junio de 1995.

En caso de ustedes no poder resolver, tendré que tomar otro tipo de acción.

Gracias por la atención que pueda dar a este asunto.

Cordialmente,

Ana R. Cltn

P.D. Agradecí me comuniquen por escrito la decisión final sobre el particular

36


PUERTO RICAN-AMERICAN
INSURANCE COMPANY


PREFERRED RISK
INSURANCE COMPANY


PAN AMERICAN
INSURANCE COMPANY

*18 de junio de 1996*

RECEIVED
96 JUN 21 PM 3:11
POPULAR LEASING
INSURANCE

*Sra. Lizzie Espiet*
*Popular Leasing*
*Departamento de Seguros y Licencias*
*P.O. Box 50045*
*San Juan, P.R.   00902*

*Estimada señora Espiet:*

*RE:   ANA R. OLIVELLA RIVERA*
*      BAP-7607781      CERT.#00402*
*      C#07686          U#08337*

*Deseamos informales que la unidad 1992 Nissan con número de motor M#-JN1FU21PNX901827 estuvo cubierta bajo el certificado de referencia por el término 09/25/93 - 94, 09/25/95 a 05/30/95 fecha en que fue cancelada.*

*Espero la información antes mencionada sea de su conformidad.*

*Atentamente,*

*Aída Luz Mulero*
*Supervisora Auxiliar*
*Departamento de Contingencia Unidad Leasing*

*ALM/rr*

(A STOCK INSURANCE COMPANY-HEREIN CALLED THE COMPANY)
P.O. BOX 70333 SAN JUAN P.R. 00936-7333

# AUTOMOBILE INSURANCE CERTIFICATE

Certificate No. 0000402

**ITEM ONE** NAMED INSURED & ADDRESS

Policy No. BAP7607781     PAGE 01 OF 01

FORM OF NAMED INSURED'S BUSINESS:

[X] CORPORATION;  [ ] PARTNERSHIP;  [ ] INDIVIDUAL OR

[ ] OTHER:

ANA R OLIVELLA RIVERA
Y POPULAR LEASING
PO BOX 50045
SAN JUAN PR          000903

NAMED INSURED'S BUSINESS:

VEHICLE AND EQUIPMENT LEASING

Certificate Period:          From: 09/25/94  To: 09/25/95          12:01 A.M. Standard Time at the Named
Insured's Address stated above.

## ITEM TWO — SCHEDULE OF COVERAGES AND COVERED AUTOS

This certificate provides only those coverages where a charge is shown in the premium column below.  Each of these coverages  will apply only to those autos shown as covered autos. Autos are shown as covered  autos for a particular coverage by the entry of one or more of the symbols from ITEM THREE next to the name of the coverage.  The limit of the company's  liability against  each such coverage shall be stated  herein subject to all the terms of this policy having reference thereto.

| COVERAGES | | COVERED AUTOS (Entry of one or more of the symbols from ITEM THREE shows which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|---|
| LIABILITY INSURANCE | Bodily Injury Property Damage | 7 | $100,000 each person     $300,000 each accident $100,000 each accident | AS |
| Auto Medical Payments Insurance | | 7 | $2,000 | PER |
| PHYSICAL DAMAGE INSURANCE | Comprehensive Coverage | 7 | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS MINUS $500 DEDUCTIBLE FOR EACH COVERED AUTO | ENDORSEMENT |
| | Specified Perils Coverage | | | TO |
| | Collision Coverage | 7 | $500 DEDUCTIBLE FOR EACH COVERED AUTO | LEASE |
| | Towing and Labor | 7 | $25  for each disablement of a private passenger auto | AGREEMENT |

| FORMS AND ENDORSEMENTS CONTAINED IN THIS CERTIFICATE AT ITS INCEPTION: | PREMIUM FOR ENDORSEMENTS |
|---|---|
| AS PER MASTER POLICY | TOTAL PREMIUM |

## ITEM THREE — Refer to reverse side for DESCRIPTION OF COVERED
AUTO DESIGNATION SYMBOLS 1 through 9.  Enter SYMBOL 10 DESCRIPTION here:

## ITEM FOUR — SCHEDULE OF COVERED AUTOS

| Covered Auto No. | DESCRIPTION Year Model: Trade Name: Body Type Serial Number(s); Vehicle Identification Number (VIN) | PURCHASED Original Cost New | Actual / New(N) Cost  / Used(U) | TERRITORY: Town & State Where the Covered Auto will be principally garaged |
|---|---|---|---|---|
| 1 | 1999 NISSAN          JN1FU21PNX901827 | $19,944 | $19,944 | P.R. |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

| Covered Auto No. | CLASSIFICATION Radius of Operation (in Miles) | Business use s = service r = retail c = comm'l | Size GVW,GCW or Vehicle Seating Capacity | Age Group | Primary Rating Factor | Secondary Rating Factor | Code | Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | POPULAR LEASING |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

| Salesperson | Customer No. | Unit No. |
|---|---|---|
| OO | O7686 | O8337 |

Countersigned

By _____
*D Sanches*
Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE BUSINESS AUTO POLICY PROVISIONS AND ENDORSEMENTS.
IF ANY, ISSUED TO FORM A PART THEREOF. COMPLETE THE ABOVE NUMBERED CERTIFICATE.

## POPULAR LEASING