# POPULAR LEASING

ANA R. OLIVELLA RIVERA
RAMEY POSTAL CENTER
73 BELT ROAD SUITE 142
RAMEY             PR 00604

08/31/95

REF: 02-500-07686-00-08337

ESTIMADO CLIENTE:

SU POLIZA DE SEGUROS NUMERO PAP-6569-58     EXPIRA EN 09/09/95.
RECUERDE HACER LAS GESTIONES PERTINENTES PARA LA RENOVACION DE SU
POLIZA Y ENVIARNOS COPIA CON SU CERTIFICACION DE PAGO A LA FECHA
DE VENCIMIENTO. CONTAMOS CON UN PROGRAMA DE SEGUROS A TRAVES DE
PRAICO.

QUEREMOS AGRADECERLE SU PATROCINIO AL SER PARTE DE LA GRAN FAMILIA
DE POPULAR LEASING. CUALQUIER PROBLEMA O DUDA, COMUNIQUESE CON
NOSOTROS AL TELEFONO

ESTAMOS PARA SERVIRLE!

ATENTAMENTE,

DEPARTAMENTO DE SEGUROS

RECUERDE!!

CONTAMOS CON EL SERVICIO DE ATH Y DEBITO DIRECTO PARA
EFECTUAR EL PAGO DE SU ARRENDAMIENTO.

Exhibit H

*Ana Olivella*



# **POPULAR** LEASING

*744 K40 fat*
*Tomás Aporte*

21 de febrero de 1996

Sra. Ana Olivella Rivera
Ramey Postal Center
73 Belt Road Suite 142
Ramey, P.R.  00604

Cliente # 7686 U # 8337

Estimado cliente:

Recibimos  certificación de pago de prima enviada por International Insurance Corporation, de su póliza PAP -06569-58 de Seguros Triple S

Para poder eliminar los cargos por seguro de su cuenta necesitamos los siguiente:

1.  Nos envie copia de la póliza 95-96

Esta cancelación será efectiva a la fecha de recibo de estos documentos.

En espera de su más pronta atención a este importante asunto.

Muy atentamente,

Lizzie Espiet
Supervisora
Pólizas Maestras

**TRIPLE-S**

# SEGUROS TRIPLE-S, INC.

23 de julio de 1996

Sr. Carlos I. Rivera
Examinador de Reclamaciones Legales
PRAICO
PO Box 70333
San Juan, PR  00936-0333

> RE:  Su Caso:  PR-6492-96/M
> Nuestro Caso:  12135
> Asegurado:  Ana R. Olivella Rivera
> Reclamante:  Camilo Escobar Méndez

Estimado señor Rivera:

La presente es en contestación a su misiva de fecha 10 de julio de 1996 con relación al caso de epígrafe.

La póliza BAP-7607781 a nombre de Popular Leasing tiene certificado No. 0000402 emitido a nombre de Ana R. Olivella Rivera efectivo 9/25/94-95.

La policía informó que el accidente en cuestión ocurrió el 15 de julio de 1995 por lo tanto implica que ambas pólizas son concurrentes por lo que el Bufete que usted designe debe comunicarse con nuestro bufete:

Biaggi  Busquets & Mari Roca
PO Box 1589
Mayaguez, PR  00681-1589
Teléfono:  831-2200
Fax:  265-8004

Favor de comunicarse con el suscribiente de tener usted alguna pregunta al teléfono 749-4600 ext. 6285.

Cordialmente,

Joaquín Feliciano
Ajustador Legal

fc:  Ana C. Olivella
International Ins. Corp.
Bufete Biaggi  Busquets & Mari Roca
Barros & Carrión

PD:  Adjunto copia de demanda y emplazamiento

A wholly-owned subsidiary of TRIPLE-S, Inc
PO Box 70313, San Juan, Puerto Rico 00936-0313
Tel. (809) 749-4600   Fax (809) 277-6038