## Popular Auto, Inc.
## Lease History

Customer Name: ANA R. OLIVELLA RIVERA
Account #:  02-000-07686-00-08337

Description: '92 NISSAN STANZA

| PMT # | DATE | BILL | LATE CHG. | DATE | CODE | PAYMENT | DIFFERENCE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | 10-01-92 | 393.00 | - | 10-01-92 | | 393.00 | - | - |
| 2 | 11-01-92 | 393.00 | - | 11-10-92 | | 393.00 | - | - |
| 3 | 12-01-92 | 393.00 | 5.89 | 12-15-92 | | 398.89 | - | - |
| 4 | 01-01-93 | 393.00 | 5.89 | | | | 398.89 | 398.89 |
| 5 | 02-01-93 | 393.00 | - | 02-02-93 | | 398.89 | (5.89) | 393.00 |
| 6 | 03-01-93 | 393.00 | 5.89 | 03-15-93 | | 797.78 | (398.89) | (5.89) |
| 7 | 04-01-93 | 393.00 | 5.89 | | | | 398.89 | 393.00 |
| 8 | 05-01-93 | 393.00 | 5.89 | 05-28-93 | | 393.00 | - | 5.89 |
| 9 | 06-01-93 | 393.00 | - | 06-10-93 | | 393.00 | - | 398.89 |
| 10 | 07-01-93 | 393.00 | 5.68 | 07-29-93 | | 393.00 | - | 398.89 |
| 11 | 08-01-93 | 393.00 | 5.89 | 08-31-93 | | 398.89 | 5.68 | 404.57 |
| 12 | 09-01-93 | 393.00 | 5.89 | | | | - | 404.57 |
| 13 | 10-01-93 | 393.00 | 5.89 | 10-11-93 | | 797.78 | 398.89 | 803.46 |
| | | | | 10-25-93 | NSF | (797.78) | (398.89) | 404.57 |
| 14 | 11-01-93 | 393.00 | 5.89 | 11-12-93 | | 1,196.70 | 797.78 | 1,202.35 |
| 15 | 12-01-93 | 393.00 | 5.89 | 12-21-93 | | 797.80 | (797.81) | 404.54 |
| 16 | 01-01-94 | 393.00 | 5.89 | | | | (398.91) | 5.63 |
| 17 | 02-01-94 | 393.00 | 5.89 | 02-23-94 | | 393.00 | 398.89 | 404.52 |
| 18 | 03-01-94 | 393.00 | 5.89 | | | | 5.89 | 410.41 |
| 19 | 04-01-94 | 393.00 | 5.89 | 04-22-94 | | 398.89 | 398.89 | 809.30 |
| 20 | 05-01-94 | 525.00 | 7.87 | 05-23-94 | | 398.89 | - | 809.30 |
| | | | | 05-31-94 | | 398.89 | 133.98 | 943.28 |
| 21 | 06-01-94 | 525.00 | 7.87 | | | | (398.89) | 544.39 |
| 22 | 07-01-94 | 525.00 | 7.87 | 07-26-94 | | 398.89 | 532.87 | 1,077.26 |
| 23 | 08-01-94 | 525.00 | 7.87 | 08-22-94 | | 398.89 | 133.98 | 1,211.24 |
| 24 | 09-01-94 | 525.00 | 7.87 | | | | 133.98 | 1,345.22 |
| 25 | 10-01-94 | 525.00 | - | 10-04-94 | | 2,028.90 | 532.87 | 1,878.09 |
| 26 | 11-01-94 | 525.00 | 7.87 | 11-30-94 | | 398.89 | (1,503.90) | 374.19 |
| 27 | 12-01-94 | 525.00 | 7.87 | | | | 133.98 | 508.17 |
| 28 | 01-01-95 | 525.00 | 7.87 | | | | 532.87 | 1,041.04 |
| 29 | 02-01-95 | 525.00 | 7.87 | 02-06-95 | | 1,196.67 | 532.87 | 1,573.91 |
| | | | - | 02-16-95 | NSF | (797.78) | (683.80) | 910.11 |
| 30 | 03-01-95 | 525.00 | 7.87 | 02-24-95 | | 797.78 | 797.78 | 1,707.89 |
| | | | 7.87 | 03-06-95 | | | (789.91) | 917.98 |
| 31 | 04-01-95 | 525.00 | 7.87 | 03-14-95 | | 398.89 | 133.98 | 1,051.96 |
| 32 | 05-01-95 | 525.00 | 7.87 | 04-26-95 | | 398.89 | (391.02) | 660.94 |
| 33 | 06-01-95 | 393.00 | 7.87 | 05-30-95 | | 398.89 | 133.98 | 794.92 |
