*Bufete S. Dominguez Wolff*
ABOGADOS - NOTARIOS

SERGIO DOMINGUEZ WOLFF

TELEFONO (809) 753-6833
FAX (809) 753-6839

P.O. BOX 192234
SAN JUAN, PR 00919-2234

ROYAL BANK CENTER-SUITE 1207
AVE. PONCE DE LEON 255
HATO REY, PR 00918

12 de septiembre de 1997

CERTIFICADA #P 414 183 512

SA ANA R OLIVELLA RIVERA
PO BOX 8457
BAYAMON PR 00960

Re:   #02-500-07686-01-08337

Estimado(a) señor(a):

    Mi cliente, Popular Leasing & Rental, Inc., me ha referido el caso de referencia, solicitándome que en relación al contrato de referencia otorgado, le indique, que en virtud de las disposiciones de éste, dado que actualmente tiene vencidas las mensualidades de: mayo de 1997 a septiembre de 1997 inclusive, se ha declarado vencido el mismo; por lo que se le requiere que en los próximos diez (10) días me haga llegar la suma de $9,381.42, la cual es el monto de los cánones vencidos y por vencer, la Opción de Compra, más otros cargos dispuestos en el contrato.

    En ánimo de obtener una solución pronta en este caso, le exhorto a enviarme un cheque certificado a nombre de Popular Leasing & Rental, Inc. por la suma de $9,381.42, ó haga entrega inmediata del vehículo de motor arrendado, propiedad de mi representado, para disponer del mismo y proceder conforme se dispone en el contrato otorgado.

    De no cumplir con lo arriba indicado, nos veremos precisados a recurrir al Tribunal, lo que le ocasionará a usted incurrir en una suma mayor que incluirá costas, gastos y honorarios de abogado.

    En espera de su pronta respuesta, quedo

Atentamente,

SERGIO DOMINGUEZ-WOLFF

c.   Banco Popular/Popular Leasing
    Att:   Sra. Miriam Gascot,
          Supervisora de Cobros

Exhibit L