# POPULAR LEASING
LOS ARRENDADORES

**INVOICE AND STATEMENT OF ACCOUNT**

*Please:* INDICATE YOUR ACCOUNT NUMBER ON THE CHECK. RETURN THIS STUB WITH YOUR PAYMENT.

☐ DID YOUR ADDRESS CHANGE? PLEASE CHECK HERE AND NOTIFY US OF YOUR NEW ADDRESS ON THE REVERSE SIDE.

### Detail of Charges

| CUSTOMER NO. | PAYMENT DUE |
|---|---|
| 020000768699 | 10/01/1998 |

| CURRENT DUE | LATE CHARGE |
|---|---|
| $.00 | $459.73 |

| RENT ARREARS DUE | TOTAL DUE |
|---|---|
| $2,829.89 | $3,289.62 |

### Please Detail Your Payment

| CURRENT | LATE CHARGE |
|---|---|
| ARREARS | OTHERS CHARGES |

TOTAL AMOUNT PAY $

98100768699    1

THIS ADDRESS MUST APPEAR ON THE WINDOW OF THE ENCLOSED ENVELOPE

ANA R OLIVELLA RIVERA
RAMEY POSTAL CENTER
PO BOX 8457
BAYAMON          PR 00960

**POPULAR LEASING & RENTAL, INC.**
PO BOX 50045
OLD SAN JUAN STATION
SAN JUAN PUERTO RICO 00902-6245

0200007686990  1001982  000000328962

*****> NOS SALIMOS DE LO COMUN PARA SERVIRLE MEJOR <*****

| DATE ISSUED | CUSTOMER NUMBER | INVOICE NO. |
|---|---|---|
| /23/1998 | 0200007686 | 98100768699 |

| UNIT NO. | DESCRIPTION | CURRENT CHARGE | LATE CHARGE | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|
| 10451 | 1992/NISSAN/STANZA | | 459.73 | | | 2829.89 |

Exhibit M

| TOTAL BILLED THIS PERIOD | LATE CHARGES | | | | |
|---|---|---|---|---|---|
| .00 | | 459.73 | | | 2829.89 |

SHOULD YOU HAVE ANY DOUBTS REGARDING YOUR ACCOUNT, PLEASE CALL OR WRITE TO:
TEL (787) 792-9282  **POPULAR LEASING**  PO BOX 50045
DAILY RENTAL (787) 763-4848              SAN JUAN, P.R. 00903
                                         TEL (787) 792-9282

| PLEASE PAY THIS AMOUNT | $3,289.62 |
|---|---|

POPULAR LEASING & RENTAL INC. - A WHOLLY OWNED SUBSIDIARY OF BANCO POPULAR   (PLSTM 03/96)