# POPULAR LEASING
## LOS ARRENDADORES

**INVOICE AND STATEMENT OF ACCOUNT**

### Detail of Charges

| CUSTOMER NO. | PAYMENT DUE |
|---|---|
| 020000768601 | 10/01/1998 |//
| CURRENT DUE | LATE CHARGE |
| $393.00 | $100.13 |
| RENT ARREARS DUE | TOTAL DUE |
| $4,158.18 | $4,651.31 |

### Please Detail Your Payment

| CURRENT | LATE CHARGE |
|---|---|
| | |
| ARREARS | OTHERS CHARGES |
| | |
| TOTAL AMOUNT PAY $ | |

Please: INDICATE YOUR ACCOUNT NUMBER ON THE CHECK.
RETURN THIS STUB WITH YOUR PAYMENT.

☐ DID YOUR ADDRESS CHANGE? PLEASE CHECK HERE AND NOTIFY US OF YOUR NEW ADDRESS ON THE REVERSE SIDE.

98100768601        1

ANA R OLIVELLA RIVERA
PO BOX 8457
BAYAMON         PR 00960

THIS ADDRESS MUST APPEAR ON THE WINDOW OF THE ENCLOSED ENVELOPE

**POPULAR LEASING & RENTAL, INC.**
**PO BOX 50045**
**OLD SAN JUAN STATION**
**SAN JUAN PUERTO RICO 00902-6245**

0200007686015  1001982  000000465131

\*\*\*\*\*>   NOS SALIMOS DE LO COMUN PARA SERVIRLE MEJOR   <\*\*\*\*\*

| DATE ISSUED | CUSTOMER NUMBER | INVOICE NO. | | | | |
|---|---|---|---|---|---|---|
| 09/23/1998 | 0200007686 | 98100768601 | | | | |

| UNIT NO. | DESCRIPTION | CURRENT CHARGE | LATE CHARGE | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|
| 08337 | 1992/NISSAN/STANZA | 393.00 | 100.13 | 393.00 | 393.00 | 3372.18 |

*Exhibit N* (handwritten)

| TOTAL BILLED THIS PERIOD | LATE CHARGES | | | |
|---|---|---|---|---|
| 393.00 | 100.13 | 393.00 | 393.00 | 3372.18 |

SHOULD YOU HAVE ANY DOUBTS REGARDING YOUR ACCOUNT, PLEASE CALL OR WRITE TO:
TEL (787) 792-9282  **POPULAR LEASING**  PO BOX 50045
DAILY RENTAL (787) 763-4848        SAN JUAN, P.R. 00903
                                   TEL (787) 792-9282

PLEASE PAY THIS AMOUNT    $4,651.31

POPULAR LEASING & RENTAL INC. - A WHOLLY OWNED SUBSIDIARY OF BANCO POPULAR        (PLSTM 03/98)