PO BOX 364009
SAN JUAN        PR   00936

GENERAL MOTORS
ACCEPTANCE CORPORATION
GENERAL MOTORS CORPORATION

787-782-7933 (Tel. Ofic. GMAC)
Número de Solicitud H2997
Sucursal # 599

18 de agosto de 1998

ANA R OLIVELLA
COND ASSISI APT 2003
GUAYNABO        PR   00969

Nuestro concesionario LOSADA AUTO TRUCK INC nos informó que estaba considerando su solicitud de crédito o arrendamiento para la adquisición de un vehículo de motor u otro producto y preguntó si nosotros estábamos preparados para aceptar su obligación, si se completaba la transacción.

Lamentamos informarle que no estuvimos de acuerdo en procesar la transacción según sometida. Sin embargo, estaríamos de acuerdo en procesar la transacción bajo los términos modificados que ya hemos informado al concesionario.

El "Federal Equal Credit Opportunity Act" prohibe que los acreedores discriminen contra los solicitantes de crédito por raza, color, religión, origen nacional, sexo, estado civil o edad (siempre y cuando el solicitante tenga la capacidad legal para obligarse contractualmente). Tampoco se podrá discriminar porque todo el ingreso del solicitante, o parte de él, provenga de un programa de asistencia pública. Esta ley prohibe también el discrimen por razón de que el solicitante haya ejercido de buena fe algún derecho bajo el "Consumer Credit Protection Act". La agencia federal que administra o regula el cumplimiento de la ley antes mencionada respecto a GMAC es la "Federal Trade Commission", Equal Credit Opportunity, Washington, DC 20580.

Usted tiene derecho a una divulgación escrita de las razones específicas para esta acción. Para solicitar la misma, por favor comuníquese con nosotros a la dirección o al teléfono antes citados dentro de los próximos 60 días a partir de la fecha de esta carta. Enviaremos a usted la divulgación escrita de las razones dentro de los siguientes 30 días a partir de la fecha de recibo de su solicitud.

Nuestra decisión se basó total o parcialmente en información obtenida de la(s) agencia(s) de información de crédito al consumidor detallada(s) a continuación:

| | | | | |
|---|---|---|---|---|
| EQUIFAX | PO BOX 740241 | ATLANTA | GA 30374 | 800-685-1111 |
| TRANS UNION CORP | PO BOX 390 | SPRINGFIELD | PA 19064 | 316-636-6100 |

Usted tiene derecho a conocer, bajo el "Fair Credit Reporting Act", la información que aparece en su historial de crédito en la(s) agencia(s) de información de crédito de consumo. Esta agencia(s) no tomó(tomaron) esta decisión por nosotros y no puede(n) proveerle las razones de nuestra decisión. Usted tiene derecho a obtener una copia gratuita del informe de crédito de la(s) agencia(s) de información de crédito, si solicita el mismo dentro de los próximos 60 días a partir de la fecha en que recibió esta comunicación. Si usted encuentra que la información que contiene el informe de crédito es inexacta o está incompleta, usted tiene derecho a aclarar el asunto con la(s) agencia(s) de información de crédito.

Si desea comunicarse con nosotros, por favor tenga a mano el número de solicitud antes indicado para poder atenderle con mayor prontitud.

Lamentamos no haber aprobado la transacción según fue sometida.

GENERAL MOTORS ACCEPTANCE CORPORATION

Exhibit O