**CITIBANK**

*Citibank, N.A.*
*G.P.O. Box 71433*
*San Juan, P.R.*
*00936*

DEALER: YIYI MOTORS                                    10 DE AGOSTO DE 1998

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        352-00
ANA R. OLIVELLA RIVERA
POBOX 8457
BAYAMON PR           00960

ESTIMADO SOLICITANTE:

GRACIAS POR SU INTERES EN SOLICITAR EL PRESTAMO PARA FINANCIAR EL AUTO
MARCA: NISSAN    - 1998 - MODELO: ALTIMA

SENTIMOS INFORMARLE QUE NO ES POSIBLE APROBAR SU SOLICITUD EN ESTE MOMENTO.
EN CITIBANK, N.A. UTILIZAMOS UN SISTEMA DE VALORACION DE PUNTOS, ("CREDIT
SCORING SYSTEM"), EL CUAL ASIGNA UN VALOR A DIVERSOS ELEMENTOS DE
INFORMACION QUE USTED NOS HA SUMINISTRADO EN LA SOLICITUD DE CREDITO, ASI
COMO LA INFORMACION ADICIONAL OBTENIDA DE AGENCIAS DE INFORMACION DE
CREDITO. LA PUNTUACION OBTENIDA POR USTED NO ALCANZO LA MINIMA NECESARIA
PARA CUALIFICAR.

LOS FACTORES Y RAZONES PRINCIPALES PARA LA DENEGACION DE CREDITO SON LAS
SIGUIENTES:

    1. HISTORIAL DE CREDITO ADVERSO
    2. CANTIDAD A FINANCIAR SOLICITADA EXCEDE NUESTRAS POLITICAS
    3. ATRASOS EN SUS OBLIGACIONES

LA INFORMACION DE CREDITO UTILIZADA PARA EVALUAR SU SOLICITUD DE PRESTAMO,
FUE OBTENIDA MEDIANTE UN INFORME DE CREDITO DE LA AGENCIA ABAJO MENCIONADA.

    UCB/TRANS UNION
    CARIBBEAN OFFICE PLAZA SUITE 211
    670 PONCE DE LEON
    SAN JUAN, PUERTO RICO  00907
    1-888-644-8484

DICHA AGENCIA NO INFLUYO EN LA DECISION, SOLAMENTE NOS PROVEYO INFORMACION
DE CREDITO. SEGUN ESTIPULA LA LEY FEDERAL "FAIR CREDIT REPORTING ACT",
USTED TIENE EL DERECHO A OBTENER UNA COPIA GRATIS DE SU REPORTE DE CREDITO
DENTRO DE SESENTA (60) DIAS DE RECIBIDA ESTA CARTA. USTED TAMBIEN TIENE
EL DERECHO DE DISPUTAR LA VERACIDAD DE LA INFORMACION SUMINISTRADA POR LA
AGENCIA DE CREDITO Y/O QUE LA MISMA ESTE COMPLETA.

ESPERAMOS EN UN FUTURO PODER SERVIRLE.

ATENTAMENTE,

DIVISION DE FINANCIAMIENTO DE AUTOMOVILES

Exhibit P

AVISO REQUERIDO POR LEY FEDERAL
EL "FEDERAL EQUAL CREDIT OPPORTUNITY ACT" PROHIBE DISCRIMINAR CONTRA LOS SOLICITANTES DE CREDITO EN BASE A SU RAZA, COLOR, RELIGION, NACION DE ORIGEN SEXO, ESTADO CIVIL, EDAD SIEMPRE QUE TENGA LA CAPACIDAD PARA CONTRATAR), O PORQUE SUS ENTRADAS PROVENGAN EN PARTE O EN SU TOTALIDAD DE PROGRAMAS DE ASISTENCIA PUBLICA, O PORQUE EL SOLICITANTE HAYA EJERCIDO DE BUENA FE CUALQUIER DERECHO PROVISTO POR EL "CONSUMER CREDIT PROTECTION ACT". LA AGENCIA FEDERAL QUE REGLAMENTA A CITIBANK,N.A. ES EL "COMPTROLLER OF THE CURRENCY", CONSUMER AFFAIRS DIVISION, WASHINGTON, D.C. 20219.