**Sprint**
P.O. BOX 142709
IRVING TX 75014-9911

00000030

JULY 17, 1998

ANA R OLIVELLA
PO BOX 8457
BAYAMON, PR 00960-8457

Reference Number:
7877935171

Dear ANA R OLIVELLA,

In preparing to serve potential Sprint customers, we routinely conduct a credit check. The credit information provided to us at this time indicates that a deposit of **$100.00** is required.

| | |
|---|---|
| *REASON(S):* | Credit report information indicates:<br>• UTILIZATN ON REV. ACTS REPT IN THE PAST 6 MO. OR STAT OF REV. ACCTS UNKNOWN<br>• LENGTH OF TIME BANK REVOLVG. ACCTS HAVE BEEN ESTB. OR LENGTH OF TIME UNKNOWN |
| *Request for DISCLOSURE:* | You have the right to receive a copy of the credit report from:<br>EQUIFAX TELCOM & UTILITY SERV<br>PO BOX 105832<br>ATLANTA GA 30348-5832<br>1-800-922-3416 |
| *PAYMENT:* | You may pay your deposit with your VISA or Mastercard by calling us between 8:00 a.m. and 4:30 p.m. CST weekdays at **1-800-877-1524**, or you may send a check or money order to the address listed at the top of this letter. To ensure proper credit, please include the reference number listed above on your check or money order. Please contact us or remit payment within ten (10) days. |
| *INTEREST:* | Your deposit will earn interest for you while it is on account with us at a rate of 9.00%. When you have paid six consecutive invoices by the payment due date, your deposit will be refunded with interest. |
| *CANCELLATION:* | If you do not wish to pay the requested deposit, please disregard this letter. Your request for Sprint service will be automatically canceled and you will remain with your current long distance carrier. |

If you have any additional information or questions, please call us at 1-800-877-1524.

Sincerely,

*LYNN BUCHANAN*
Credit Analyst

Si necesita ayuda con respecto a este tema, nos llama al numero par llamadas sin cargo 1-800-877-1524.

-B63

Exhibit Q