

# POPULAR LEASING

P O BOX 50045 · SAN JUAN, PUERTO RICO 00903
TEL. (787) 751-4848

**BILL OF SALE**
**22921**

For value received, Popular Leasing & Rental, Inc. Hereinafter referred to as "Seller", hereby sells, assigns and transfer to:

NAME: Ana Rosa Olivella
ADDRESS: O. Box 8457, Bayamon P.R.
ZIP CODE: 00760
DATE: 10/2/98
TEL.
TEL.
AT A PRICE OF $         DOLLARS

The following described used motor vehicles.

| UNIT NO. | YEAR | MAKE | MODEL | SERIAL NO. | PLATES NO. | PRICE |
|---|---|---|---|---|---|---|
| 8337 | 92 | Nissan | Stanza | JN1EU21DONY991827 | BKY-901 | 4,500.00 |

*Nos salimos de lo común, para servirle mejor.*

TOTAL AMOUNT  $ 4,500.00

Remarks:
O Individuo                O Incluye Seguro Completo
O Flota                    O Normal Termination
O Liquidacion a 9/30/98    O Incluye Renovacion Marbete 98/99

Seller hereby represents and warrants that said vehicles are free and clear of all liens and encumbrances. Seller disclaims all express or implied warranties including those of merchantability or fitness for a particular use with respect to said vehicles.

**BUYER ACCEPTED**
SIGNATURE:
NAME:
TITLE:

**POPULAR LEASING & RENTAL INC.**
AUTHORIZED SIGNATURE:
NAME:
TITLE:

WHITE-CUSTOMER  CANARY-INSURANCE  PINK-ACCOUNTING  GOLDENROD-LICENSE  BLUE-CONSECUTIVE

Exhibit R

# POPULAR LEASING

PAGE 1

2 de octubre de 1998

Popular Leasing
P. O. Box 11917
Caparra Heights Station
San Juan, PR 00922-1917

Estimados señores:

Por la presente autorizo a Popular Leasing a efectuar el traspaso de la unidad descrita a continuación:

Número de unidad: 08337
Tablilla: BKX-901
Número de serie: JN1FU21P0NX901827
Marca/Año: Nissan Stanza XE

Este traspaso se hará a nombre de:

Nombre y Apellidos: Ana Rosa Olivella Rivera
Dirección Postal: PO Box 8457
Bayamon, PR 00960
Dirección Física: Cond. Assisi Apto 2003 Cam. 19
Villa Caparra, Guaynabo
Teléfono: 793-5171
Teléfono: 758-3400
Seguro Social Núm. 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
Licencia Número: 972741
Seguro Social Patronal:

Cordialmente,

[signature]
Cliente Número:

Acepto que se transfiera a mi nombre el título y licencia del vehículo antes descrito, efectivo al 2 de octubre de 1998.

Firma: [signature]

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6245 • TELS. (809) 751-4848 • 792-9292

Exhibit

```
FILE No.656 07/09 '02 14:41   ID:POPULA AUTCMFD   FAX:                          PAGE   5


  PDDAM07                    BANCO POPULAR DE PUERTO RICO                  DATE 10/02
8
1 CHEQUERA PLUS              CHECKING HISTORY AS OF 10/01/98               TIME 14:35
  ORIG. ACCT. 7051094857
1
  ACCOUNT    051-03853-6  BOOK BAL        864.13   CYCLE           LAST STATEMENT
  NAME OLIVELLA WILLIAM   AVAIL BAL       864.13          CODE  DATE           BALANCE
  TRAN     TRACE                                            7  09/15/98         678.
  DATE     NUMBER       TRANSACTION DESCRIPTION            TRAN AMOUNT        BALANCE
  091898   110817764 CHEQUE      NUMERO    225                    17.00-        661.
  092398   111307183 CHEQUE      NUMERO    226                   115.60-        546.
  100198   82731303703 EFT DEPOSIT  US TREASURY 303               318.00        864.
                       SOC SEC     581121333B SSA
                   ***** END OF TRANSACTIONS  *****




    ACCOUNT NO. 051038536
  ***************************       OPERATOR INSTRUCTIONS    ***************************
* ENTER-DISPLAY ACCOUNT  PF2-PAGE FORWARD       PF4-PAGE 1
  CLEAR-EXIT TO MENU     PF3- PAGE BACKWARD     PF5-LAST PAGE    PF8- RDC SPECIAL I
T
```



William Olivella Arroyo
or Rosa Rivera De Olivella
Calle Jacinto 3 T-19
Lomas Verdes
Bayamon PR 00956

Páguese a la orden de / Pay to the order of: POPULAR LEASING   $4500 —

Four Thousand Five Hundred — Dollars

BANCO POPULAR
BANCO POPULAR DE PUERTO RICO

NISSAN 91

Por/For: CANCELAR T(ESIDUAL)

⑈:021502011⑈:  051⑈038536⑈   0229

RECEIVED
OCT 02 1998
DEPTO. SEGUROS Y LICENCIAS