20 de septiembre de 1996

Trans Union de Puerto Rico Inc.
Avenida Ponce de León  804
Santurce, Puerto Rico  00907

Estimados señores:

En el día de hoy recibí por correo carta de Decisión sobre mi solicitud de Crédito con el Scotiabank de Puerto Rico, Sucursal de Aguadilla.

A continuación algunos datos personales para que se sirvan enviarme una copia de mi informe de crédito (libre de costo), según indicado en carta adjunta.

| | | |
|---|---|---|
| NOMBRE | : | Ana Rosa Olivella Rivera |
| Seg. Social | : | 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 |
| Fecha Nac. | : | 2 de diciembre de 1955 |
| Lugar | : | Santurce, Puerto Rico |
| Dirección | : | Círculo E. # 329 B |
| | | Ramey, P. R.  00604 |
| Dirección Postal | : | 703 Belt Road |
| | | Suite 142 Ramey Postal Center |
| | | Ramey, P. R.  00604 |
| Teléfono | : | (787) 890-1857 |
| Licencia | : | 972744 (copia adjunta) |
| Empleo | : | Almena Consultants Group, Inc. |
| | | P.O. Box 1616 |
| | | Mayaguez, Puerto Rico  00681 |
| | | Tel. 832-7142 |

Agradeceré vuestra pronta atención a este asunto. Muchas Gracias.

Cordialmente,

Ana Rosa Olivella Rivera

Anexos

Exhibit S