IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ana R. Olivella Rivera<br>    **PLAINTIFF**<br>            Vs.<br><br>Popular Leasing and Rental, Inc., and others.<br>    **DEFENDANTS** | **Civil No. 98-2267**<br><br>**CREDIT COLLECTION DAMAGES** |

**MOTION AMENDING
(FE ERRATA)**

TO THE HONORABLE COURT:

**COMES NOW** Plaintiff through the undersigned attorneys and respectfully alleges and prays:

1.    Plaintiff most respectfully requests that this Honorable Court permits the amendment of both Reply and Opposition to Motion for Summary Judgment and Statement of Contested and Uncontested Facts in the following pages.

a)    In Statement of Contested and Uncontested Facts page seven (7) should read Exhibit R instead of Exhibit E.

b)    On the Reply and Opposition Memorandum on page 8, Exhibit L, should read as Exhibit S.

      c)    On the same Reply and Opposition, Page 22, the term Exhibit S, should be placed after the first sentence.

    2)    These errors were made involuntary manner. It respectfully request that the Honorable Court grant leave with respectfully to said exhibits.

**RESPECTFULLY SUBMITTED.**

I CERTIFY that on this same date I have filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the followings: Attorney Ana María Otero and Attorney David López Pumarejo, by regular mail at P.O. Box 195351, San Juan, PR 00919-5351.

In Caguas, Puerto Rico, this 31 of March, 2006.

        /RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
        **RAFAEL A. OLIVERAS LOPEZ DE VICTORIA**
        USDC: 119606
        4G9, CALLE 2, 4TA. SECCION
        URB. VILLA DEL REY
        CAGUAS, PR 00727-6704
        TEL: 744-8588/ FAX: 703-0977
        Email: roliveralv@prtc.net