```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA            *   CIVIL NO.: 98-2267 (JAG)
                                  *
     Plaintiff                    *
                                  *
          v.                      *
                                  *   JURY TRIAL DEMANDED
POPULAR LEASING AND RENTAL, INC., *
ET AL.                            *
                                  *
     Defendants                   *
                                  *
-------------------------------------*
```

## MOTION REQUESTING EXTENSION TO FILE REPLY

TO THE HONORABLE COURT:

COME NOW defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominated Puerto Rican American Insurance Company) and BANCO POPULAR DE PUERTO RICO, represented by the undersigned attorneys, and before the Honorable Court respectfully tenders this proposed pre-trial order:

1. Plaintiffs filed an opposition to the appearing parties' amended motion for summary judgment.

2. In said opposition, plaintiff's raised several contentions to which the appearing parties wish to respond in order to place this Honorable Court in a better position to decide the controversy.

3. Due to health reasons, the undersigned attorney has been out of the office for the past two (2) weeks. For that reason, it has been impossible for us to prepare a reply to plaintiff's opposition.

4. Moreover, on April 4, 2006 plaintiffs filed an amendment to its opposition through which the exhibits of said opposition were notified for the first time.

5. The appearing parties respectfully request an additional term of ten (10) days to file a reply to plaintiff's opposition to the amended motion for summary judgment.

WHEREFORE, an additional term of ten (10) days is respectfully requested by the appearing parties to file a reply to plaintiff's opposition to the amended motion for summary judgment.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Rafael A. Oliveras López, Esq.**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **David López Pumarejo, Esq.**, P.O. Box 195351, San Juan, Puerto Rico 00919-5351.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 6th day, of April, 2006.

    s/ Ana María Otero
    USDC No. 206312
    Attorney for defendants
    Preferred Risk Insurance Company
    and Banco Popular de Puerto Rico
    OTERO & LOPEZ, L.L.P.
    P.O. Box 9023933
    San Juan, P.R. 00902-3933
    Tel: 724-4828
    Fax: 722-7662
    e-mail: otelo@prtc.net