**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **Ana R. Olivella Rivera**  *Plaintiff*  vs.  **Popular Leasing and Rental, Inc and others**  *Defendants* | District Court No.  3:98 cv-2267 JAG-GAG |

MOTION REQUESTING ADDITIONAL TIME TO REPLY TO PLAINTIFF´S
OPPOSITION TO MOTION FOR SUMMAR JUDGEMENT

**TO THE HONORABLE COURT:**

Comes now defendants **Popular Auto, Inc** (formerly Popular Leasing & Rental, Inc.) and respectfully shows and prays:

1. Plaintif recently filed a much belated opposition to the pending Motion For Summary Judgment. This past days we were working on a Reply to Plaintiff oppositon.

2. On April 4, 2006 Plaintiff notified additional exhibits to his opposition. As far as we have been able to verify, some of these exhibits were never produced to us during discovery, and were are certain that we had requested all documents in the posession of plaintiff.

3. We are not really concerned that these exhibits will change the outcome of the the motion for summary judgment, but we have to verify these new documents with the client.

4. Next week the undersigned attorney will be on a short vacation and will return on April 18. We respectfuly request that an extension of time to file

an opposition or response to plaintiff motion to be due on or before April 22, 2006.

**WHEREFORE**, Defendants requests an additional term up to April 22, 2006 to file a response to plaintiff Opposition To Summary Judgment.

**I HEREBY CERTIFY:** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **RafaelOliveras López, Esq.,** and to **Ana María Otero, Esq.** Box 902393, San Juan, Puerto Rico 00902-3933.

In San Juan, Puerto Rico, April 6, 2006.

*Pérez Pietri & Díaz Ríos*
Attorneys For Popular Leasing
P. O. Box 190743
San Juan, P. R. 00919-07433
Tel. 792-7013 / Fax: 792-8520

**David López-Pumarejo, Esq.**
USDC No. 123711
Email Pumad@caribe.net
and  dlpuma@coqui.net