```
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| ANA R. OLIVELLA RIVERA | * | CIVIL NO.: 98-2267 (JAG) |
| | * | |
| <u>Plaintiff</u> | * | |
| | * | |
| v. | * | |
| | * | JURY TRIAL DEMANDED |
| POPULAR LEASING AND RENTAL, INC., | * | |
| ET AL. | * | |
| | * | |
| <u>Defendants</u> | * | |
| | * | |

-------------------------------------*

## MOTION SUBMITTING TRANSLATED EXHIBITS

TO THE HONORABLE COURT:

COME NOW defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominated Puerto Rican American Insurance Company) and BANCO POPULAR DE PUERTO RICO, represented by the undersigned attorneys, and before the Honorable Court respectfully tenders this proposed pre-trial order:

1. The appearing parties submitted some pages of the transcript of plaintiff's deposition as Exhibit 4 in support of the statement of uncontested facts filed with the amended motion for summary judgment.

2. Some portions of said transcript of the deposition were in Spanish.

3. Leave was requested to file those documents with portions in Spanish until a certified translation was obtained.

4. A certified translation of said Exhibit 4 is hereby submitted with the present motion.

WHEREFORE, it is respectfully requested that this Honorable Court accepts the certified translation of Exhibit 4 in support of the uncontested facts filed along with the amended motion for summary judgment, which certified translation is hereby submitted with the present motion.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Rafael A. Oliveras López, Esq.**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **David López Pumarejo, Esq.**, P.O. Box 195351, San Juan, Puerto Rico 00919-5351.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 28th day, of April, 2006.

    s/ Ana María Otero
    USDC No. 206312
    Attorney for defendants
    Preferred Risk Insurance Company
    and Banco Popular de Puerto Rico
    OTERO & LOPEZ, L.L.P.
    P.O. Box 9023933
    San Juan, P.R. 00902-3933
    Tel: 724-4828
    Fax: 722-7662
    e-mail: otelo@prtc.net