**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANA R. OLIVELLA-RIVERA<br><br>Plaintiff (s)<br><br>v.<br><br>POPULAR LEASING AND RENTAL, INC ET AL .<br><br>Defendant (s) | CV. 98-2267  (JAG/ GAG) |

### MINUTES OF PROCEEDINGS AND ORDER

A pretrial/ settlement conference was held today before the undersigned . Plaintiff was represented by attorney Rafael Olivero-Lopez de Victoria . Defendants, nor their counsel appeared .

Defendants shall, on or before June 12, 2006 SHOW CAUSE as to why they should not be fined $500.00 each.

Plaintiff filed an amended pretrial order today . Jury trial is estimated to last one (1) week .

Trial is hereby set for June 19-23, 2006. Trial will begin on the 19th at 9:00 a.m. with jury selection. All documents to be introduced as evidence must be marked on or before June 16, 2006 .

The Court encourages the parties and counsel to explore settlement alternatives as the cost of going to trial will likely exceed any judgment .

**SO ORDERED** .

In San Juan, Puerto Rico, this 31 th day of May, 2006 .

*S/ Gustavo A. Gelpí*
United States Magistrate Judge