Subject: Case 3:98-cv-02267-JAG-GAG Olivella-Rivera v. Popular Leasing
Date: Tuesday, June 6, 2006 6:53 PM
From: David Lopez-Pumarejo <dlpuma@coqui.net>
To: Ana María Otero <otelo@prtc.net>, <roliveralv@prtc.net>
Conversation: Case 3:98-cv-02267-JAG-GAG Olivella-Rivera v. Popular Leasing

Compañeros:

Entiendo que debemos reunirnos urgentemente para confeccionar un informe de PT enmendado para someterse antes del día 9 de junio.

Los invito a mi oficina mañana miercoles en la tarde o el jueves a cualquier hora.

Por favor comuniquense conmigo al 792-7013 o al 398-4917 lo antes posible.

David lópez Pumarejo

---

Translation

Brother and sister counsel:

I understand that we have to meet to draft an ammended PT report to be submitted by June 9.

I invite you both to my office to meet tomorrow wenesday or Thursday at any time.

Please call me at 792-7013 or at 398-4917 As soon as possible.

David lópez Pumarejo