```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| ANA R. OLIVELLA RIVERA | * | CIVIL NO.: 98-2267 (JAG) |
| | * | |
| <u>Plaintiff</u> | * | |
| | * | |
| v. | * | |
| | * | JURY TRIAL DEMANDED |
| POPULAR LEASING AND RENTAL, INC., | * | |
| ET AL. | * | |
| | * | |
| <u>Defendants</u> | * | |
| | * | |
| -----------------------------------* | | |

<u>MOTION REGARDING ABSENCE FROM JURISDICTION</u>

TO THE HONORABLE COURT:

COME NOW defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominated Puerto Rican American Insurance Company) and BANCO POPULAR DE PUERTO RICO, represented by the undersigned attorneys, and before the Honorable Court respectfully tenders this proposed pre-trial order:

1. The undersigned attorney will be out of Puerto Rico from June 19 to August 4, 2006.

2. For the above reason, it is respectfully requested from this Honorable Court that no new due dates or court appearances are scheduled during said period since the undersigned attorney will be out of the jurisdiction. In the same manner, it is requested from the other attorneys in the case that no new discovery proceedings are scheduled during the above mentioned period.

WHEREFORE, it is respectfully requested that this Honorable Court and the other attorneys in the case take notice that the

undersigned attorney will be out of Puerto Rico from June 19 to August 4, 2006 and that no new discovery proceedings, court appearances or scheduling are set for said time period due to the absence of the undersigned attorney from the jurisdiction.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Rafael A. Oliveras López, Esq.; David López Pumarejo, Esq.**

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 15th day, of June, 2006.

>s/ Ana María Otero
>USDC No. 206312
>Attorney for defendants
>Preferred Risk Insurance Company
>and Banco Popular de Puerto Rico
>OTERO & LOPEZ, L.L.P.
>P.O. Box 9023933
>San Juan, P.R. 00902-3933
>Tel: 724-4828
>Fax: 722-7662
>e-mail: otelo@prtc.net