IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA-RIVERA,

    Plaintiff,

    v.

POPULAR LEASING & RENTAL, INC., et al

    Defendants

CIVIL NO. 98-2267(GAG)

## ORDER

This Magistrate Judge disqualifies herself from any further proceedings in this case. Title 28 U.S.C. §455(a).

The Clerk is to take notice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16th day of August, 2006.

                      s/**CAMILLE L. VELEZ-RIVE**
                      **CAMILLE L. VELEZ-RIVE**
                      **UNITED STATES MAGISTRATE JUDGE**