IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA-RIVERA,

Plaintiff

v.                                                          CIVIL 98-2267 (JAG)

POPULAR LEASING & RENTAL, INC.,

Defendant

PRETRIAL CONFERENCE REPORT

At the conference held on December 5, 2006, plaintiff was represented by Rafael A. Oliveras-López, Esq., defendant by David López-Pumarejo and Ana M. Otero-Cintrón, Esqs.

Parties are to submit proposed voir dire, jury instructions, and verdict forms at least three days before trial.  All exhibits are to be premarked at least a week before trial.  Plaintiff is to amend the pretrial order to include a description of the expected subject matter of the testimony of each witness sufficient to allow the defense to determine if depositions will be necessary.  The defense may amend the pretrial order as the need arises.  The case has no possibility of settlement.

The jury trial set for March 26, 2007 is converted into a pretrial conference. At that time a new trial date will be selected.

At San Juan, Puerto Rico, this 8th day of December, 2006.

S/ JUSTO ARENAS
Chief United States Magistrate Judge