UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANA R. OLIVELLA RIVERA** | * CASE NUM: 98-2267(CC) |
| Plaintiff | * |
| Vs. | * CREDIT COLLECTION |
| | * DAMAGES |
| **PR POPULAR LEASING AND RENTAL, INC. and OTHERS** | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION SUBMITTING EVIDENCE MENTIONED IN**
***MOTION IN REPLY TO MOTION IN LIMINE***

TO THE HONORABLE COURT:

COMES NOW Plaintiffs through the undersigned attorney and most respectfully alleges and prays:

1. Plaintiffs, as of today, filed it *Motion in Reply to Motion In Limine*, in which it replies to the allegations made by Defendants.

2. In light of all the true facts, it is hereby included copy of all the evidence that Defendants allegedly have not ever had an opportunity to use and/or prepare for. Again, it should be noted that said documents and/or evidence has been previously used by Plaintiff in their *Opposition and Reply to Summary Judgment* and *Motion to Dismiss*.

3. Said documents in controversy include:

a. Credit Bureau reports dated 1999, 2000, 2001, 2002 and 2003.

b. Credit denial reports dated March, 2002; January, 2004; and April, 2004.

c. Letter signed by Sylvia Cardona to Ana Olivella dated November 7, 1997.

d. Letter to Evelyn Santana from Ana Olivella requesting correction of her credit report by TransUnion.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that on this date, the foregoing motion was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all corresponding parties.

In Caguas, Puerto Rico, at this February 21st, 2007.

        **s/Rafael A. Oliveras López de Victoria**
        **Rafael A. Oliveras López De Victoria**
        **Attorney for Plaintiffs**
        USDC-PR: 119606
        URB. VILLA DEL REY
        4G9, CALLE 2, 4TA SECCION
        CAGUAS, PUERTO RICO 00727-6704
        TEL: (787) 744-8588/ FAX: (787)703-0977
        Email: roliveralv@prtc.net