

3

**Sprint**
P.O. BOX 142709
IRVING TX 75014-9911

00000030

JULY 17, 1998

ANA R OLIVELLA
PO BOX 8457
BAYAMON, PR 00960-8457

Reference Number:
7877935171

Dear ANA R OLIVELLA,

In preparing to serve potential Sprint customers, we routinely conduct a credit check. The credit information provided to us at this time indicates that a deposit of **$100.00** is required.

**REASON(S):** Credit report information indicates:

- UTILIZATN ON REV. ACTS REPT IN THE PAST 6 MO. OR STAT OF REV. ACCTS UNKNOWN
- LENGTH OF TIME BANK REVOLVG. ACCTS HAVE BEEN ESTB. OR LENGTH OF TIME UNKNOWN

**Request for DISCLOSURE:** You have the right to receive a copy of the credit report from:

EQUIFAX TELCOM & UTILITY SERV
PO BOX 105832
ATLANTA GA 30348-5832
1-800-922-3416

**PAYMENT:** You may pay your deposit with your VISA or Mastercard by calling us between 8:00 a.m. and 4:30 p.m. CST weekdays at **1-800-877-1524**, or you may send a check or money order to the address listed at the top of this letter. To ensure proper credit, please include the reference number listed above on your check or money order. Please contact us or remit payment within ten (10) days.

**INTEREST:** Your deposit will earn interest for you while it is on account with us at a rate of 9.00%. When you have paid six consecutive invoices by the payment due date, your deposit will be refunded with interest.

**CANCELLATION:** If you do not wish to pay the requested deposit, please disregard this letter. Your request for Sprint service will be automatically canceled and you will remain with your current long distance carrier.

If you have any additional information or questions, please call us at 1-800-877-1524.

Sincerely,

LYNN BUCHANAN
Credit Analyst

Si necesita ayuda con respecto a este tema, nos llama al numero par llamadas sin cargo 1-800-877-1524.
-B63

HP Fax Series 1020

Last Transaction Report
Name            : CAREER CONTRACT SVCS
Fax Number      : 7872960758
Date&Time       : Sep 26 2005 08:22am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Sep 26 2005 | 08:10:45am | Sent | 7877030977 | 00:00:57 | 01 | Ok |

787- 703- 0977


# POPULAR LEASING

7 de noviembre de 1997

Sra. Ana R. Olivella Rivera
P O Box 8457
Bayamón PR 00960

Estimada señora Olivella:

RE:   02-000-07686-00-08337
      02-000-07686-00-10451

Las cuentas de referencia reflejan información incorrecta en su historial de crédito. Hemos procedido a corregir dicha información en la agencia de crédito Trans Union de Puerto Rico, Inc.

Le pedimos disculpas por los inconvenientes que esta situación le haya ocasionado y nos reiteramos a su disposición para cualquier otro asunto que usted entienda podamos serle útil.

Atentamente,

Silvia Carmona
Supervisora
Servicio al Cliente

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6245 • TELS. (787) 751-4848 • 792-9292

**Check 0972** — Ana R. Olivella Rivera, Ramey Postal Center, Belt Road 703 Suite 142, Ramey, P.R. 00604
Date: sept. 19, 1995
Pay to the order of: Paula Rivera
Amount: $791.89
Setecientos noventa y uno 89/100 DOLLARS
Banco Popular de Puerto Rico
Signature: Ana R. Oliv[ella]
TC 026

**Check 0968** — Ana R. Olivella Rivera
Date: 25 agosto 1995
Pay to the order of: Paula Rivera
Amount: $398.89
Trescientos noventa y ocho 89/100 DOLLARS
Banco Popular
08/25/95  08:44 PC
Signature: Ana R. Oliv[ella]
TC 026

**Check 1001** — Ana R. Olivella Rivera, Ramey Postal Center, Belt Road 703 Suite 142, Ramey, P.R. 00604
Date: Nov. 11, 1995
Pay to the order of: Paula Rivera
Amount: $398.89
Trescientos noventa y ocho 89/100 DOLLARS
Banco Popular de Puerto Rico
Signature: Ana R. Oliv[ella]
TC 026

