REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: XXX-XX-5914

EXPEDIENTE NUMERO: 127713132    PAGINA 5 DE 6

| NOMBRE DEL SUBSCRIPTOR | TIPO DE INDAGACION | FECHA |
|---|---|---|
| CITIBANK USA NA SEARS | INDIVIDUAL | 04/24/2004 |
| FIRST PREMIER BANK | INDIVIDUAL | 04/17/2004 |
| ISLAND FINANCE #1189 | INDIVIDUAL | 04/12/2004 |
| ISLAND FINANCE #1134 | INDIVIDUAL | 02/21/2004 |
| ISLAND FINANCE #1189 | INDIVIDUAL | 02/16/2004 |
| RELIABLE FINANCIAL | INDIVIDUAL | 01/07/2004 |
| CAPITAL SOLUTIONS VIA NMC/CAPITAL SOLUTIONS & PROPOSITO PERMISIBLE = TRANSACCION DE CREDITO | INDIVIDUAL | 12/29/2003 |
| DAIMLERCHRYSLER SRVC | | |
| BANCO SANTANDER DE PR | INDIVIDUAL | 12/15/2003 |
| BANCO SANTANDER DE PR | INDIVIDUAL | 08/14/2003 |
| EUROBANK | INDIVIDUAL | 08/05/2003 |
| SCOTIABANK DE PR/REXVILL | INDIVIDUAL | 08/01/2003 |
| TIRI REAL ESTATE | CONJUNTA | 11/08/2002 |
| | INDIVIDUAL | 07/15/2002 |

COMPANIAS QUE SOLICITEN SU INFORME DE CREDITO DEBEN DE PROVEER CIERTA INFORMACION SOBRE USTED. EN LOS ULTIMOS 90 DIAS, LAS COMPANIAS QUE SOLICITARON SU INFORME PROVEYERON LA SIGUIENTE INFORMACION

SUBSCRITOR    FECHA
EXPRESSO WESTERNBANK    06/17/2004
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:
OLVERA/RIVERA, ANA, R
8457 BAYAMON, BAYAMON, PR 00960

ORIENTAL BANK AND TRUST    05/26/2004
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:
ROSA OLIVELLA, ANA    (787) 726-0053
O COND. PLAZA INMACULA, SANTURCE, PR 00919
O PO BOX 8457, BAYAMON, PR 00960
EMPLEO: CAREER CONTRACT SERVICE

CITIBANK USA NA SEARS    04/24/2004
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:
OLIVELLA, ANA, M
2 PONCE D LEON, SAN JUAN, PR 00917

FIRST PREMIER BANK    04/17/2004
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:
OLIVELLA, ANA
O COND INMACULADA II PZ, SANTURCE, PR 00917

ISLAND FINANCE #1189    04/12/2004
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:
OLIVELLARIVERA, ANA, R
O AVE PONCE DE LEON 1717 A, SANTURCE, PR 00536

26

TRANSMISSION VERIFICATION REPORT

TIME : 05/13/2002 13:41

```
DATE,TIME          05/13 13:40
FAX NO./NAME       5620008597872501310
DURATION           00:00:44
PAGE(S)            01
RESULT             OK
MODE               STANDARD
```

```
REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                          PAGINA  4 DE  6
NUMERO DE SEGURO SOCIAL: XXX-XX-5914         EXPEDIENTE NUMERO: 127713132
```

COMMOLOCO INC              #1184022415        CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 07/1996 BALANCE:           $0   CUENTA INDIVIDUAL
  ABIERTA      06/1995 MAX ADEUDADO:  $2304   TERM-PAGO: 36 PAGOS MENSUALES $64
  CERRADA      06/1996
  MANERA DE PAGO A 07/1996: PAGO COMO ACORDADO

