```
REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA              PAGINA  5 DE  6
NUMERO DE SEGURO SOCIAL: 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     EXPEDIENTE NUMERO: 123014394


BANCO POPULAR DE PR      #2500076860108337    CUENTA A PLAZOS
CERRADA                                       ARRIENDO
  ACTUALIZADA 09/2003 BALANCE:            $0  CUENTA INDIVIDUAL
  ABIERTA     09/1992 MAX ADEUDADO:   $27180  TERM-PAGO: PAGOS MENSUALES $393
  CERRADA     09/2003
  MANERA DE PAGO A 09/2003: SIN CLASIFICAR
     EN EL ULTIMO MES ANTES DE LA FECHA DE CIERRE
     PAGO SEGUN LO ACORDADO

BEST FINANCE/POPULAR FIN #4200659110          CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 08/2000 BALANCE:            $0  CUENTA INDIVIDUAL
  ABIERTA     01/1993 MAX ADEUDADO:    $2172  TERM-PAGO: 36 PAGOS MENSUALES $60
  CERRADA     02/1996
  MANERA DE PAGO A 02/1996: SIN CLASIFICAR
```

---

LAS SIGUIENTES COMPANIAS HAN RECIBIDO SU EXPEDIENTE DE CREDITO.  LAS
INDAGACIONES PERMANECEN EN SU EXPEDIENTE POR 24 MESES.

```
NOMBRE DEL SUBSCRIPTOR                        TIPO DE INDAGACION    FECHA
BANCO SANTANDER DE PR                         INDIVIDUAL         08/14/2003
BANCO SANTANDER DE PR                         INDIVIDUAL         08/05/2003
EUROBANK                                      INDIVIDUAL         08/01/2003
SCOTIABANK DE PR/REXVILL                      CONJUNTA           11/08/2002
TIRI REAL ESTATE                              INDIVIDUAL         07/15/2002
ASSOCIATES FINANCIAL                          INDIVIDUAL         04/04/2002
R & G MORTGAGE CORP VIA CARIBBEAN CREDIT DATAFAC  INDIVIDUAL     03/19/2002
    PROPOSITO PERMISIBLE = TRANSACCION DE CREDITO
F.MAC/R-G MORTGAGE CORP                       INDIVIDUAL         03/13/2002
BANCO SANTANDER                               INDIVIDUAL         03/12/2002
R&G MORTGAGE CORP.                            INDIVIDUAL         03/12/2002
ORIENTAL BANK AND TRUST                       INDIVIDUAL         02/13/2002
INTEGRAND ASSURANCE CO                        INDIVIDUAL         02/11/2002
    PROPOSITO PERMISIBLE = ASUGARAR CONTRA RIESGOS
MONEY EXPRESS                                 INDIVIDUAL         01/05/2002
```

---

LAS ENTIDADES ENUMERADAS A CONTINUACION RECIBIERON SU NOMBRE, DIRECCION Y OTRA
INFORMACION LIMITADA SOBRE USTED PARA HACERLE UNA OFERTA FIRME DE CREDITO O DE
SEGURO.  ESAS ENTIDADES NO RECIBIERON LA TOTALIDAD DE SU INFORME Y ESTAS
INDAGACIONES NO SON VISTAS POR NINGUNA OTRA PERSONA, SALVO USTED.

```
NOMBRE DEL SUBSCRIPTOR       FECHA
FIRST PREMIER                02/2003
```

---

LAS SIGUIENTES INSTITUCIONES OBTUVIERON INFORMACION A TRAVES DE SU EXPEDIENTE C
REPORTE DE CREDITO CON EL PROPOSITO DE UNA REVISION DE SUS CUENTAS U OTRAS
TRANSACCIONES DE NEGOCIO CON USTED.  ESTAS INDAGACIONES NO SE EXHIBIRA A NADIE
QUE NO SEA USTED Y NO LE AFECTARA CON RESPECTO A NINGUNA DECISION CREDITICIA.

```
NOMBRE DEL SUBSCRIPTOR       FECHA
WELLS FARGO FINANCIAL BR     08/2003
```

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: 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

