

3

Sprint

P.O. BOX 142709
IRVING TX 75014-9911

00000030

JULY 17, 1998

ANA R OLIVELLA
PO BOX 8457
BAYAMON, PR  00960-8457

Reference Number:
7877935171

Dear ANA R OLIVELLA,

In preparing to serve potential Sprint customers, we routinely conduct a credit check. The credit information provided to us at this time indicates that a deposit of $100.00 is required.

**REASON(S):**   Credit report information indicates:

- UTILIZATN ON REV. ACTS REPT IN THE PAST 6 MO. OR STAT OF REV. ACCTS UNKNOWN
- LENGTH OF TIME BANK REVOLVG. ACCTS HAVE BEEN ESTB. OR LENGTH OF TIME UNKNOWN

**Request for DISCLOSURE:**   You have the right to receive a copy of the credit report from:

EQUIFAX TELCOM & UTILITY SERV
PO BOX 105832
ATLANTA GA  30348-5832
1-800-922-3416

**PAYMENT:**   You may pay your deposit with your VISA or Mastercard by calling us between 8:00 a.m. and 4:30 p.m. CST weekdays at 1-800-877-1524, or you may send a check or money order to the address listed at the top of this letter. To ensure proper credit, please include the reference number listed above on your check or money order. Please contact us or remit payment within ten (10) days.

**INTEREST:**   Your deposit will earn interest for you while it is on account with us at a rate of 9.00%. When you have paid six consecutive invoices by the payment due date, your deposit will be refunded with interest.

**CANCELLATION:**   If you do not wish to pay the requested deposit, please disregard this letter. Your request for Sprint service will be automatically canceled and you will remain with your current long distance carrier.

If you have any additional information or questions, please call us at 1-800-877-1524.

Sincerely,

LYNN BUCHANAN
Credit Analyst

Si necesita ayuda con respecto a este tema, nos llama al numero par llamadas sin cargo 1-800-877-1524.

-863



HP Fax Series 1020

Last Transaction Report
Name        :   CAREER CONTRACT SVCS
Fax Number  :   7872960758
Date&Time   :   Sep 26 2005 08:22am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep 26 2005 | 08:10:45am | Sent | 7877080577 | 00:00:57 | 21 | Ok |

787- 703- 0977



**POPULAR** LEASING

7 de noviembre de 1997


Sra. Ana R. Olivella Rivera
P O Box 8457
Bayamón PR 00960


Estimada señora Olivella:

RE:     02-000-07686-00-08337
        02-000-07686-00-10451

Las cuentas de referencia reflejan  información incorrecta en su historial de crédito.
Hemos procedido a corregir dicha información en la agencia de crédito Trans Union de
Puerto Rico, Inc.

Le pedimos disculpas por los inconvenientes que esta situación le haya ocasionado y nos
reiteramos a su disposición para cualquier otro asunto que usted entienda podamos serle
útil.


Atentamente,


Silvia Carmona
Supervisora
Servicio al Cliente

P.O. BOX 50045 • SAN JUAN, PUERTO RICO 00902-6245 • TELS. (787) 751-4848 • 792-9292

Case 3:98-cv-02267-GAG-JA     Document 206     Filed 02/21/2007     Page 5 of 8

Fax to 744-1640

Sr. Tomás Aponte

15 mayo 1996

Adjunto copias de cheques cancelados desde Ago. 1995 hasta Dic. 1995 y telefonos pendidos con el banco. Además copia de la carta enviada por la Sra. Copias de Popular Leasing y copia del fax enviado el 24 de enero de 1996 al Sr. Carlos Martínez de Popular Leasing dado, que en su llamada tambien reclamaba que el pago del seguro para 1994 y 1995 estaba descubierto y estaba cobrando tambien atraso en seguro, de igual manera que ahora.

Gracias por su atención

Cordialmente,

Ana R. Olivo
cliente 7686
Unidad 8337

From
Ana R. Olivo
Tel. 890-1857

**Citibank, N.A.**
G.P.O. Box 71433
San Juan, P.R.
00936

**CITIBANK⊕**

DEALER:  YIYI MOTORS                                   10 DE AGOSTO DE 1998

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      352-00
ANA R. OLIVELLA RIVERA
POBOX 8457
BAYAMON PR        00960

ESTIMADO SOLICITANTE:

GRACIAS POR SU INTERES EN SOLICITAR EL PRESTAMO PARA FINANCIAR EL AUTO
MARCA: NISSAN   - 1998 - MODELO: ALTIMA

SENTIMOS INFORMARLE QUE NO ES POSIBLE APROBAR SU SOLICITUD EN ESTE MOMENTO.
EN CITIBANK, N.A. UTILIZAMOS UN SISTEMA DE VALORACION DE PUNTOS, ("CREDIT
SCORING SYSTEM"),  EL CUAL ASIGNA UN VALOR A DIVERSOS ELEMENTOS DE
INFORMACION QUE USTED NOS HA SUMINISTRADO EN LA SOLICITUD DE CREDITO, ASI
COMO LA INFORMACION ADICIONAL OBTENIDA DE AGENCIAS DE INFORMACION DE
CREDITO.  LA PUNTUACION OBTENIDA POR USTED NO ALCANZO LA MINIMA NECESARIA
PARA CUALIFICAR.

LOS FACTORES Y RAZONES PRINCIPALES PARA LA DENEGACION DE CREDITO SON LAS
SIGUIENTES:

    1. HISTORIAL DE CREDITO ADVERSO
    2. CANTIDAD A FINANCIAR SOLICITADA EXCEDE NUESTRAS POLITICAS
    3. ATRASOS EN SUS OBLIGACIONES

LA INFORMACION DE CREDITO UTILIZADA PARA EVALUAR SU SOLICITUD DE PRESTAMO,
FUE OBTENIDA MEDIANTE UN INFORME DE CREDITO DE LA AGENCIA ABAJO MENCIONADA.

    UCB/TRANS UNION
    CARIBBEAN OFFICE PLAZA SUITE 211
    670 PONCE DE LEON
    SAN JUAN, PUERTO RICO  00907
    1-888-644-8484

DICHA AGENCIA NO INFLUYO EN LA DECISION, SOLAMENTE NOS PROVEYO INFORMACION
DE CREDITO.  SEGUN ESTIPULA LA LEY FEDERAL "FAIR CREDIT REPORTING ACT",
USTED TIENE EL DERECHO A OBTENER UNA COPIA GRATIS DE SU REPORTE DE CREDITO
DENTRO DE SESENTA (60) DIAS DE RECIBIDA ESTA CARTA.  USTED TAMBIEN TIENE
EL DERECHO DE DISPUTAR LA VERACIDAD DE LA INFORMACION SUMINISTRADA POR LA
AGENCIA DE CREDITO Y/O QUE LA MISMA ESTE COMPLETA.

ESPERAMOS EN UN FUTURO PODER SERVIRLE.

ATENTAMENTE,



DIVISION DE FINANCIAMIENTO DE AUTOMOVILES

PO BOX 364009
SAN JUAN          PR  00936

GENERAL MOTORS
ACCEPTANCE CORPORATION
GENERAL MOTORS CORPORATION

787-782-7933 (Tel. Ofic. GMAC)
Número de Solicitud H2997
Sucursal # 599

18 de agosto de 1998

ANA R OLIVELLA
COND ASSISI APT 2003
GUAYNABO          PR  00969

Nuestro concesionario LOSADA AUTO TRUCK INC
nos informa que estabe considerando su solicitud de crédito o arrendamiento para la adquisición de un vehículo
de motor u otro producto y preguntó si nosotros estábamos preparados para aceptar su obligación, si se
completaba la transacción.

