```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA            *   CIVIL NO.: 98-2267 (JAG)
                                  *
     Plaintiff                    *
                                  *
         v.                       *
                                  *   JURY TRIAL DEMANDED
POPULAR LEASING AND RENTAL, INC., *
ET AL.                            *
                                  *
     Defendants                   *
                                  *
-----------------------------------*
```

### MOTION REQUESTING ORDER FOR PRODUCTION OF DOCUMENTS

TO THE HONORABLE COURT:

COME NOW defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominated Puerto Rican American Insurance Company) and BANCO POPULAR DE PUERTO RICO, represented by the undersigned attorneys, and before the Honorable Court respectfully tenders this proposed pre-trial order:

1. In the present case, plaintiff is claiming that her credit was damaged as a consequence of a credit report issued by Trans Union to several entities and that Trans Union's report was prepared pursuant to information provided by the defendant Popular Leasing and Rental, Inc.

2. Plaintiff filed a claim under the Federal Credit Reporting Act.

3. In order to obtain all the pertinent information regarding plaintiff's claim, the appearing party needs all the documents that Trans Union has received and/or generated regarding Ana Olivella's

credit report. A subpoena for obtaining those documents was serviced on Trans Union using format A-088 (subpoena in a civil case). Said subpoena was signed by the undersigned attorney pursuant to Rule 45 of the Federal Rules of Civil Procedure. Copy of the subponea is herein enclosed. However, the attorney for Trans Union in Puerto Rico informed to us that in order to produce the documents requested, Trans Union requested that the subpoena be signed by the judge presiding the case.

4. In view of the above, it is hereby respectfully requested that this Honorable Court issues a subponea order directed at Trans Union, LLC allowing the appearing party to inspect and copy all the documents contained in the file of Trans Union for plaintiff Ana R. Olivella Rivera, including all documents prepared and generated by Trans Union and all the documents received by Trans Union from other parties regarding Mrs. Olivella Rivera, including all documents pertaining to disputes of credit reports made by Mrs. Olivella and all notifications of said disputes made by Trans Union to third parties.

5. As requested by Trans Union, the subponea order must contain the following information: social security number for Ana Olivella Rivera (███████████, plaintiff's last known address (250 Ponce de León Ave., Suite 502, Citibank Tower, San Juan, PR 00917), postal address (P.O. Box 8457, Bayamón, PR 00960-8457), and plaintiff's date of birth (December 2, 1955).

6. Trans Union has provided the following methods for notification of the subpoena: fax: (312) 985-2030 (preferred method), e-mail: subpoenamail@transunion.com, or by mail: Trans Union, 555 West Adams, Chicago, IL 60661.

7. Enclosed is Trans Union's guidelines for production of documents.

WHEREFORE, it is respectfully requested that an order be issued by this Honorable Court directed at Trans Union allowing for the production of documents as requested in this motion directed to Trans Union.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Rafael A. Oliveras López, Esq.; David López Pumarejo, Esq.**

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 8th day, of March, 2007.

> s/ Ana María Otero
> USDC No. 206312
> Attorney for defendants
> Preferred Risk Insurance Company
> and Banco Popular de Puerto Rico
> OTERO & LOPEZ, L.L.P.
> P.O. Box 9023933
> San Juan, P.R. 00902-3933
> Tel: 724-4828
> Fax: 722-7662
> e-mail: otelo@prtc.net