AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## United States District Court
### DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA

V.

POPULAR LEASING & RENTAL, INC.,
ET AL.

**SUBPOENA IN A CIVIL CASE**

Case Number: 98-2267 (JAG)

TO: TRANS UNION
AVE. PONCE DE LEON 670
SANTURCE, PR
TEL: 729-9191

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents pertaining to credit reports of Ana Rosa Olivella Rivera, and all documents pertaining to disputes of credit reports and requests for correction and/or amendment to report made by Ana Rosa Olivella Rivera.

| PLACE Otero & López, LLP, 1250 Ponce de León Ave., Suite 800, Santurce, PR 00907 | DATE AND TIME February 28, 2007 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* attorney for defendant | DATE February 2, 2007 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Otero & López, L.L.P., P.O. Box 9023933, San Juan, PR, 00902-3933; (787) 724-4828 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 8 Febrero 2007 | Ave. Ponce de Leon #670. Santurce, P.R. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| TRANS UNION | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Guillermo Torres | Paralegal |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   8 Febrero 2007
              DATE

SIGNATURE OF SERVER

Ave De Diego 303-2
ADDRESS OF SERVER

Rio Piedras, P.R.