| 34 | 07-01-95 | 393.00 | 5.89 | | | 398.89 | 133.98 | 928.90 |
| 35 | 08-01-95 | 393.00 | - | 07-06-95 | | | 398.89 | 1,327.79 |
| 36 | 09-01-95 | 393.00 | 5.89 | 08-25-95 | | 398.89 | (5.89) | 1,321.90 |
| 37 | 10-01-95 | 393.00 | 5.89 | 09-19-95 | | 398.89 | - | 1,321.90 |
| 38 | 11-01-95 | 393.00 | 5.89 | | | 791.89 | (393.00) | 928.90 |
| 39 | 12-01-95 | 393.00 | 5.89 | | | | 398.89 | 1,327.79 |
| 40 | 01-01-96 | 393.00 | 5.89 | 12-12-95 | | 791.89 | 398.89 | 1,726.68 |
| 41 | 02-01-96 | 393.00 | 5.89 | | | | (393.00) | 1,333.68 |
| 42 | 03-01-96 | 393.00 | 5.89 | | | | 398.89 | 1,732.57 |
| 43 | 04-01-96 | 393.00 | 5.89 | | | | 398.89 | 2,131.46 |
| 44 | 05-01-96 | 393.00 | 5.89 | | | | 398.89 | 2,530.35 |
| 45 | 06-01-96 | 393.00 | 5.89 | | | | 398.89 | 2,929.24 |
| | | | | 06-12-96 | ADJ | 1,716.00 | 398.89 | 3,328.13 |
| 46 | 07-01-96 | 393.00 | 5.89 | 06-18-96 | | 2,085.95 | (1,317.11) | 2,011.02 |
| 47 | 08-01-96 | 393.00 | 5.89 | | | | (2,085.95) | (74.93) |
| 48 | 09-01-96 | 393.00 | 5.89 | | | | 398.89 | 325.96 |
| 49 | 10-01-96 | 393.00 | 5.89 | | | | 398.89 | 722.85 |
| 50 | 11-01-96 | 393.00 | 5.89 | | | | 398.89 | 1,121.74 |
| 51 | 12-01-96 | 393.00 | 5.89 | | | | 398.89 | 1,520.63 |
| 52 | 01-01-97 | 393.00 | 5.89 | | | | 398.89 | 1,919.52 |
| 53 | 02-01-97 | 393.00 | 5.89 | | | | 398.89 | 2,318.41 |
| 54 | 03-01-97 | 393.00 | 5.89 | | | | 398.89 | 2,717.30 |
| 55 | 04-01-97 | 393.00 | 5.89 | | | | 398.89 | 3,116.19 |
| 56 | 05-01-97 | 393.00 | 5.89 | 04-29-98 | | 3,889.89 | 398.89 | 3,515.08 |
| 57 | 06-01-97 | 393.00 | 5.89 | | | | (3,491.00) | 24.08 |
| 58 | 07-01-97 | 393.00 | 5.89 | | | | 398.89 | 422.97 |
| 59 | 08-01-97 | 393.00 | 5.89 | | | | 398.89 | 821.86 |
| 60 | 09-01-97 | 393.00 | 5.89 | | | | 398.89 | 1,220.75 |
| 61 | 10-01-97 | 393.00 | 5.89 | | | | 398.89 | 1,619.64 |
| 62 | 11-01-97 | 393.00 | 5.89 | | | | 398.89 | 2,018.53 |
| 63 | 12-01-97 | 393.00 | 5.89 | | | | 398.89 | 2,417.42 |
| 64 | 01-01-98 | 393.00 | 5.89 | | | | 398.89 | 2,816.31 |
| 65 | 02-01-98 | 393.00 | 5.89 | | | | 398.89 | 3,215.20 |
| 66 | 03-01-98 | 393.00 | 5.89 | | | | 398.89 | 3,614.09 |
| 67 | 04-01-98 | 393.00 | 5.89 | | | | 398.89 | 1,012.98 |
| 68 | 05-01-98 | 393.00 | 5.89 | | | | 398.89 | 1,411.87 |
| 69 | 06-01-98 | 393.00 | 5.89 | | | | 398.89 | 1,810.76 |
| 70 | 07-01-98 | 393.00 | 5.89 | | | | 398.89 | 2,209.65 |
| 71 | 08-01-98 | 393.00 | 5.89 | | | | 398.89 | 2,608.54 |
| 72 | 09-01-98 | 393.00 | 5.89 | 08-21-98 | | 2,522.82 | 398.89 | 3,007.43 |
| | | | 5.89 | | | | (2,123.93) | 3,883.50 |
| | | | | | | | 398.89 | 4,282.39 |
| | | 30,012.00 | 428.03 | | | 26,157.64 | 4,282.39 | |

CODE: NSF = INSUFFICIENT FUNDS
ADJ = ADJUSTMENT (INSURANCE)

Exhibit I