**Check 1002** — Ana R. Olivella Rivera, Ramey Postal Center, Belt Road 703 Suite 142, Ramey, P.R. 00604
Date: Dic. 11, 1995
Pay to the order of: Paula Rivera
Amount: $398.89
Trescientos noventa y ocho 89/100 DOLLARS
Banco Popular
Signature: Ana R. Oliv[ella]
TC 026

Fax #: 744-1640

15 mayo 1996

Sr. Tomás Aponte

Adjunto copias de cheques cancelados desde Agosto 1995 hasta Dic. 1995 y talonarios provistos por el banco. Además copia de la carta enviada por la Sra. Espiet de Popular Leasing y copia del fax enviado el 04 de enero de 1996 al Sr. Carlos Martínez de Popular Leasing dado que en su llamada también reclamaba que el pago del seguro para 1994 y 1995 estaba descubierto y estaba cobrando también atraso en seguro, de igual manera que ahora.

Gracias por su atención.

Cordialmente

Ana R. Olivo
Cliente 7686
Unidad 8337

From:
Ana R. Olivella
Tel. 890-1857

Citibank, N.A.
G.P.O. Box 71433
San Juan, P.R.
00936

**CITIBANK**

DEALER: YIYI MOTORS

10 DE AGOSTO DE 1998

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    352-00
ANA R. OLIVELLA RIVERA
POBOX 8457
BAYAMON PR    00960

ESTIMADO SOLICITANTE:

GRACIAS POR SU INTERES EN SOLICITAR EL PRESTAMO PARA FINANCIAR EL AUTO
MARCA: NISSAN  - 1998 - MODELO: ALTIMA

SENTIMOS INFORMARLE QUE NO ES POSIBLE APROBAR SU SOLICITUD EN ESTE MOMENTO.
EN CITIBANK, N.A. UTILIZAMOS UN SISTEMA DE VALORACION DE PUNTOS, ("CREDIT
SCORING SYSTEM"), EL CUAL ASIGNA UN VALOR A DIVERSOS ELEMENTOS DE
INFORMACION QUE USTED NOS HA SUMINISTRADO EN LA SOLICITUD DE CREDITO, ASI
COMO LA INFORMACION ADICIONAL OBTENIDA DE AGENCIAS DE INFORMACION DE
CREDITO. LA PUNTUACION OBTENIDA POR USTED NO ALCANZO LA MINIMA NECESARIA
PARA CUALIFICAR.

LOS FACTORES Y RAZONES PRINCIPALES PARA LA DENEGACION DE CREDITO SON LAS
SIGUIENTES:

1. HISTORIAL DE CREDITO ADVERSO
2. CANTIDAD A FINANCIAR SOLICITADA EXCEDE NUESTRAS POLITICAS
3. ATRASOS EN SUS OBLIGACIONES

LA INFORMACION DE CREDITO UTILIZADA PARA EVALUAR SU SOLICITUD DE PRESTAMO,
FUE OBTENIDA MEDIANTE UN INFORME DE CREDITO DE LA AGENCIA ABAJO MENCIONADA.

UCB/TRANS UNION
CARIBBEAN OFFICE PLAZA SUITE 211
670 PONCE DE LEON
SAN JUAN, PUERTO RICO  00907
1-888-644-8484

DICHA AGENCIA NO INFLUYO EN LA DECISION, SOLAMENTE NOS PROVEYO INFORMACION
DE CREDITO. SEGUN ESTIPULA LA LEY FEDERAL "FAIR CREDIT REPORTING ACT",
USTED TIENE EL DERECHO A OBTENER UNA COPIA GRATIS DE SU REPORTE DE CREDITO
DENTRO DE SESENTA (60) DIAS DE RECIBIDA ESTA CARTA. USTED TAMBIEN TIENE
EL DERECHO DE DISPUTAR LA VERACIDAD DE LA INFORMACION SUMINISTRADA POR LA
AGENCIA DE CREDITO Y/O QUE LA MISMA ESTE COMPLETA.

ESPERAMOS EN UN FUTURO PODER SERVIRLE.