ASSOCIATES/AVCO            #15000000446403102 CUENTA A PLAZOS
                                              SIN COLATERAL
  ACTUALIZADA 10/1995                         CUENTA INDIVIDUAL
  ABIERTA      09/1995 MAX ADEUDADO:  $4506   TERM-PAGO: 48 PAGOS MENSUALES $93
  MANERA DE PAGO A 10/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP        #5012037043        CUENTA A PLAZOS
                                              SIN COLATERAL
  ACTUALIZADA 10/1995 BALANCE:           $0   CUENTA INDIVIDUAL
  ABIERTA      04/1995 MAX ADEUDADO:  $2268   TERM-PAGO: 37 PAGOS MENSUALES $63
  CERRADA      08/1995
  MANERA DE PAGO A 10/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP        #5012087655        CUENTA A PLAZOS
  ACTUALIZADA 04/1995 BALANCE:           $0   CUENTA INDIVIDUAL
  ABIERTA      06/1994 MAX ADEUDADO:  $2639   TERM-PAGO: 36 PAGOS MENSUALES $73
  PAGADA       03/1995
  MANERA DE PAGO A 04/1995: PAGO COMO ACORDADO

COOPERATIVA LOMAS VERDES #1158510001490       CUENTA A PLAZOS
                                              PARCIALMENTE GARANTIZADO
  ACTUALIZADA 02/1995 BALANCE:           $0   CUENTA INDIVIDUAL
  ABIERTA      11/1992 MAX ADEUDADO: $12000   TERM-PAGO: 5 PAGOS MENSUALES $260
  CERRADA      02/1995
  MANERA DE PAGO A 02/1995: PAGO COMO ACORDADO

BANCO POPULAR DE PR        #2500076860108337  CUENTA A PLAZOS   *Popular leasing*
CERRADA                                       ARRIENDO
  ACTUALIZADA 09/2003 BALANCE:           $0   CUENTA INDIVIDUAL
  ABIERTA      09/1992 MAX ADEUDADO: $27180   TERM-PAGO: PAGOS MENSUALES $393
  CERRADA      09/2003
  MANERA DE PAGO A 09/2003: SIN CLASIFICAR
    EN EL ULTIMO MES ANTES DE LA ULTIMA ACTUALIZACION
      PAGO SEGUN LO ACORDADO

BEST FINANCE/POPULAR FIN #4200659110          CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 08/2000 BALANCE:           $0   CUENTA INDIVIDUAL
  ABIERTA      01/1993 MAX ADEUDADO:  $2172   TERM-PAGO: 36 PAGOS MENSUALES $60
  CERRADA      02/1996
  MANERA DE PAGO A 08/2000: SIN CLASIFICAR

---

LAS SIGUIENTES COMPANIAS HAN RECIBIDO SU EXPEDIENTE DE CREDITO. LAS
INDAGACIONES PERMANECEN EN SU EXPEDIENTE POR 24 MESES.

NOMBRE DEL SUBSCRIPTOR                        TIPO DE INDAGACION   FECHA
EXPRESSO WESTERNBANK                              INDIVIDUAL       06/17/2004
ORIENTAL BANK AND TRUST                           INDIVIDUAL       05/26/2004

(25)

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: XXX-XX-5914         EXPEDIENTE NUMERO: 127713132        PAGINA 6 DE 6

LAS COMPANIAS ABAJO MENCIONADAS OBTUVIERON INFORMACION DE SU REPORTE DE CREDITO AL CONSUMIDOR CON EL PROPOSITO DE UNA REVISION A UNA CUENTA O ALGUNA OTRA TRANSACCION CON USTED. ESTAS INDAGACIONES NO SON MOSTRADAS A NADIE SALVO USTED; Y NO LE AFECTARA CON LA DESICION DE ALGUN OTRO ACREEDOR O CUALQUIER PUNTUACION (EXEPTO COMPANIAS ASEGURADORAS QUE PUEDEN TENER ACCESO A OTRAS INDAGACIONES DE COMPANIAS ASEGURADORAS, DONDE SEA PERMITIDO POR LEY).