EXPEDIENTE NUMERO: 123014394    PAGINA 6 DE

SI USTED DESEA, PUEDE SOLICITAR UNA INVESTIGACION

ATRAVES DE NUESTRA PAGINA EN EL INTERNET AL
WWW.TRANSUNION.COM/INVESTIGATE

POR CORREO, LUEGO DE HABER COMPLETADO EL FORMULARIO
DE INVESTIGACION Y ENVIARLO A:
TRANSUNION RELACIONES AL CONSUMIDOR
POB 13968 Santurce Station
San Juan, PR 00907-3396

POR TELEFONO:
1 800-981-9442
NUESTRAS HORAS DE OFICINA EN HORA LOCAL SON:
8:30 A.M. A 4:30 P.M., LUNES-VIERNES, EXCEPTO DIAS FERIADOS IMPORTANTES.
FAVOR TENER SU NUMERO DE EXPEDIENTE LOCALIZADO EN LA PARTE SUPERIOR DE LA
PAGINA DISPONIBLE.

## IMPORTANTE

INVESTIGACIONES CONCLUIRAN EN LOS PROXIMOS 30 DIAS A PARTIR DE LA FECHA DE
HABER RECIBIDO SU SOLICITUD. UN REPORTE REFLEJANDO LOS RESULTADOS DE LA
INVESTIGACION LE SERA ENVIADO POR CORREO AL CONCLUIR LA INVESTIGACION.

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA            PAGINA   4 DE   6
NUMERO DE SEGURO SOCIAL: 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         EXPEDIENTE NUMERO: 123014394

```
COMMOLOCO INC            #1187824928            CUENTA A PLAZOS
CERRADA                                         SIN COLATERAL
  ACTUALIZADA 04/1997 BALANCE:         $0 CUENTA INDIVIDUAL
  ABIERTA     06/1996 MAX ADEUDADO:  $3120 TERM-PAGO: 48 PAGOS MENSUALES $65
  CERRADA     03/1997
  MANERA DE PAGO A 03/1997: PAGO COMO ACORDADO
    EN LOS ULTIMOS  2 MESES ANTES DE LA FECHA DE CIERRE
      PAGO SEGUN LO ACORDADO

BANCO POPULAR DE PR      #2505076860010451      CUENTA A PLAZOS
                                                ASEGURADO POR PRESTADOR
  ACTUALIZADA 07/1996                           CUENTA INDIVIDUAL
  ABIERTA     06/1996 MAX ADEUDADO:  $2940 TERM-PAGO: PAGOS MENSUALES $196
  MANERA DE PAGO A 07/1996: PAGO COMO ACORDADO

COMMOLOCO INC            #1184022415            CUENTA A PLAZOS
CERRADA                                         SIN COLATERAL
  ACTUALIZADA 07/1996 BALANCE:         $0 CUENTA INDIVIDUAL
  ABIERTA     06/1995 MAX ADEUDADO:  $2304 TERM-PAGO: 36 PAGOS MENSUALES $64
  CERRADA     06/1996
  MANERA DE PAGO A 06/1996: PAGO COMO ACORDADO

ASSOCIATES/AVCO          #15000000446403102     CUENTA A PLAZOS
                                                SIN COLATERAL
  ACTUALIZADA 10/1995                           CUENTA INDIVIDUAL
  ABIERTA     09/1995 MAX ADEUDADO:  $4506 TERM-PAGO: 48 PAGOS MENSUALES $93
  MANERA DE PAGO A 10/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP      #5012037043            CUENTA A PLAZOS
                                                SIN COLATERAL
  ACTUALIZADA 10/1995 BALANCE:         $0 CUENTA INDIVIDUAL
  ABIERTA     04/1995 MAX ADEUDADO:  $2268 TERM-PAGO: 37 PAGOS MENSUALES $63
  CERRADA     08/1995
  MANERA DE PAGO A 08/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP      #5012087655            CUENTA A PLAZOS
                                                PRESTAMO PERSONAL
  ACTUALIZADA 04/1995 BALANCE:         $0 CUENTA INDIVIDUAL
  ABIERTA     06/1994 MAX ADEUDADO:  $2639 TERM-PAGO: 36 PAGOS MENSUALES $73
  PAGADA      03/1995
  MANERA DE PAGO A 03/1995: PAGO COMO ACORDADO

COOP LOMAS VERDES        #1158510001490         CUENTA A PLAZOS
                                                PARCIALMENTE GARANTIZADO
  ACTUALIZADA 02/1995 BALANCE:         $0 CUENTA INDIVIDUAL
  ABIERTA     11/1992 MAX ADEUDADO: $12000 TERM-PAGO: 5 PAGOS MENSUALES $260
  CERRADA     02/1995
  MANERA DE PAGO A 02/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP      #5001054671            CUENTA A PLAZOS
                                                PRESTAMO PERSONAL
  ACTUALIZADA 07/1994 BALANCE:         $0 CUENTA INDIVIDUAL
  ABIERTA     12/1992 MAX ADEUDADO:  $2639 TERM-PAGO: 36 PAGOS MENSUALES $73
  PAGADA      05/1994
  MANERA DE PAGO A 05/1994: PAGO COMO ACORDADO
```