Lamentamos informarle que no estuvimos de acuerdo en procesar la transacción según sometida. Sin embargo,
estamos de acuerdo en procesar la transacción bajo los términos modificados que ya hemos informado al
concesionario.

El "Federal Equal Credit Opportunity Act" prohíbe que los acreedores discriminen contra los solicitantes de
crédito por raza, color, religión, origen nacional, sexo, estado civil o edad (siempre y cuando el solicitante
tenga la capacidad legal para obligarse contractualmente). Tampoco se podrá discriminar porque todo el
ingreso del solicitante, o parte de él, provenga de un programa de asistencia pública. Esta ley prohíbe
también el discrimen por razón de que el solicitante haya ejercido de buena fe algún derecho bajo el
"Consumer Credit Protection Act". La agencia federal que administra o regula el cumplimiento de la ley
antes mencionada respecto a GMAC es la "Federal Trade Commission", Equal Credit Opportunity, Washington,
DC 20580.

Usted tiene derecho a una divulgación escrita de las razones específicas para ésta acción. Para solicitar la
misma, por favor comuníquese con nosotros a la dirección o al teléfono antes citados dentro de los próximos 60
días a partir de la fecha de esta carta. Enviaremos a usted la divulgación escrita de las razones dentro de
los siguientes 30 días a partir de la fecha de recibo de su solicitud.

Nuestra decisión se basó total o parcialmente en información obtenida de la(s) agencia(s) de información de
crédito al consumidor detallada(s) a continuación:

EQUIFAX                      PO BOX 740241        ATLANTA        GA  30374     800-685-1111
TRANS UNION CORP             PO BOX 390           SPRINGFIELD    PA  19064     316-636-6100

Usted tiene derecho a conocer, bajo el "Fair Credit Reporting Act", la información que aparece en su historial
de crédito en la(s) agencia(s) de información de crédito de consumo. Esta agencia(s) no tomó(tomaron) esta
decisión por nosotros y no puede(n) proveerle las razones de nuestra decisión. Usted tiene derecho a obtener
una copia gratuita del informe de crédito de la(s) agencia(s) de información de crédito, si solicita el mismo
dentro de los próximos 60 días a partir de la fecha en que recibió esta comunicación. Si usted encuentra que
la información que contiene el informe de crédito es inexacta o está incompleta, usted tiene derecho a aclarar
el asunto con la(s) agencia(s) de información de crédito.

Si desea comunicarse con nosotros, por favor tenga a mano el número de solicitud antes indicado para poder
atenderle con mayor prontitud.

Lamentamos no haber aprobado la transacción según fue sometida.


GENERAL MOTORS ACCEPTANCE CORPORATION

29

55

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: XXX-XX-5914

PAGINA  5 DE  6

EXPEDIENTE NUMERO: 127713132

| NOMBRE DEL SUBSCRIPTOR | TIPO DE INDAGACION | FECHA |
|---|---|---|
| CITIBANK USA NA SEARS | INDIVIDUAL | 04/24/2004 |
| FIRST PREMIER BANK | INDIVIDUAL | 04/17/2004 |
| ISLAND FINANCE #1189 | INDIVIDUAL | 04/12/2004 |
| ISLAND FINANCE #1134 | INDIVIDUAL | 02/21/2004 |
| ISLAND FINANCE #1189 | INDIVIDUAL | 02/16/2004 |
| RELIABLE FINANCIAL | INDIVIDUAL | 01/07/2004 |
| CAPITAL SOLUTIONS VIA NMC/CAPITAL SOLUTIONS & | INDIVIDUAL | 12/29/2003 |
| PROPOSITO PERMISIBLE = TRANSACCION DE CREDITO | | |
| DAIMLERCHRYSLER SRVC | | |
| BANCO SANTANDER DE PR | INDIVIDUAL | 12/15/2003 |
| BANCO SANTANDER DE PR | INDIVIDUAL | 08/14/2003 |
| EUROBANK | INDIVIDUAL | 08/05/2003 |
| SCOTIABANK DE PR/REXVILL | INDIVIDUAL | 08/01/2003 |
| TERI REAL ESTATE | CONJUNTA | 11/08/2002 |
| | INDIVIDUAL | 07/15/2002 |

COMPANIAS QUE SOLICITEN SU INFORME DE CREDITO DEBEN DE PROVEER CIERTA
INFORMACION SOBRE USTED. EN LOS ULTIMOS 90 DIAS, LAS COMPANIAS QUE SOLICITARON
SU INFORME PROVEYERON LA SIGUIENTE INFORMACION

SUBSCRITOR
EXPRESSO WESTERNBANK                                        FECHA
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:               06/17/2004
OLVERA/RIVERA,ANA,R
8457  BAYAMON ,BAYAMON,PR 00960

ORIENTAL BANK AND TRUST
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:               05/26/2004
ROSA OLIVELLA,ANA     (787) 725-0053
0: COND. PLAZA INMACULA ,SANTURCE,PR 00913
0  PO BOX 8457 ,BAYAMON,PR 00960
EMPLEO: CAREER CONTRACT SERVICE

CITIBANK USA NA SEARS
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:               04/24/2004
OLIVELLA,ANA,M
2  PONCE D LEON ,SAN JUAN,PR 00917

FIRST PREMIER BANK
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:               04/17/2004
OLIVELLA,ANR
0  COND INMACULADA 7I PZ,SANTURCE,PR 00917

ISLAND FINANCE #1189
INFORMACION DE IDENTIDAD PROVISTA POR ELLOS:               04/12/2004
OLIVELLARIVERA,ANA,R
0  AVE PONCE DE LEON 1717 A   ,SANTURCE,PR 00936

26

TRANSMISSION VERIFICATION REPORT

TIME : 05/13/2002 13:41

| | |
|---|---|
| DATE,TIME | 05/13 13:40 |
| FAX NO./NAME | 5620088557072501910 |
| DURATION | 00:00:44 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                              PAGINA  4 DE  6
NUMERO DE SEGURO SOCIAL: XXX-XX-5914          EXPEDIENTE NUMERO: 127713132

COMMOLOCO INC              #1184022415        CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 07/1996 BALANCE:        $0 CUENTA INDIVIDUAL
  ABIERTA    06/1996 MAX ADEUDADO:  $2304 TERM-PAGO: 36 PAGOS MENSUALES $64
  CERRADA    06/1996
  MANERA DE PAGO A 07/1996: PAGO COMO ACORDADO

ASSOCIATES/AVCO           #1500000446403102   CUENTA A PLAZOS
                                              SIN COLATERAL
  ACTUALIZADA 10/1995                         CUENTA INDIVIDUAL
  ABIERTA    09/1995 MAX ADEUDADO:  $4506 TERM-PAGO: 48 PAGOS MENSUALES $93
  MANERA DE PAGO A 10/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP       #5012037043         CUENTA A PLAZOS
                                              SIN COLATERAL
  ACTUALIZADA 10/1995 BALANCE:        $0 CUENTA INDIVIDUAL
  ABIERTA    04/1995 MAX ADEUDADO:  $2368 TERM-PAGO: 37 PAGOS MENSUALES $65
  CERRADA    08/1995
  MANERA DE PAGO A 10/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP       #5012087655         CUENTA A PLAZOS
  ACTUALIZADA 04/1995 BALANCE:        $0 CUENTA INDIVIDUAL
  ABIERTA    06/1994 MAX ADEUDADO:  $2639 TERM-PAGO: 36 PAGOS MENSUALES $73
  PAGADA     03/1995
  MANERA DE PAGO A 04/1995: PAGO COMO ACORDADO