ATENTAMENTE,

DIVISION DE FINANCIAMIENTO DE AUTOMOVILES



EL "FEDERAL EQUAL CREDIT OPPORTUNITY ACT" PROHIBE DISCRIMINAR CONTRA LOS SOLICITANTES DE CREDITO EN BASE A SU RAZA, COLOR, RELIGION, NACION DE ORIGEN
SEXO, ESTADO CIVIL EDAD(SIEMPRE QUE TENGA LA CAPACIDAD PARA CONTRATAR), O PORQUE SUS ENTRADAS PROVENGAN EN PARTE O EN SU TOTALIDAD DE PROGRAMAS
DE ASISTENCIA PUBLICA, O PORQUE EL SOLICITANTE HAYA EJERCIDO DE BUENA FE CUALQUIER DERECHO PROVISTO POR EL "CONSUMER CREDIT PROTECTION ACT". LA
AGENCIA FEDERAL QUE REGLAMENTA A CITIBANK,N.A. ES EL "COMPTROLLER OF THE CURRENCY", CONSUMER AFFAIRS DIVISION, WASHINGTON, D.C. 20219.

AVISO REQUERIDO POR LEY FEDERAL

54

PO BOX 364009
SAN JUAN    PR   00936

787-782-7933 (Tel. Ofic. GMAC)
Número de Solicitud H2997
Sucursal # 599

GENERAL MOTORS
ACCEPTANCE CORPORATION
GENERAL MOTORS CORPORATION

18 de agosto de 1998

ANA R OLIVELLA
COND ASSISI APT 2003
GUAYNABO    PR   00969

Nuestro concesionario LOSADA AUTO TRUCK INC nos informó que estaba considerando su solicitud de crédito o arrendamiento para la adquisición de un vehículo de motor u otro producto y preguntó si nosotros estábamos preparados para aceptar su obligación, si se completaba la transacción.

Lamentamos informarle que no estuvimos de acuerdo en procesar la transacción según sometida. Sin embargo, estaríamos de acuerdo en procesar la transacción bajo los términos modificados que ya hemos informado al concesionario.

El "Federal Equal Credit Opportunity Act" prohíbe que los acreedores discriminen contra los solicitantes de crédito por raza, color, religión, origen nacional, sexo, estado civil o edad (siempre y cuando el solicitante tenga la capacidad legal para obligarse contractualmente). Tampoco se podrá discriminar porque todo el ingreso del solicitante, o parte de él, provenga de un programa de asistencia pública. Esta ley prohíbe también el discrimen por razón de que el solicitante haya ejercido de buena fe algún derecho bajo el "Consumer Credit Protection Act". La agencia federal que administra o regula el cumplimiento de la ley antes mencionada respecto a GMAC es la "Federal Trade Commission", Equal Credit Opportunity, Washington, DC 20580.

Usted tiene derecho a una divulgación escrita de las razones específicas para esta acción. Para solicitar la misma, por favor comuníquese con nosotros a la dirección o al teléfono antes citados dentro de los próximos 60 días a partir de la fecha de esta carta. Enviaremos a usted la divulgación escrita de las razones dentro de los siguientes 30 días a partir de la fecha de recibo de su solicitud.

Nuestra decisión se basó total o parcialmente en información obtenida de la(s) agencia(s) de información de crédito al consumidor detallada(s) a continuación:

| | | | | |
|---|---|---|---|---|
| EQUIFAX | PO BOX 740241 | ATLANTA | GA 30374 | 800-685-1111 |
| TRANS UNION CORP | PO BOX 390 | SPRINGFIELD | PA 19064 | 316-636-6100 |

Usted tiene derecho a conocer, bajo el "Fair Credit Reporting Act", la información que aparece en su historial de crédito en la(s) agencia(s) de información de crédito de consumo. Esta agencia(s) no tomo(tomaron) esta decisión por nosotros y no puede(n) proveerle las razones de nuestra decisión. Usted tiene derecho a obtener una copia gratuita del informe de crédito de la(s) agencia(s) de información de crédito, si solicita el mismo dentro de los próximos 60 días a partir de la fecha en que recibió esta comunicación. Si usted encuentra que la información que contiene el informe de crédito es inexacta o está incompleta, usted tiene derecho a aclarar el asunto con la(s) agencia(s) de información de crédito.

Si desea comunicarse con nosotros, por favor tenga a mano el número de solicitud antes indicado para poder atenderle con mayor prontitud.

Lamentamos no haber aprobado la transacción según fue sometida.

GENERAL MOTORS ACCEPTANCE CORPORATION

20

55