NOMBRE DEL SUBSCRIPTOR
WELLS FARGO FINANCIAL BR                     FECHA
WELLS FARGO FINANCIAL BR                     08/2003
                                             11/2003

SI USTED DESEA, PUEDE SOLICITAR UNA INVESTIGACION

ATRAVES DE NUESTRA PAGINA EN EL INTERNET AL
WWW.TRANSUNION.COM/INVESTIGATE

POR CORREO, LUEGO DE HABER COMPLETADO EL FORMULARIO
DE INVESTIGACION Y ENVIARLO A:
TRANSUNION RELACIONES AL CONSUMIDOR
POB 13968 Santurce Station
San Juan, PR 00907-3396

POR TELEFONO:
1-800-981-9442
NUESTRAS HORAS DE OFICINA EN HORA LOCAL SON:
8:30 A.M. A 4:30 P.M., LUNES-VIERNES, EXCEPTO DIAS FERIADOS IMPORTANTES.
FAVOR TENER SU NUMERO DE EXPEDIENTE LOCALIZADO EN LA PARTE SUPERIOR DE LA PAGINA DISPONIBLE.

IMPORTANTE

INVESTIGACIONES CONCLUIRAN EN LOS PROXIMOS 30 DIAS A PARTIR DE LA FECHA DE HABER RECIBIDO SU SOLICITUD. UN REPORTE REFLEJANDO LOS RESULTADOS DE LA INVESTIGACION LE SERA ENVIADO POR CORREO AL CONCLUIR LA INVESTIGACION.

27

```
REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                        PAGINA  3 DE  6
NUMERO DE SEGURO SOCIAL: XXX-XX-5914       EXPEDIENTE NUMERO: 127713132
```

ISLAND FINANCE CORP       #4302200244984243    CUENTA A PLAZOS
                                               PAGARE DE PRESTAMO
  ACTUALIZADA 02/2003                          CUENTA INDIVIDUAL
  ABIERTA     02/2002 MAX ADEUDADO:    $2184 TERM-PAGO: 24 PAGOS MENSUALES $91
  MANERA DE PAGO A 02/2003: PAGO COMO ACORDADO
    >EN LOS ULTIMOS 12 MESES ANTES DE LA ULTIMA ACTUALIZACION    1 VEZ 30 DIAS
     TARDE<

BPPR/VISA                 #4549000901844860    CUENTA ROTATIVA
CTA CERRADA POR CONSUMIDOR                     TARJETA DE CREDITO
  ACTUALIZADA 04/2001 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA     05/1997 MAX ADEUDADO:    $5226 LIMITE DE CREDITO:    $5000
  CERRADA     03/2001
  MANERA DE PAGO A 04/2001: PAGO COMO ACORDADO
    >EN LOS ULTIMOS 43 MESES ANTES DE LA ULTIMA ACTUALIZACION   13 VECES  90 DIAS
     6 VECES 60 DIAS,  4 VECES 30 DIAS TARDE<
    >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/1998<

LAS SIGUIENTES CUENTAS HAN SIDO REPORTADAS SIN INFORMACION ADVERSA.

DORAL BANK                #27000240251101     LINEA DE CREDITO
                                              LINEA DE CREDITO
  ACTUALIZADA 05/2004 BALANCE:         $9821 CUENTA CONJUNTA
  ABIERTA     11/2001 MAX ADEUDADO:   $10000 TERM-PAGO:  MINIMO $163
  MANERA DE PAGO A 05/2004: PAGO COMO ACORDADO   LIMITE DE CREDITO:   $10000
    EN LOS ULTIMOS 31 MESES ANTES DE LA ULTIMA ACTUALIZACION
     PAGO SEGUN LO ACORDADO

NORWEST FINANCIAL INC     #5093075797         CUENTA A PLAZOS
CERRADA                                       CONTRATO DE VENTAS A PLAZOS
  ACTUALIZADA 08/1997 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA     05/1995 MAX ADEUDADO:    $1468 TERM-PAGO: 25 PAGOS MENSUALES $61
  CERRADA     04/1997
  MANERA DE PAGO A 08/1997: PAGO COMO ACORDADO