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                              PAGINA   3 DE   6
NUMERO DE SEGURO SOCIAL: 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        EXPEDIENTE NUMERO: 123014394

ISLAND FINANCE CORP         #43022002/44984243    CUENTA A PLAZOS
                                                  PAGARE DE PRESTAMO
  ACTUALIZADA 02/2003 BALANCE:           $1183 CUENTA INDIVIDUAL
  ABIERTA      02/2002 MAX ADEUDADO:     $2184 TERM-PAGO: 24 PAGOS MENSUALES $91
  MANERA DE PAGO A 02/2003: PAGO COMO ACORDADO
    >EN LOS ULTIMOS 13 MESES ANTES DE LA ULTIMA ACTUALIZACION   1 VEZ 30 DIAS
     TARDE<

BPPR/VISA                   #4549000901844860     CUENTA ROTATIVA
CTA CERRADA POR CONSUMID                          TARJETA DE CREDITO
  ACTUALIZADA 04/2001 BALANCE:              $0 CUENTA INDIVIDUAL
  ABIERTA      05/1997 MAX ADEUDADO:     $5226 LIMITE DE CREDITO       $5000
  CERRADA      03/2001
  MANERA DE PAGO A 03/2001: PAGO COMO ACORDADO
    >EN LOS ULTIMOS 44 MESES ANTES DE LA FECHA DE CIERRE 13 VECES  90 DIAS,
     6 VECES 60 DIAS,  5 VECES 30 DIAS TARDE<
    >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/1998<

NORWEST FINANCIAL INC       #5093075797           CUENTA A PLAZOS
CERRADA                                           CONT VENTAS A PLAZOS
  ACTUALIZADA 08/1997 BALANCE:              $0 CUENTA INDIVIDUAL
  ABIERTA      05/1995 MAX ADEUDADO:     $1468 TERM-PAGO: 25 PAGOS MENSUALES $61
  CERRADA      04/1997
  MANERA DE PAGO A 04/1997: PAGO COMO ACORDADO
    >EN LOS ULTIMOS  3 MESES ANTES DE LA FECHA DE CIERRE  2 VECES  90 DIAS O MAS
     TARDE<

ISLAND FINANCE CORP         #5012040585           CUENTA A PLAZOS
                                                  SIN COLATERAL
  ACTUALIZADA 07/1997 BALANCE:              $0 CUENTA INDIVIDUAL
  ABIERTA      08/1995 MAX ADEUDADO:     $4790 TERM-PAGO: 55 PAGOS MENSUALES $88
  CERRADA      03/1997
  MANERA DE PAGO A 03/1997: PAGO COMO ACORDADO
    >EN LOS ULTIMOS  2 MESES ANTES DE LA FECHA DE CIERRE  1 VEZ 60 DIAS
     TARDE<
    >MOROSIDAD MAXIMA DE  60 DIAS OCCURRIO EN  01/1997<

LAS SIGUIENTES CUENTAS HAN SIDO REPORTADAS SIN INFORMACION ADVERSA.