COOPERATIVA LOMAS VERDES #1158510001490       CUENTA A PLAZOS
                                              PARCIALMENTE GARANTIZADO
  ACTUALIZADA 02/1995 BALANCE:        $0 CUENTA INDIVIDUAL
  ABIERTA    11/1992 MAX ADEUDADO: $12000 TERM-PAGO: 5 PAGOS MENSUALES $260
  CERRADA    02/1995
  MANERA DE PAGO A 02/1995: PAGO COMO ACORDADO

BANCO POPULAR DE PR       #2500074860106337   CUENTA A PLAZOS      *Popular leasing*
CERRADA                                       ARRIENDO
  ACTUALIZADA 09/2003 BALANCE:        $0 CUENTA INDIVIDUAL
  ABIERTA    09/1992 MAX ADEUDADO: $27180 TERM-PAGO: PAGOS MENSUALES $393
  CERRADA    09/2003
  MANERA DE PAGO A 09/2003: SIN CLASIFICAR
    EN EL ULTIMO  MES ANTES DE LA ULTIMA ACTUALIZACION
      PAGO SEGUN LO ACORDADO

BEST FINANCE/POPULAR FIN #4200659110          CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 08/2000 BALANCE:        $0 CUENTA INDIVIDUAL
  ABIERTA    01/1993 MAX ADEUDADO:  $2172 TERM-PAGO: 36 PAGOS MENSUALES $60
  CERRADA    02/1996
  MANERA DE PAGO A 08/2000: SIN CLASIFICAR

---

LAS SIGUIENTES COMPANIAS HAN RECIBIDO SU EXPEDIENTE DE CREDITO.  LAS
INDAGACIONES PERMANECEN EN SU EXPEDIENTE POR 24 MESES.

NOMBRE DEL SUBSCRIPTOR                         TIPO DE INDAGACION   FECHA
EXPRESSO WESTERNBANK                            INDIVIDUAL          06/17/2004
ORIENTAL BANK AND TRUST                         INDIVIDUAL          05/26/2004

25

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: XXX-XX-5914

PAGINA  6 DE  6

EXPEDIENTE NUMERO: 127713132

LAS COMPANIAS ABAJO MENCIONADAS OBTUVIERON INFORMACION DE SU REPORTE DE CREDITO
AL CONSUMIDOR CON EL PROPOSITO DE UNA REVISION A UNA CUENTA O ALGUNA OTRA
TRANSACCION CON USTED. ESTAS INDAGACIONES NO SON MOSTRADAS A NADIE SALVO USTED,
Y NO LE AFECTARA CON LA DESICION DE ALGUN OTRO ACREEDOR O CUALQUIER PUNTUACION
(EXEPTO COMPANIAS ASEGURADORAS QUE PUEDEN TENER ACCESO A OTRAS INDAGACIONES DE
COMPANIAS ASEGURADORAS, DONDE SEA PERMITIDO POR LEY).

NOMBRE DEL SUBSCRIPTOR
WELLS FARGO FINANCIAL BR                           FECHA
WELLS FARGO FINANCIAL BR                           08/2003
                                                  11/2003

SI USTED DESEA, PUEDE SOLICITAR UNA INVESTIGACION

ATRAVES DE NUESTRA PAGINA EN EL INTERNET AL
WWW.TRANSUNION.COM/INVESTIGATE

POR CORREO, LUEGO DE HABER COMPLETADO EL FORMULARIO
DE INVESTIGACION Y ENVIARLO A:
TRANSUNION RELACIONES AL CONSUMIDOR
POB 13968 Santurce Station
San Juan, PR 00907-3396

POR TELEFONO:
1-800-981-9442
NUESTRAS HORAS DE OFICINA EN HORA LOCAL SON:
8:30 A.M. A 4:30 P.M., LUNES-VIERNES, EXCEPTO DIAS FERIADOS IMPORTANTES.
FAVOR TENER SU NUMERO DE EXPEDIENTE LOCALIZADO EN LA PARTE SUPERIOR DE LA
PAGINA DISPONIBLE.

IMPORTANTE

INVESTIGACIONES CONCLUIRAN EN LOS PROXIMOS 30 DIAS A PARTIR DE LA FECHA DE
HABER RECIBIDO SU SOLICITUD. UN REPORTE REFLEJANDO LOS RESULTADOS DE LA
INVESTIGACION LE SERA ENVIADO POR CORREO AL CONCLUIR LA INVESTIGACION.

(27)

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                           PAGINA   3 DE  6
NUMERO DE SEGURO SOCIAL: XXX-XX-5914          EXPEDIENTE NUMERO: 127713132


ISLAND FINANCE CORP        #4302200244984243      CUENTA A PLAZOS
                                                  PAGARE DE PRESTAMO
  ACTUALIZADA 02/2003                             CUENTA INDIVIDUAL
  ABIERTA      02/2002 MAX ADEUDADO:     $2184 TERM-PAGO: 24 PAGOS MENSUALES $91
  MANERA DE PAGO A 02/2003: PAGO COMO ACORDADO
     >EN LOS ULTIMOS 12 MESES ANTES DE LA ULTIMA ACTUALIZACION   1 VEZ 30 DIAS
       TARDE<


  BPPR/VISA                  #4549000901844850      CUENTA ROTATIVA
CTA CERRADA POR CONSUMIDOR                         TARJETA DE CREDITO
  ACTUALIZADA 04/2001 BALANCE:               $0 CUENTA INDIVIDUAL
  ABIERTA      05/1997 MAX ADEUDADO:     $5225 LIMITE DE CREDITO:    $5000
  CERRADA      03/2001
  MANERA DE PAGO A 04/2001: PAGO COMO ACORDADO
     >EN LOS ULTIMOS 43 MESES ANTES DE LA ULTIMA ACTUALIZACION  13 VECES  90 DIAS
       6 VECES 60 DIAS,  4 VECES 30 DIAS TARDE<
     >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/1998<


LAS SIGUIENTES CUENTAS HAN SIDO REPORTADAS SIN INFORMACION ADVERSA.


DORAL BANK                 #27000240281101        LINEA DE CREDITO
                                                  LINEA DE CREDITO
  ACTUALIZADA 05/2004 BALANCE:            $9821 CUENTA CONJUNTA
  ABIERTA      11/2001 MAX ADEUDADO:    $10000 TERM-PAGO:  MINIMO $163
                                                  LIMITE DE CREDITO:    $10000
  MANERA DE PAGO A 05/2004: PAGO COMO ACORDADO
    EN LOS ULTIMOS 31 MESES ANTES DE LA ULTIMA ACTUALIZACION
     PAGO SEGUN LO ACORDADO


NORWEST FINANCIAL INC    #5053075797      CUENTA A PLAZOS
CERRADA                                           CONTRATO DE VENTAS A PLAZOS
  ACTUALIZADA 08/1997 BALANCE:               $0 CUENTA INDIVIDUAL
  ABIERTA      05/1995 MAX ADEUDADO:     $1468 TERM-PAGO: 25 PAGOS MENSUALES $61
  CERRADA      04/1997
  MANERA DE PAGO A 08/1997: PAGO COMO ACORDADO


ISLAND FINANCE CORP        #5012040585            CUENTA A PLAZOS
                                                  SIN COLATERAL
  ACTUALIZADA 07/1997 BALANCE:               $0 CUENTA INDIVIDUAL
  ABIERTA      08/1995 MAX ADEUDADO:     $4700 TERM-PAGO: 55 PAGOS MENSUALES $88
  CERRADA      03/1997
  MANERA DE PAGO A 07/1997: PAGO COMO ACORDADO