ISLAND FINANCE CORP       #5012040585         CUENTA A PLAZOS
                                              SIN COLATERAL
  ACTUALIZADA 07/1997 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA     08/1995 MAX ADEUDADO:    $4790 TERM-PAGO: 55 PAGOS MENSUALES $88
  CERRADA     03/1997
  MANERA DE PAGO A 07/1997: PAGO COMO ACORDADO

COMMOLOCO INC             #1187824928         CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 04/1997 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA     06/1996 MAX ADEUDADO:    $3120 TERM-PAGO: 48 PAGOS MENSUALES $65
  CERRADA     03/1997
  MANERA DE PAGO A 04/1997: PAGO COMO ACORDADO

BANCO POPULAR DE PR       #2505076860010451   CUENTA A PLAZOS
                                              ASEGURADO POR PRESTADOR
  ACTUALIZADA 07/1996                         CUENTA INDIVIDUAL
  ABIERTA     06/1996 MAX ADEUDADO:    $2940 TERM-PAGO: PAGOS MENSUALES $196
  MANERA DE PAGO A 07/1996: PAGO COMO ACORDADO

(24)

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: XXX-XX-5914                    EXPEDIENTE NUMERO: 127713132                    PAGINA  2 DE  6

```
BANCO POPULAR DE PR        #2400076860108337        CUENTA A PLAZOS
>BALANCE TIRADO A PERDIDAS<                         ARRIENDO
   ACTUALIZADA 04/2004 BALANCE:            $0       CUENTA INDIVIDUAL
   ABIERTA     09/1992 MAX ADEUDADO:   $27180       TERM-PAGO: PAGOS MENSUALES $393
   CERRADA     10/1998
   >MANERA DE PAGO A 04/2004: ECHADO A PERDIDAS<

ASSOCIATES FINCL SERVICE  #158039304128200          CUENTA A PLAZOS
                                                    SIN COLATERAL
   ACTUALIZADA 05/2000                              CUENTA INDIVIDUAL
   ABIERTA     09/1995 MAX ADEUDADO:    $4506       TERM-PAGO: 48 PAGOS MENSUALES $93
   >MANERA DE PAGO A 05/2000: VENCIDO 120 DIAS<
      >EN LOS ULTIMOS 32 MESES ANTES DE LA ULTIMA ACTUALIZACION    6 VECES  90 DIAS
      3 VECES 60 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/2000<

BANCO POPULAR P. R.        #10100157837540001       CUENTA A PLAZOS
CERRADA                                             SIN COLATERAL
   ACTUALIZADA 07/1999 BALANCE:            $0       CUENTA INDIVIDUAL
   ABIERTA     03/1997 MAX ADEUDADO:   $20955       TERM-PAGO: PAGOS MENSUALES $489
   CERRADA     07/1999
   >MANERA DE PAGO A 07/1999: VENCIDO 120 DIAS<
      >EN LOS ULTIMOS 22 MESES ANTES DE LA ULTIMA ACTUALIZACION    2 VECES  90 DIAS
      6 VECES 60 DIAS, 4 VECES 30 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 07/1999<

MONEY EXPRESS              #40159900001404          CUENTA A PLAZOS
CERRADA                                             SIN COLATERAL
   ACTUALIZADA 03/2000 BALANCE:            $0       CUENTA INDIVIDUAL
   ABIERTA     12/1995 MAX ADEUDADO:    $3288       TERM-PAGO: 49 PAGOS MENSUALES $75
   CERRADA     03/2000
   >MANERA DE PAGO A 03/2000: VENCIDO 60 DIAS<
      >EN LOS ULTIMOS 30 MESES ANTES DE LA ULTIMA ACTUALIZACION    3 VECES 30 DIAS
      TARDE<
      >MOROSIDAD MAXIMA DE  60 DIAS OCCURRIO EN  03/2000<

ISLAND FINANCE CORP        #4303240344984243        CUENTA A PLAZOS
CERRADA                                             PAGARE DE PRESTAMO
   ACTUALIZADA 01/2004 BALANCE:            $0       CUENTA INDIVIDUAL
   ABIERTA     03/2003 MAX ADEUDADO:    $2250       TERM-PAGO: 30 PAGOS MENSUALES $75
   CERRADA     01/2004
   >MANERA DE PAGO A 01/2004: VENCIDO 30 DIAS<
      >EN LOS ULTIMOS 10 MESES ANTES DE LA ULTIMA ACTUALIZACION    1 VEZ  90 DIAS,
      1 VEZ  60 DIAS, 3 VECES 30 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 07/2003<

JC PENNEY                  #1820234605              CUENTA ROTATIVA
                                                    CUENTA ROTATIVA
   ACTUALIZADA 04/2004 BALANCE:            $0       CUENTA INDIVIDUAL
   ABIERTA     09/1984 MAX ADEUDADO:    $1687
   PAGADA      04/2002
   MANERA DE PAGO A 04/2004: PAGO COMO ACORDADO
      >EN LOS ULTIMOS 48 MESES ANTES DE LA ULTIMA ACTUALIZACION    1 VEZ  60 DIAS,
      7 VECES 30 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 02/1999<
```