DORAL BANK                  #27000240251101       LINEA DE CREDITO
                                                  LINEA DE CREDITO
  ACTUALIZADA 10/2003 BALANCE:           $9734 CUENTA CONJUNTA
  ABIERTA      11/2001 MAX ADEUDADO:    $10000 TERM-PAGO:  MINIMO $161
                                                  LIMITE DE CREDITO      $10000
  MANERA DE PAGO A 10/2003: PAGO COMO ACORDADO
    EN LOS ULTIMOS 24 MESES ANTES DE LA ULTIMA ACTUALIZACION
     PAGO SEGUN LO ACORDADO

```
REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                           PAGINA   2 DE   6
NUMERO DE SEGURO SOCIAL: 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           EXPEDIENTE NUMERO: 123014394
```

```
BANCO POPULAR DE PR       #2400076860108337      CUENTA A PLAZOS        Popular Leasing
>TIRADO A PERDIDAS<                              ARRIENDO
   ACTUALIZADA 09/2003 BALANCE:              $0  CUENTA INDIVIDUAL
   ABIERTA     09/1992 MAX ADEUDADO:     $27180  TERM-PAGO: PAGOS MENSUALES $393
   CERRADA     10/1998
   >MANERA DE PAGO A 10/1998: ECHADO A PERDIDAS<

ASSOCIATES FINCL SERVICE #15803930412820         CUENTA A PLAZOS
                                                 SIN COLATERAL
   ACTUALIZADA 05/2000 BALANCE:             $21  CUENTA INDIVIDUAL
   ABIERTA     09/1995 MAX ADEUDADO:      $4506  TERM-PAGO: 48 PAGOS MENSUALES $93
                      >VENCIDO :            $21<
   >MANERA DE PAGO A 05/2000: VENCIDO 120 DIAS<
      >EN LOS ULTIMOS 34 MESES ANTES DE LA ULTIMA ACTUALIZACION  7 VECES  90 DIAS
         3 VECES 60 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/2000<

BANCO POPULAR P. R.       #10100157837540001     CUENTA A PLAZOS
CERRADA                                          SIN COLATERAL
   ACTUALIZADA 10/1999 BALANCE:              $0  CUENTA INDIVIDUAL
   ABIERTA     03/1997 MAX ADEUDADO:     $20955  TERM-PAGO: PAGOS MENSUALES $489
   CERRADA     07/1999
   >MANERA DE PAGO A 07/1999: VENCIDO 120 DIAS<
      >EN LOS ULTIMOS 29 MESES ANTES DE LA FECHA DE CIERRE  4 VECES  90 DIAS,
         6 VECES 60 DIAS,  4 VECES 30 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 05/1999<

MONEY EXPRESS             #40159900001404        CUENTA A PLAZOS
CERRADA                                          SIN COLATERAL
   ACTUALIZADA 09/2000 BALANCE:              $0  CUENTA INDIVIDUAL
   ABIERTA     12/1995 MAX ADEUDADO:      $3288  TERM-PAGO: 49 PAGOS MENSUALES $75
   CERRADA     03/2000
   >MANERA DE PAGO A 03/2000: VENCIDO 60 DIAS<
      >EN LOS ULTIMOS 38 MESES ANTES DE LA FECHA DE CIERRE  3 VECES 30 DIAS
         TARDE<
      >MOROSIDAD MAXIMA DE  60 DIAS OCCURRIO EN 03/2000<

ISLAND FINANCE CORP       #43032403/44984243     CUENTA A PLAZOS
                                                 PAGARE DE PRESTAMO
   ACTUALIZADA 09/2003 BALANCE:           $1950  CUENTA INDIVIDUAL
   ABIERTA     03/2003 MAX ADEUDADO:      $2250  TERM-PAGO: 30 PAGOS MENSUALES $75
                      >VENCIDO :           $150<
   >MANERA DE PAGO A 09/2003: VENCIDO 30 DIAS<
      >EN LOS ULTIMOS  7 MESES ANTES DE LA ULTIMA ACTUALIZACION  1 VEZ  90 DIAS,
         2 VECES 30 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 07/2003<

JC PENNEY                 #1820234605            CUENTA ROTATIVA
                                                 CUENTA ROTATIVA
   ACTUALIZADA 10/2003 BALANCE:              $0  CUENTA INDIVIDUAL
   ABIERTA     09/1984 MAX ADEUDADO:      $1687
   PAGADA      04/2002
   MANERA DE PAGO A 04/2002: PAGO COMO ACORDADO
      >EN LOS ULTIMOS 39 MESES ANTES DE LA FECHA DE PAGO  1 VEZ  90 DIAS,
         1 VEZ  60 DIAS, 11 VECES 30 DIAS TARDE<
      >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 02/1999<
```

```
06   *** 123014394-001 ***              SU NUMERO DE EXPEDIENTE: 123014394
     POB 13968 Santurce Station         PAGINA  1 DE  6
     San Juan, PR 00907-3396            FECHA EN QUE INFORME FUE IMPRESO: 11/21/2003

         RETURN SERVICE REQUESTED       NUMERO DE SEGURO SOCIAL: 584-68-....
                                        FECHA DE NACIMIENTO:              12/19..
                                        USTED HA ESTADO EN NUESTROS ARCHIVOS
                                        DESDE: 06/1974

INFORME CREDITICIO PARA:                TELEFONO: 282-8459


    OLIVELLA RIVERA, ANA, ROSA
    POB 8457 RAME POST CENT
    BAYAMON, PR 00960


DIRECCION ANTERIOR REPORTADA:

   ST PAVILION CT 3B, SAN JUAN, PR 00918
   ST STE 1900 CITIBANK TOWER, HATO REY, PR 00917

DATOS DE EMPLEO REPORTADOS:

   CAREER SERV
   FECHA REPORTAJE:   01/2001            CAREER CONTRACT SRV
                                         FECHA REPORTAJE:   04/2000
   CAREER CONSTRACT INC
   FECHA REPORTAJE:   02/1999            GERENTE GENERAL
                                         FECHA REPORTAJE:   11/1998
```