SCYMOLOGO INC              #1157924828            CUENTA A PLAZOS
CERRADA                                           SIN COLATERAL
  ACTUALIZADA 04/1997 BALANCE:               $0 CUENTA INDIVIDUAL
  ABIERTA      06/1996 MAX ADEUDADO:     $3120 TERM-PAGO: 48 PAGOS MENSUALES $65
  CERRADA      03/1997
  MANERA DE PAGO A 04/1997: PAGO COMO ACORDADO


BANCO POPULAR DE PR        #2505076860010451      CUENTA A PLAZOS
                                                  ASEGURADO POR PRESTADOR
  ACTUALIZADA 07/1996                             CUENTA INDIVIDUAL
  ABIERTA      06/1996 MAX ADEUDADO:     $2940 TERM-PAGO: PAGOS MENSUALES $195
  MANERA DE PAGO A 07/1996: PAGO COMO ACORDADO


(24)

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: XXX-XX-5914                                    PAGINA  2 DE  6
                                                EXPEDIENTE NUMERO: 127713132

BANCO POPULAR DE PR      #2400076860108337      CUENTA A PLAZOS
>BALANCE TIRADO A PERDIDAS<                      ARRIENDO
  ACTUALIZADA 04/2004 BALANCE:              $0   CUENTA INDIVIDUAL
   ABIERTA    09/1992 MAX ADEUDADO:     $27180   TERM-PAGO: PAGOS MENSUALES $393
   CERRADA    10/1998
 >MANERA DE PAGO A 04/2004: ECHADO A PERDIDAS<

ASSOCIATES FINCL SERVICE #15803930612820        CUENTA A PLAZOS
                                                SIN COLATERAL
  ACTUALIZADA 05/2000                            CUENTA INDIVIDUAL
   ABIERTA    09/1995 MAX ADEUDADO:      $4506   TERM-PAGO: 48 PAGOS MENSUALES $93
 >MANERA DE PAGO A 05/2000: VENCIDO 120 DIAS<
   >EN LOS ULTIMOS 32 MESES ANTES DE LA ULTIMA ACTUALIZACION  6 VECES  60 DIAS
    3 VECES 60 DIAS TARDE<
   >MOROSIDAD MAXIMA DE  90+ DIAS OCURRIO EN 01/2000<

BANCO POPULAR P. R.      #10100157637540001      CUENTA A PLAZOS
CERRADA                                          SIN COLATERAL
  ACTUALIZADA 07/1999 BALANCE:              $0   CUENTA INDIVIDUAL
   ABIERTA    03/1997 MAX ADEUDADO:     $20955   TERM-PAGO: PAGOS MENSUALES $489
   CERRADA    07/1999
 >MANERA DE PAGO A 07/1999: VENCIDO 120 DIAS<
   >EN LOS ULTIMOS 22 MESES ANTES DE LA ULTIMA ACTUALIZACION  2 VECES  90 DIAS
    6 VECES 60 DIAS,  4 VECES 30 DIAS TARDE<
   >MOROSIDAD MAXIMA DE  90+ DIAS OCURRIO EN 07/1999<

MONEY EXPRESS            #40159900001404         CUENTA A PLAZOS
CERRADA                                          SIN COLATERAL
  ACTUALIZADA 03/2000 BALANCE:              $0   CUENTA INDIVIDUAL
   ABIERTA    12/1995 MAX ADEUDADO:      $3288   TERM-PAGO: 49 PAGOS MENSUALES $75
   CERRADA    02/2000
 >MANERA DE PAGO A 03/2000: VENCIDO 60 DIAS<
   >EN LOS ULTIMOS 30 MESES ANTES DE LA ULTIMA ACTUALIZACION  3 VECES 30 DIAS
    TARDE<
   >MOROSIDAD MAXIMA DE  60 DIAS OCURRIO EN  03/2000<

ISLAND FINANCE CORP      #4303240344984243       CUENTA A PLAZOS
CERRADA                                          PAGARE DE PRESTAMO
  ACTUALIZADA 01/2004 BALANCE:              $0   CUENTA INDIVIDUAL
   ABIERTA    03/2003 MAX ADEUDADO:      $2250   TERM-PAGO: 30 PAGOS MENSUALES $75
   CERRADA    01/2004
 >MANERA DE PAGO A 01/2004: VENCIDO 30 DIAS<
   >EN LOS ULTIMOS 10 MESES ANTES DE LA ULTIMA ACTUALIZACION   1 VEZ  90 DIAS,
    1 VEZ   60 DIAS,  3 VECES 30 DIAS TARDE<
   >MOROSIDAD MAXIMA DE  90+ DIAS OCURRIO EN  07/2003<

JC PENNEY               #1520234605             CUENTA ROTATIVA
                                                CUENTA ROTATIVA
  ACTUALIZADA 04/2004 BALANCE:              $0   CUENTA INDIVIDUAL
   ABIERTA    09/1964 MAX ADEUDADO:      $1687
   PAGADA     04/2002
 >MANERA DE PAGO A 04/2004: PAGO COMO ACORDADO<
   >EN LOS ULTIMOS 48 MESES ANTES DE LA ULTIMA ACTUALIZACION   1 VEZ  60 DIAS,
    7 VECES 30 DIAS TARDE<
   >MOROSIDAD MAXIMA DE  90+ DIAS OCURRIO EN  02/1999<

(23)

06: *** 127713132-001 ***
POB 13968 Santurce Station
San Juan, PR 00907-3396

RETURN SERVICE REQUESTED

SU NUMERO DE EXPEDIENTE: 127713132
PAGINA  1 DE  6
FECHA EN QUE INFORME FUE IMPRESO: 06/18/2004

NUMERO DE SEGURO SOCIAL: XXX-XX-5914
FECHA DE NACIMIENTO:      12/1955
EN NUESTROS ARCHIVOS DESDE: 06/1974
TELEFONO: 282-8459

INFORME CREDITICIO PARA:

OLIVELLA RIVERA, ANA, ROSA
250 PONC DE LEON STE 502 OI
HATO REY, PR 00917

DIRECCION ANTERIOR REPORTADA:

POB 8457 RAME POST CENT, BAYAMON, PR 00960
ST PAVILION CT 3B, SAN JUAN, PR 00918

DATOS DE EMPLEO REPORTADOS:

CAREER CONTRACT SERVICES
0 CITIBANK TOWERS SU
HATO REY, PR
POSICION: PRESIDENT
FECHA REPORTAJE: 05/2004

CAREER SERV
FECHA REPORTAJE: 01/2001

CAREER CONTRACT SRV
FECHA REPORTAJE: 04/2000

CAREER CONSTRACT INC
FECHA REPORTAJE: 02/1999

NOTAS ESPECIALES: SU NUMERO DE SEGURO SOCIAL HA SIDO CUBIERTO PARA SU
PROTECCION. USTED PUEDE SOLICITAR LA DIVULGACION DEL NUMERO COMPLETO POR
ESCRITO A LA DIRECCION ENCONTRADA AL FINAL DE ESTE REPORTE. ADICIONAL,
CUALQUIER PARTIDA DE SU REPORTE DE CREDITO QUE COMIENZE CON 'MED1' INDICA
INFORMACION MEDICA. LA INFORMACION ACOMPANADA POR ESTA PALABRA NO SERA EXHIBIDA
A NADIE SALVO USTED.