(23)

```
061  *** 127713132-001 ***              SU NUMERO DE EXPEDIENTE: 127713132
     POB 13968 Santurce Station         PAGINA  1 DE  6
     San Juan, PR 00907-3396            FECHA EN QUE INFORME FUE IMPRESO: 06/18/2004

            RETURN SERVICE REQUESTED    NUMERO DE SEGURO SOCIAL: XXX-XX-5914
                                        FECHA DE NACIMIENTO:           12/1955
                                        EN NUESTROS ARCHIVOS DESDE: 06/1974
                                        TELEFONO: 282-8459
```

INFORME CREDITICIO PARA:

```
   OLIVELLA RIVERA, ANA, ROSA
   250 PONC DE LEON STE 502 CI
   HATO REY, PR 00917
```

DIRECCION ANTERIOR REPORTADA:

```
   POB 8457 RAME POST CENT, BAYAMON, PR 00960
   ST PAVILION CT 3B, SAN JUAN, PR 00918
```

DATOS DE EMPLEO REPORTADOS:

```
   CAREER CONTRACT SERVICES
   0 CITIBANK TOWERS SU                 CAREER SERV
   HATO REY, PR                         FECHA REPORTAJE:   01/2001
   POSICION: PRESIDENT
   FECHA REPORTAJE:  05/2004

   CAREER CONTRACT SRV
   FECHA REPORTAJE:  04/2000             CAREER CONSTRACT INC
                                         FECHA REPORTAJE:   02/1999
```

NOTAS ESPECIALES: SU NUMERO DE SEGURO SOCIAL HA SIDO CUBIERTO PARA SU
PROTECCION. USTED PUEDE SOLICITAR LA DIVULGACION DEL NUMERO COMPLETO POR
ESCRITO A LA DIRECCION ENCONTRADA AL FINAL DE ESTE REPORTE. ADICIONAL,
CUALQUIER PARTIDA DE SU REPORTE DE CREDITO QUE COMIENZE CON 'MED1' INDICA
INFORMACION MEDICA. LA INFORMACION ACOMPANADA POR ESTA PALABRA NO SERA EXHIBIDA
A NADIE SALVO USTED.

                           SU INFORMACION DE CREDITO

LAS SIGUIENTES CUENTAS CONTIENEN INFORMACION QUE ALGUNOS ACREEDORES PUEDEN
CONSIDERAR ADVERSA.  INFORMACION DE CUENTAS ADVERSA, PUEDE SER REPORTADA POR 84
MESES A PARTIR DE LA FECHA DEL PRIMERA DELINCUENCIA, DEPENDIENDO DE SU ESTADO
DE RESIDENCIA. LA INFORMACION ADVERSA EN ESTAS CUENTAS HA SIDO IMPRESA EN
>CORCHETES< PARA SU CONVENIENCIA, PARA AYUDARLE A ENTENDER SU INFORME. NO SE
REPORTAN DE ESTA FORMA A LOS ACREEDORES. (NOTA: EL NUMERO DE CUENTA PUEDE SER
ALTERADO POR EL ACREEDOR PARA SU PROTECCION).

```
BANCO POPULAR P. R.         #10100178892780001  CUENTA A PLAZOS
>BALANCE TIRADO A PERDIDAS<                     SIN COLATERAL
   ACTUALIZADA 05/2004 BALANCE:        $22217  CUENTA INDIVIDUAL
   ABIERTA     07/1999 MAX ADEUDADO:
   CERRADA     08/2000                 $22458  TERM-PAGO: PAGOS MENSUALES $486
   >MANERA DE PAGO A 05/2004: ECHADO A PERDIDAS<
```