SU INFORMACION DE CREDITO

LAS SIGUIENTES CUENTAS CONTIENEN INFORMACION QUE ALGUNOS ACREEDORES PUEDEN CONSIDERAR ADVERSA. INFORMACION DE CUENTAS ADVERSA, PUEDE SER REPORTADA POR 84 MESES A PARTIR DE LA FECHA DEL PRIMERA DELINCUENCIA, DEPENDIENDO DE SU ESTADO DE RESIDENCIA. LA INFORMACION ADVERSA EN ESTAS CUENTAS HA SIDO IMPRESA EN >CORCHETES< PARA SU CONVENIENCIA, PARA AYUDARLE A ENTENDER SU INFORME. NO SE REPORTAN DE ESTA FORMA A LOS ACREEDORES. (NOTA: EL NUMERO DE CUENTA PUEDE SER ALTERADO POR EL ACREEDOR PARA SU PROTECCION).

```
BANCO POPULAR P. R.         #10100178892780001   CUENTA A PLAZOS
 >TIRADO A PERDIDAS<                              SIN COLATERAL
   ACTUALIZADA 10/2003 BALANCE:         $22217   CUENTA INDIVIDUAL
   ABIERTA     07/1999 MAX ADEUDADO:    $22458   TERM-PAGO: PAGOS MENSUALES $4..
   CERRADA     08/2000
 >MANERA DE PAGO A 08/2000: ECHADO A PERDIDAS<

BANCO POPULAR DE PR         #24050768699910451   CUENTA A PLAZOS
 >TIRADO A PERDIDAS<                              ARRIENDO
   ACTUALIZADA 09/2003 BALANCE:            $0    CUENTA INDIVIDUAL
   ABIERTA     08/1996 MAX ADEUDADO:    $2940    TERM-PAGO: PAGOS MENSUALES $1..
   CERRADA     04/1997
 >MANERA DE PAGO A 04/1997: ECHADO A PERDIDAS<
```

Número de Expediente: 12771/3132

Nombre de la Compañía: Associates Financial Service

Número de Cuenta: 158 0393 0412820

Razones por las que no estoy de acuerdo:
- [x] No me pertenece
- [ ] Tarjeta cerrada
- [ ] Incluida en la quiebra
- [ ] Cuenta está salda
- [ ] Nunca se ha pagado tarde
- [ ] Pagada antes de ser echada a pérdida o gestión de cobro
- [ ] Otro:

Nombre de la Compañía:

Número de Cuenta:

Razones por las que no estoy de acuerdo:
- [ ] No me pertenece
- [ ] Tarjeta cerrada
- [ ] Incluida en la quiebra
- [ ] Cuenta está salda
- [ ] Nunca se ha pagado tarde
- [ ] Pagada antes de ser echada a pérdida o gestión de cobro
- [ ] Otro:

Nombre de la Compañía: Money Express

Número de Cuenta: 401 599 0000 1404

Razones por las que no estoy de acuerdo:
- [x] No me pertenece
- [ ] Tarjeta cerrada
- [ ] Incluida en la quiebra
- [ ] Cuenta está salda
- [ ] Nunca se ha pagado tarde
- [ ] Pagada antes de ser echada a pérdida o gestión de cobro
- [ ] Otro:

Nombre de la Compañía:

Número de Cuenta:

Razones por las que no estoy de acuerdo:
- [ ] No me pertenece
- [ ] Tarjeta cerrada
- [ ] Incluida en la quiebra
- [ ] Cuenta está salda
- [ ] Nunca se ha pagado tarde
- [ ] Pagada antes de ser echada a pérdida o gestión de cobro
- [ ] Otro:

3. En caso de que se cambie algún dato o que se me permita incluir una explicación como resultado de la investigación, deseo que se les notifique a las siguientes compañías que han solicitado un expediente mío en el pasado año, o 2 años si fue para propósitos de empleo.