SU INFORMACION DE CREDITO

LAS SIGUIENTES CUENTAS CONTIENEN INFORMACION QUE ALGUNOS ACREEDORES PUEDEN
CONSIDERAR ADVERSA.  INFORMACION DE CUENTAS ADVERSA, PUEDE SER REPORTADA POR 54
MESES A PARTIR DE LA FECHA DEL PRIMERA DELINCUENCIA, DEPENDIENDO DE SU ESTADO
DE RESIDENCIA. LA INFORMACION ADVERSA EN ESTAS CUENTAS HA SIDO IMPRESA EN
>CORCHETES< PARA SU CONVENIENCIA, PARA AYUDARLE A ENTENDER SU INFORME. NO SE
REPORTAN DE ESTA FORMA A LOS ACREEDORES. (NOTA: EL NUMERO DE CUENTA PUEDE SER
ALTERADO POR EL ACREEDOR PARA SU PROTECCION).

BANCO POPULAR P. R.    #13100178892760001  CUENTA A PLAZOS
>BALANCE TIRADO A PERDIDAS<                  SIN COLATERAL
  ACTUALIZADA 05/2004 BALANCE:        $22217 CUENTA INDIVIDUAL
  ABIERTA    07/1999 MAX ADEUDADO:    $22458 TERM-PAGO: PAGOS MENSUALES $486
  CERRADA    08/2000
  >MANERA DE PAGO A 05/2004: ECHADO A PERDIDAS<

# STATEMENT OF CREDIT DENIAL, TERMINATION, OR CHANGE

Applicant: (Type Full Name and Address)
ANA ROSA OLIVELLA RIVERA
P.O. BOX 8400
BAYAMON PR 00960-8657

Description of Action Taken:  DENIED

Description of Account, Transaction or Requested Credit:
CONVENTIONAL UNINSURED LOAN
PURCHASE

Date:    5/09/2002

**PART 1.** Principal reason(s) for credit denial, termination or other action taken concerning credit. In compliance with Regulation "B" Equal Credit Opportunity Act), you are advised that your recent application for credit has been declined/terminated/changed. The decision to deny/terminate/change your application was based on the following reason(s):

**A. CREDIT**

- ___ No Credit File
- ___ Insufficient Number of Credit References Provided
- ___ Insufficient Credit File
- ___ Limited Credit Experience
- ___ Unable to Verify Credit References
- ___ Garnishment, Attachment, Foreclosure, Repossession, Collection Action or Judgment
- ___ Excessive Obligations in Relation to Income
- ___ Unacceptable Payment Record on Previous Mortgage
- ___ Lack of Cash Reserves
- _X_ Delinquent Past or Present Credit Obligation with Others
- ___ Bankruptcy Past or Present
- ___ Unacceptable Type of Credit Reference Provided
- ___ Poor Credit Performance with Us

**B. EMPLOYMENT STATUS**

- ___ Unable to Verify Employment
- ___ Length of Employment
- ___ Temporary or Irregular Employment

**C. INCOME**

- ___ Insufficient Income for Amount of Credit Requested
- ___ Unable to Verify Income
- ___ Excessive Obligations in Relation to Income

**D. RESIDENCY**

- ___ Temporary Residence
- ___ Length of Residence
- ___ Unable to Verify Residence

**E. INSURANCE, GUARANTY or PURCHASE DENIED BY:**

- ___ Department of Housing and Urban Development
- ___ Department of Veterans Affairs
- ___ Fannie Mae
- ___ Freddie Mac

**F. OTHER**

- ___ Insufficient Funds to Close the Loan
- ___ Credit Application Incomplete
- ___ Value or Type of Collateral not Sufficient
  - ___ Unacceptable Property
  - ___ Insufficient Data - Property
  - ___ Unacceptable Appraisal
  - ___ Unacceptable Leasehold Estate
- ___ We do not grant credit to any applicant on the terms and conditions you have requested

You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdrew your application.

**PART II.** Disclosure of use of information obtained from an outside source.

- _X_ Our credit decision was based in whole, or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you received this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

  Name:    CARIBBEAN CREDIT DATA FACTS, INC.
  Address:  PO BOX 2589 HATO REY STA.
            SAN JUAN PR 00919

  Telephone Number: 787-765-2470             or Toll Free Number: 800-891-7098

- ___ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:

Creditor's Name:    BQ PREMIER BANK OF Panama ROAD
Creditor's Address: 206 TETUAN BUILDING
                    268 PONCE DE LEON AVE.
                    HATO REY, PUERTO RICO 00918

Creditor's Telephone Number: 809-766-6056

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, WASHINGTON, D.C. 20580.

Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know.

Thank you for applying.

(Lender)

By _____
HENRY REYMUNDI
SUPERVISOR

Notice    ___ Mailed      Date ___1/08/2002___
          ___ Delivered

Rev. 8/97
Amended 8/98

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                    PAGINA  5 DE  6
NUMERO DE SEGURO SOCIAL: 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      EXPEDIENTE NUMERO: 123014394

BANCO POPULAR DE PR       #2500076860108337   CUENTA A PLAZOS
CERRADA                                       ARRIENDO
  ACTUALIZADA 09/2003 BALANCE:           $0 CUENTA INDIVIDUAL
  ABIERTA   09/1992 MAX ADEUDADO:    $27180 TERM-PAGO: PAGOS MENSUALES $393
  CERRADA   09/2003
  MANERA DE PAGO A 09/2003: SIN CLASIFICAR
    EN EL ULTIMO  MES ANTES DE LA FECHA DE CIERRE
      PAGO SEGUN LO ACORDADO

BEST FINANCE/POPULAR FIN #4200659110          CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 08/2000 BALANCE:           $0 CUENTA INDIVIDUAL
  ABIERTA   01/1993 MAX ADEUDADO:     $2172 TERM-PAGO: 36 PAGOS MENSUALES $60
  CERRADA   02/1996
  MANERA DE PAGO A 02/1996: SIN CLASIFICAR


LAS SIGUIENTES COMPANIAS HAN RECIBIDO SU EXPEDIENTE DE CREDITO.  LAS
INDAGACIONES PERMANECEN EN SU EXPEDIENTE POR 24 MESES.

NOMBRE DEL SUBSCRIPTOR                    TIPO DE INDAGACION   FECHA
BANCO SANTANDER DE PR                     INDIVIDUAL      08/14/2003
BANCO SANTANDER DE PR                     INDIVIDUAL      08/05/2003
EUROBANK                                  INDIVIDUAL      08/01/2003
SCOTIABANK DE PR/REXVILL                  CONJUNTA        11/08/2002
TIRI REAL ESTATE                          INDIVIDUAL      07/15/2002
ASSOCIATES FINANCIAL                      INDIVIDUAL      04/04/2002
R & G MORTGAGE CORP VIA CARIBBEAN CREDIT DATAFAC  INDIVIDUAL  03/19/2002
    PROPOSITO PERMISIBLE = TRANSACCION DE CREDITO
F.MAC/R-G MORTGAGE CORP                   INDIVIDUAL      03/13/2002
BANCO SANTANDER                           INDIVIDUAL      03/12/2002
R&G MORTGAGE CORP.                        INDIVIDUAL      03/12/2002
ORIENTAL BANK AND TRUST                   INDIVIDUAL      02/13/2002
INTEGRAND ASSURANCE CO                    INDIVIDUAL      02/11/2002
    PROPOSITO PERMISIBLE = ASUGARAR CONTRA RIESGOS
MONEY EXPRESS                             INDIVIDUAL      01/05/2002


LAS ENTIDADES ENUMERADAS A CONTINUACION RECIBIERON SU NOMBRE, DIRECCION Y OTRA
INFORMACION LIMITADA SOBRE USTED PARA HACERLE UNA OFERTA FIRME DE CREDITO O DE
SEGURO. ESAS ENTIDADES NO RECIBIERON LA TOTALIDAD DE SU INFORME Y ESTAS
INDAGACIONES NO SON VISTAS POR NINGUNA OTRA PERSONA, SALVO USTED.