(22)

# STATEMENT OF CREDIT DENIAL, TERMINATION, OR CHANGE

Applicant(s): (Type Full Name and Address)
ANA ROSA OLIVELLA RIVERA
P.O. BOX 8457
BAYAMON PR 00960-8457

Description of Account, Transaction or Requested Credit:
CONVENTIONAL UNINSURED LOAN PURCHASE

Date: 5/09/2002

Description of Action Taken: DENIED

PART I. Principal reason(s) for credit denial, termination or other action taken concerning credit. In compliance with Regulation "B" (Equal Credit Opportunity Act), you are advised that your recent application for credit has been declined/terminated/changed. The decision to deny/terminate/change your application was based on the following reason(s):

**A. CREDIT**
- [ ] No Credit File
- [ ] Insufficient Number of Credit References Provided
- [ ] Insufficient Credit File
- [ ] Limited Credit Experience
- [ ] Unable to Verify Credit References
- [ ] Garnishment, Attachment, Foreclosure, Repossession, Collection Action or Judgment
- [ ] Excessive Obligations in Relation to Income
  - [ ] Unacceptable Payment Record on Previous Mortgage
  - [ ] Lack of Cash Reserves
- [XX] Delinquent Past or Present Credit Obligations with Others
- [ ] Bankruptcy Past or Present
- [ ] Unacceptable Type of Credit References Provided
- [ ] Poor Credit Performance with Us

**B. EMPLOYMENT STATUS**
- [ ] Unable to Verify Employment
- [ ] Length of Employment
- [ ] Temporary or Irregular Employment

**C. INCOME**
- [ ] Insufficient Income for Amount of Credit Requested
- [ ] Unable to Verify Income
- [ ] Excessive Obligations in Relation to Income

**D. RESIDENCY**
- [ ] Temporary Residence
- [ ] Length of Residence
- [ ] Unable to Verify Residence

**E. INSURANCE, GUARANTY or PURCHASE DENIED BY:**
- [ ] Department of Housing and Urban Development
- [ ] Department of Veterans Affairs
- [ ] Fannie Mae
- [ ] Freddie Mac

**F. OTHER**
- [ ] Insufficient Funds to Close the Loan
- [ ] Credit Application Incomplete
- [ ] Value or Type of Collateral not Sufficient
  - [ ] Unacceptable Property
  - [ ] Insufficient Data - Property
  - [ ] Unacceptable Appraisal
  - [ ] Unacceptable Leasehold Estate
- [ ] We do not grant credit to any applicant on the terms and conditions you have requested. _____

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application.

PART II. Disclosure of use of information obtained from an outside source.

[XX] Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: CARIBBEAN CREDIT DATA FACTS, INC.
Address: PO BOX 3892, HATO REY STA.
SAN JUAN PR 00919
Telephone Number: 787-765-2470    or Toll Free Number: 800-891-0095

[ ] Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:
Creditor's Name: RG PREMIER BANK OF PUERTO RICO
Creditor's Address: RG PLAZA BUILDING
  #280 PINERO AVE
  HATO REY, PUERTO RICO 00918
Creditor's Telephone Number: 809-766-6566

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, WASHINGTON, D.C., 20580

Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know.
Thank you for applying.

(Lender)

Notice:  [X] Mailed  [ ] Delivered    Date: 5/09/2002

By: _____ [signature]
LUYLFREDO CARABALLO
SUPERVISOR

(21)

Rev. 8/97
Amended 6/98
VMP MORTGAGE FORMS - (800)521-7291

TOTAL P.01