1. _____   3. _____

2. _____   4. _____

4. Comentarios adicionales o añadir explicación: Deseo se eliminen las siguientes indagaciones - ①Wells Fargo Financial - no he solicitado nada con ellos ②Tiri Real Estate ③Reliable Financial - no he solicitado crédito con ellos ④Daimler Chrysler - no he solicitado crédito con ellos

(30)

**TransUnion.**

**Solicitud de Investigación**

Número de Expediente: 127713132

Para disputar cualquier información en su expediente de crédito favor de completar y devolverlo al Departamento de Servicios al Consumidor.

**1** Favor de completar la siguiente información personal

Nombre: (Ambos apellidos) Ana Rosa Olivella Rivera

Seguro Social: 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

Nombre Cónyuge: (Ambos apellidos) n/a

Seguro Social Cónyuge: n/a

Dirección Física: 250 Ponce de León Ave. - Suite 502 Citibank Tower Hato Rey, P.R. 0098

Dirección Postal: P.O. Box 8457 - Bayamón, P.R. 00960-8457

Teléfono Residencial: 787-368-8866

Fecha de Nacimiento: 2 dic. 195_

Empleo: Career Contract Services, Corp

Tel. Empleo: 787-620-9813

Tel. Empleo Cónyuge: n/a

**2** Los siguientes datos son incorrectos en mi informe de crédito. Usar la parte al reverso de esta solicitud de ser necesario.

Nombre de la Compañía: Banco Popular P.R.
Número de Cuenta: 10100178892780001
Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está salda
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echada a pérdida o gestión de cobro
- ☒ Nunca he tenido crédito por esa cantidad en esa Institución

Nombre de la Compañía: Banco Popular P.R.
Número de Cuenta: 10100157837540001
Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está salda
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echada a pérdida o gestión de cobro
- ☐ Otro:

Nombre de la Compañía: Banco Popular P.R.
Número de Cuenta: 10100157837540001
Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está salda
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echada a pérdida o gestión de cobro
- ☒ Otro: nunca he tenido crédito por esa cantidad con esa Institución.

Nombre de la Compañía: Banco Popular P.R.
Número de Cuenta: 24000768601 08337
Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está salda
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echada a pérdida o gestión de cobro
- ☒ Otro: Ver carta adjunta, la cual se explica por sí solo.

Firma: Ana R. Olin___

Fecha: 07-20-04

Enviar este formulario a la dirección que se indica al final del informe de crédito. Los datos que usted nos indique serán investigados y le informaremos el resultado por escrito. Le recomendamos que no solicite crédito hasta tanto se concluya la investigación.

(29)

*COPIA*

20 de julio de 2004

TransUnion de Puerto Rico
P. O. Box 13968 Santurce Station
San Juan, Puerto Rico 00907-3396

                                          RE: Expediente no. 127713132
                                          Ana Rosa Olivella Rivera
                                          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

Estimados señores:

Se acompaña **Solicitud de Investigación** y copia de **carta emitida por Popular Leasing** la cual se explica por si sola.

Como notarán la a1ra. cuenta que aparece en mi reporte de crédito es una de las cuentas que Popular Leasing reportó por error. Sin embargo, nunca fue corregido por ustedes en mi reporte de crédito. Pero como dato curioso, la misma cuenta aparece reportada en el mismo reporte de crédito bajo cuentas **"reportadas sin información adversa"**

Eso deja demostrado que nunca se hizo la corrección correspondiente aún cuando había sido solicitado previamente.. Por lo cual les suplico se sirvan corregir dicho error a la brevedad posible, ya que esto me ha hecho mucho daño al momento de solicitar crédito.

Muchas gracias por la atención que estoy segura darán a este asunto.

Cordialmente,

*[signature]*
Ana Rosa Olivella
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