NOMBRE DEL SUBSCRIPTOR      FECHA
FIRST PREMIER              02/2003


LAS SIGUIENTES INSTITUCIONES OBTUVIERON INFORMACION A TRAVES DE SU EXPEDIENTE O
REPORTE DE CREDITO CON EL PROPOSITO DE UNA REVISION DE SUS CUENTAS U OTRAS
TRANSACCIONES DE NEGOCIO CON USTED. ESTAS INDAGACIONES  NO SE EXHIBIRA A NADIE
QUE NO SEA USTED Y NO LE AFECTARA CON RESPECTO A NINGUNA DECISION CREDITICIA.

NOMBRE DEL SUBSCRIPTOR      FECHA
WELLS FARGO FINANCIAL BR    08/2003

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA
NUMERO DE SEGURO SOCIAL: 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

EXPEDIENTE NUMERO: 123014394

PAGINA  6 DE

---

SI USTED DESEA, PUEDE SOLICITAR UNA INVESTIGACION

A TRAVES DE NUESTRA PAGINA EN EL INTERNET AL
WWW.TRANSUNION.COM/INVESTIGATE

---

POR CORREO, LUEGO DE HABER COMPLETADO EL FORMULARIO
DE INVESTIGACION Y ENVIARLO A:
TRANSUNION RELACIONES AL CONSUMIDOR
P O 13968 Santurce Station
San Juan, PR 00907-3396

POR TELEFONO:
1-800-981-9442
NUESTRAS HORAS DE OFICINA EN HORA LOCAL SON:
8:00 A.M. A 4:30 P.M., LUNES-VIERNES, EXCEPTO DIAS FERIADOS IMPORTANTES.
FAVOR TENER SU NUMERO DE EXPEDIENTE LOCALIZADO EN LA PARTE SUPERIOR DE LA
PAGINA DISPONIBLE.

---

IMPORTANTE

---

INVESTIGACIONES CONCLUIRAN EN LOS PROXIMOS 30 DIAS A PARTIR DE LA FECHA DE
HABER RECIBIDO SU SOLICITUD. UN REPORTE REFLEJANDO LOS RESULTADOS DE LA
INVESTIGACION LE SERA ENVIADO POR CORREO AL CONCLUIR LA INVESTIGACION.

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                     PAGINA  4 DE  6
NUMERO DE SEGURO SOCIAL: 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          EXPEDIENTE NUMERO: 123014394

COMMOLOCO INC                #1187824928              CUENTA A PLAZOS
CERRADA                                               SIN COLATERAL
 ACTUALIZADA 04/1997 BALANCE:            $0 CUENTA INDIVIDUAL
 ABIERTA    06/1996 MAX ADEUDADO:     $3120 TERM-PAGO: 48 PAGOS MENSUALES $65
 CERRADA    03/1997
 MANERA DE PAGO A 03/1997: PAGO COMO ACORDADO
   EN LOS ULTIMOS  2 MESES ANTES DE LA FECHA DE CIERRE
      PAGO SEGUN LO ACORDADO

BANCO POPULAR DE PR          #2505076860010451        CUENTA A PLAZOS
                                                      ASEGURADO POR PRESTADOR
 ACTUALIZADA 07/1996                                  CUENTA INDIVIDUAL
 ABIERTA    06/1996 MAX ADEUDADO:     $2940 TERM-PAGO: PAGOS MENSUALES $196
 MANERA DE PAGO A 07/1996: PAGO COMO ACORDADO

COMMOLOCO INC                #1184022415              CUENTA A PLAZOS
CERRADA                                               SIN COLATERAL
 ACTUALIZADA 07/1996 BALANCE:            $0 CUENTA INDIVIDUAL
 ABIERTA    06/1995 MAX ADEUDADO:     $2304 TERM-PAGO: 36 PAGOS MENSUALES $64
 CERRADA    06/1996
 MANERA DE PAGO A 06/1996: PAGO COMO ACORDADO

ASSOCIATES/AVCO              #15000000446403102       CUENTA A PLAZOS
                                                      SIN COLATERAL
 ACTUALIZADA 10/1995                                  CUENTA INDIVIDUAL
 ABIERTA    09/1995 MAX ADEUDADO:     $4505 TERM-PAGO: 48 PAGOS MENSUALES $93
 MANERA DE PAGO A 10/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP          #5012037043              CUENTA A PLAZOS
                                                      SIN COLATERAL
 ACTUALIZADA 10/1995 BALANCE:            $0 CUENTA INDIVIDUAL
 ABIERTA    04/1995 MAX ADEUDADO:     $2268 TERM-PAGO: 37 PAGOS MENSUALES $83
 CERRADA    08/1995
 MANERA DE PAGO A 08/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP          #5012087655              CUENTA A PLAZOS
                                                      PRESTAMO PERSONAL
 ACTUALIZADA 04/1995 BALANCE:            $0 CUENTA INDIVIDUAL
 ABIERTA    06/1994 MAX ADEUDADO:     $2639 TERM-PAGO: 36 PAGOS MENSUALES $73
 PAGADA     03/1995
 MANERA DE PAGO A 03/1995: PAGO COMO ACORDADO

COOP LOMAS VERDES            #1156510001490           CUENTA A PLAZOS
                                                      PARCIALMENTE GARANTIZADO
 ACTUALIZADA 02/1995 BALANCE:            $0 CUENTA INDIVIDUAL
 ABIERTA    11/1992 MAX ADEUDADO:    $12000 TERM-PAGO: 5 PAGOS MENSUALES $260
 CERRADA    02/1995
 MANERA DE PAGO A 02/1995: PAGO COMO ACORDADO

ISLAND FINANCE CORP          #5001054671              CUENTA A PLAZOS
                                                      PRESTAMO PERSONAL
 ACTUALIZADA 07/1994 BALANCE:            $0 CUENTA INDIVIDUAL
 ABIERTA    12/1992 MAX ADEUDADO:     $2639 TERM-PAGO: 36 PAGOS MENSUALES $71
 PAGADA     05/1994
 MANERA DE PAGO A 05/1994: PAGO COMO ACORDADO

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                    PAGINA  3 DE  6
NUMERO DE SEGURO SOCIAL: 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        EXPEDIENTE NUMERO: 123014394

ISLAND FINANCE CORP          #43522002244984243       CUENTA A PLAZOS
                                                      PAGARE DE PRESTAMO
 ACTUALIZADA 02/2003 BALANCE:            $1183 CUENTA INDIVIDUAL
 ABIERTA    02/2002 MAX ADEUDADO:        $2184 TERM-PAGO: 24 PAGOS MENSUALES $91
 MANERA DE PAGO A 02/2003: PAGO COMO ACORDADO
  >EN LOS ULTIMOS 13 MESES ANTES DE LA ULTIMA ACTUALIZACION   1 VEZ 30 DIAS
    TARDE<

BPPR/VISA                    #4549000901844860       CUENTA ROTATIVA
CTA CERRADA POR CONSUMID                             TARJETA DE CREDITO
 ACTUALIZADA 04/2001 BALANCE:              $0 CUENTA INDIVIDUAL
 ABIERTA    05/1997 MAX ADEUDADO:        $5226 LIMITE DE CREDITO       $5000
 CERRADA    03/2001
 MANERA DE PAGO A 03/2001: PAGO COMO ACORDADO
  >EN LOS ULTIMOS 44 MESES ANTES DE LA FECHA DE CIERRE 13 VECES  90 DIAS,
    6 VECES 60 DIAS,  5 VECES 30 DIAS TARDE<
  >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/1998<

NORWEST FINANCIAL INC    #5093075797          CUENTA A PLAZOS
CERRADA                                       CONT VENTAS A PLAZOS
 ACTUALIZADA 08/1997 BALANCE:             $0 CUENTA INDIVIDUAL
 ABIERTA    05/1995 MAX ADEUDADO:       $1468 TERM-PAGO: 25 PAGOS MENSUALES $61
 CERRADA    04/1997
 MANERA DE PAGO A 04/1997: PAGO COMO ACORDADO
  >EN LOS ULTIMOS  3 MESES ANTES DE LA FECHA DE CIERRE  2 VECES  90 DIAS O MAS
    TARDE<

ISLAND FINANCE CORP      #5012040585          CUENTA A PLAZOS
                                              SIN COLATERAL
 ACTUALIZADA 07/1997 BALANCE:             $0 CUENTA INDIVIDUAL
 ABIERTA    08/1995 MAX ADEUDADO:       $4790 TERM-PAGO: 55 PAGOS MENSUALES $68
 CERRADA    03/1997
 MANERA DE PAGO A 03/1997: PAGO COMO ACORDADO
  >EN LOS ULTIMOS  2 MESES ANTES DE LA FECHA DE CIERRE  1 VEZ 60 DIAS
    TARDE<
  >MOROSIDAD MAXIMA DE  60 DIAS OCCURRIO EN  01/1997<


LAS SIGUIENTES CUENTAS HAN SIDO REPORTADAS SIN INFORMACION ADVERSA.

DORAL BANK               #27000240251101       LINEA DE CREDITO
                                               LINEA DE CREDITO
 ACTUALIZADA 10/2003 BALANCE:          $9734 CUENTA CONJUNTA
 ABIERTA    11/2001 MAX ADEUDADO:     $10000 TERM-PAGO: MINIMO $161
                                             LIMITE DE CREDITO    $10000
 MANERA DE PAGO A 10/2003: PAGO COMO ACORDADO
   EN LOS ULTIMOS 24 MESES ANTES DE LA ULTIMA ACTUALIZACION
    PAGO SEGUN LO ACORDADO

REPORTADO EN: OLIVELLA RIVERA, ANA, ROSA                    PAGINA  2 DE  6
NUMERO DE SEGURO SOCIAL: 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        EXPEDIENTE NUMERO: 123014394


BANCO POPULAR DE PR      #2400076860108337    CUENTA A PLAZOS        *Popular Leasing*
>TIRADO A PERDIDAS<                           ARRIENDO
  ACTUALIZADA 09/2003 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA    09/1992 MAX ADEUDADO:    $27180 TERM-PAGO: PAGOS MENSUALES $393
  CERRADA    10/1998
>MANERA DE PAGO A 10/1998: ECHADO A PERDIDAS<


ASSOCIATES FINCL SERVICE #15603930412820    CUENTA A PLAZOS
                                            SIN COLATERAL
  ACTUALIZADA 05/2000 BALANCE:           $21 CUENTA INDIVIDUAL
  ABIERTA    09/1995 MAX ADEUDADO:     $4506 TERM-PAGO: 48 PAGOS MENSUALES $93
             >VENCIDO :              $21<
>MANERA DE PAGO A 05/2000: VENCIDO 120 DIAS<
    >EN LOS ULTIMOS 34 MESES ANTES DE LA ULTIMA ACTUALIZACION   7 VECES  90 DIAS
     3 VECES 60 DIAS TARDE<
    >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 01/2000<


BANCO POPULAR P. R.      #10100157837540001    CUENTA A PLAZOS
CERRADA                                        SIN COLATERAL
  ACTUALIZADA 10/1999 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA    03/1997 MAX ADEUDADO:    $20055 TERM-PAGO: PAGOS MENSUALES $489
  CERRADA    07/1999
>MANERA DE PAGO A 07/1999: VENCIDO 120 DIAS<
    >EN LOS ULTIMOS 29 MESES ANTES DE LA FECHA DE CIERRE  4 VECES  90 DIAS,
     6 VECES 60 DIAS,   4 VECES 30 DIAS TARDE<
    >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 05/1999<


MONEY EXPRESS            #40159900001404      CUENTA A PLAZOS
CERRADA                                       SIN COLATERAL
  ACTUALIZADA 09/2000 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA    12/1995 MAX ADEUDADO:     $3288 TERM-PAGO: 49 PAGOS MENSUALES $75
  CERRADA    03/2000
>MANERA DE PAGO A 03/2000: VENCIDO 60 DIAS<
    >EN LOS ULTIMOS 38 MESES ANTES DE LA FECHA DE CIERRE  3 VECES 30 DIAS
     TARDE<
    >MOROSIDAD MAXIMA DE  60 DIAS OCCURRIO EN  03/2000<


ISLAND FINANCE CORP      #43703240344964243    CUENTA A PLAZOS
                                              PAGARE DE PRESTAMO
  ACTUALIZADA 09/2003 BALANCE:         $1950 CUENTA INDIVIDUAL
  ABIERTA    03/2003 MAX ADEUDADO:     $2350 TERM-PAGO: 30 PAGOS MENSUALES $73
             >VENCIDO :             $150<
>MANERA DE PAGO A 09/2003: VENCIDO 30 DIAS<
    >EN LOS ULTIMOS  7 MESES ANTES DE LA ULTIMA ACTUALIZACION   1 VEZ  90 DIAS,
     2 VECES 30 DIAS TARDE<
    >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 07/2003<


JC PENNEY                #1820234605          CUENTA ROTATIVA
                                              CUENTA ROTATIVA
  ACTUALIZADA 10/2003 BALANCE:            $0 CUENTA INDIVIDUAL
  ABIERTA    09/1984 MAX ADEUDADO:     $1687
  PAGADA     04/2002
MANERA DE PAGO A 04/2002: PAGO COMO ACORDADO
    >EN LOS ULTIMOS 39 MESES ANTES DE LA FECHA DE PAGO  1 VEZ  90 DIAS,
     1 VEZ  60 DIAS, 11 VECES 30 DIAS TARDE<
    >MOROSIDAD MAXIMA DE  90+ DIAS OCCURRIO EN 02/1999<

00: *** 123014394-001 ***
POB 13968 Santurce Station
San Juan, PR 00907-3396

RETURN SERVICE REQUESTED

SU NUMERO DE EXPEDIENTE: 123014394
PAGINA 1 DE 6
FECHA EN QUE INFORME FUE IMPRESO: 11/21/2003

NUMERO DE SEGURO SOCIAL: 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
FECHA DE NACIMIENTO: 12/1961
USTED HA ESTADO EN NUESTROS ARCHIVOS
DESDE: 06/1974

INFORME CREDITICIO PARA:

TELEFONO: 282-8459

OLIVELLA RIVERA, ANA, ROSA
POB 8457 RAME POST CENT
BAYAMON, PR 00960

DIRECCION ANTERIOR REPORTADA:

ST PAVILION CT 5B, SAN JUAN, PR 00918
ST STE 1900 CITIBANK TOWER, HATO REY, PR 00917

DATOS DE EMPLEO REPORTADOS:

CAREER SERV
FECHA REPORTAJE: 01/2001

CAREER CONTRACT SRV
FECHA REPORTAJE: 04/2000

CAREER CONSTRACT INC
FECHA REPORTAJE: 02/1999

GERENTE GENERAL
FECHA REPORTAJE: 11/1998

SU INFORMACION DE CREDITO

LAS SIGUIENTES CUENTAS CONTIENEN INFORMACION QUE ALGUNOS ACREEDORES PUEDEN
CONSIDERAR ADVERSA. INFORMACION DE CUENTAS ALVERSA, PUEDE SER REPORTADA POR 72
MESES A PARTIR DE LA FECHA DEL PRIMERA DELINCUENCIA, DEPENDIENDO DE SU ESTADO
DE RESIDENCIA. LA INFORMACION ADVERSA EN ESTAS CUENTAS HA SIDO IMPRESA >ENTRE
>CORCHETES< PARA SU CONVENIENCIA, PARA AYUDARLE A ENTENDER SU INFORME. NO SE
REPORTAN DE ESTA FORMA A LOS ACREDEORES. (NOTA: EL NUMERO DE CUENTA PUEDE SER
ALTERADO POR EL ACREDEOR PARA SU PROTECCION).

BANCO POPULAR P. R.        #10100178892780001   CUENTA A PLAZOS
>TIRADO A PERDIDAS<                             SIN COLATERAL
   ACTUALIZADA 10/2003 BALANCE:                 $22217 CUENTA INDIVIDUAL
   ABIERTA   07/1999 MAX ADEUDADO:              $22456 TERM-PAGO: PAGOS MENSUALES FIJOS
   CERRADA   08/2000
>MANERA DE PAGO A 08/2000: ECHADO A PERDIDAS<

BANCO POPULAR DE PR        #24068076869910451   CUENTA A PLAZOS
>TIRADO A PERDIDAS<                             ARRIENDO
   ACTUALIZADA 09/2003 BALANCE:                 $0 CUENTA INDIVIDUAL
   ABIERTA   08/1996 MAX ADEUDADO:              $2940 TERM-PAGO: PAGOS MENSUALES FIJOS
   CERRADA   04/1997
>MANERA DE PAGO A 04/1997: ECHADO A PERDIDAS<

TransUnion.

Número de Expediente: 1277/3132

**Nombre de la Compañía:** Associates Financial Seruice

**Número de Cuenta:** 158 0393 0412800

**Razones por las que no estoy de acuerdo:**
- ☑ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está saldada
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echada a pérdida o gestión de cobro
- ☐
- Otro:

**Nombre de la Compañía:**

**Número de Cuenta:**

**Razones por las que no estoy de acuerdo:**
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está saldada
- ☐ Nunca se ha pagado tarde
- ☑ Pagada antes de ser echada a pérdida o gestión de cobro
- Otro:

**Nombre de la Compañía:** Money Express

**Número de Cuenta:** 401 599 0000 1404

**Razones por las que no estoy de acuerdo:**
- ☑ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está saldada
- ☐ Nunca se ha pagado tarde
- ☑ Pagada antes de ser echada a pérdida o gestión de cobro
- ☐
- Otro:

**Nombre de la Compañía:**

**Número de Cuenta:**

**Razones por las que no estoy de acuerdo:**
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluida en la quiebra
- ☐ Cuenta está saldada
- ☐ Nunca se ha pagado tarde
- ☑ Pagada antes de ser echada a pérdida o gestión de cobro
- ☐
- Otro:

3    En caso de que se cambie algún dato o que se me permita incluir una explicación como resultado de la investigación, deseo que se les notifique a las siguientes compañías que han solicitado un expediente info en el pasado año, o 2 años si fue para propósitos de empleo.

1. _____    3. _____

2. _____    4. _____

4    Comentarios adicionales o añadir explicación: Deseo se eliminen las siguientes indagaciones - ① Wells Fargo Financial – no he solicitado nada con ellos ② TIRI Real Estate ③ Reliable Financial – no he solicitado crédito con ellos ④ Daimler Chrysler – no he solicitado crédito con ellos

30

TransUnion.    **Solicitud de Investigación**    Número de Expediente: _127713132_

Para disputar cualquier información en su expediente de crédito favor de completar y devolverlo al Departamento de Servicios al Consumidor.

**1** Favor de completar la siguiente información personal

Nombre: (si aplica apellidos) _Ana Rosa Olivella Rivera_    Seguro Social: _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_

Nombre Cónyuge: (si aplica apellidos) _n/a_    Seguro Social Cónyuge: _n/a_

Dirección Física: _250 Ponce de León Ave. - Suite 502 Citibank Tower Hato Rey, P.R. 0098_

Dirección Postal: _P.O. Box 8457 - Bayamón, P.R. 00960-8457_

Teléfono Residencial: _787-368-8866_    Fecha de Nacimiento: _2 dic. 1955_

Empleo: _Career Contract Services, Corp_    Tel. Empleo: _787-620-9813_

Tel. Empleo Cónyuge: _n/a_

**2** Los siguientes datos son incorrectos en mi informe de crédito. Usar la parte al reverso de esta solicitud de ser necesario.

Nombre de la Compañía: _Banco Popular P.R._

Número de Cuenta: _10100178892780001_

Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluido en la quiebra
- ☐ Cuenta está saldo
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echado o pérdida o gestión de cobro

_X nunca he tenido crédito por esa cantidad en esa Institución_

Nombre de la Compañía: _Banco Popular P.R._

Número de Cuenta: _10100157837540001_

Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluido en la quiebra
- ☐ Cuenta está saldo
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echado o pérdida o gestión de cobro

_X Otro nunca he tenido crédito por esa cantidad con esa Institución._

Firma: _Ana R. Olin_

Nombre de la Compañía: _Banco Popular P.R._

Número de Cuenta: _10100157837540001_

Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluido en la quiebra
- ☐ Cuenta está saldo
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echado o pérdida o gestión de cobro
- ☐ Otro: _____

Nombre de la Compañía: _Banco Popular P.R._

Número de Cuenta: _2400076860108337_

Razones por las que no estoy de acuerdo:
- ☐ No me pertenece
- ☐ Tarjeta cerrada
- ☐ Incluido en la quiebra
- ☐ Cuenta está saldo
- ☐ Nunca se ha pagado tarde
- ☐ Pagada antes de ser echado o pérdida o gestión de cobro
- ☒ Otro _Ver carta adjunta, la cual se explica por sí sola_

Fecha: _07-20-04_

Favor enviar este formulario a la dirección que se indica al final del informe de crédito. Los datos que usted nos indique serán investigados y le informaremos el resultado por escrito. Le recomendamos que no solicite crédito hasta tanto se concluya la investigación.



20 de julio de 2004


TransUnion de Puerto Rico
P. O. Box 13968 Santurce Station
San Juan, Puerto Rico 00907-3396

                              RE: Expediente no. 127713132
                              Ana Rosa Olivella Rivera
                              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

Estimados señores:

Se acompaña **Solicitud de Investigación** y copia de **carta emitida por Popular Leasing**
la cual se explica por si sola.

Como notarán la a1ra. cuenta que aparece en mi reporte de crédito es una de las cuentas
que Popular Leasing reportó por error. Sin embargo, nunca fue corregido por ustedes en
mi reporte de crédito. Pero como dato curioso, la misma cuenta aparece reportada en el
mismo reporte de crédito bajo cuentas **"reportadas sin información adversa"**

Eso deja demostrado que nunca se hizo la corrección correspondiente aún cuando había
sido solicitado previamente.. Por lo cual les suplico se sirvan corregir dicho error a la
brevedad posible, ya que esto me ha hecho mucho daño al momento de solicitar crédito.

Muchas gracias por la atención que estoy segura darán a este asunto

Cordialmente,


Ana Rosa Olivella
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

