```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA              *    CIVIL NO.: 98-2267 (JAG)
                                    *
        Plaintiff                   *
                                    *
           v.                       *
                                    *    JURY TRIAL DEMANDED
POPULAR LEASING AND RENTAL, INC.,   *
ET AL.                              *
                                    *
        Defendants                  *
                                    *
------------------------------------*
```

MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COME NOW defendants PREFERRED RISK INSURANCE COMPANY (erroneously denominated Puerto Rican American Insurance Company) and BANCO POPULAR DE PUERTO RICO, represented by the undersigned attorneys, and before the Honorable Court respectfully tenders this proposed pre-trial order:

1. This court issued an order (docket number 210) directed at the appearing party to submit a draft of order for production of documents.

2. Said draft of order is being submitted with the present motion.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Rafael A. Oliveras López, Esq.; David López Pumarejo, Esq.**

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 20th day, of March, 2007.

                                                s/ Ana María Otero
USDC No. 206312
Attorney for defendants
Preferred Risk Insurance Company
and Banco Popular de Puerto Rico
OTERO & LOPEZ, L.L.P.
P.O. Box 9023933
San Juan, P.R. 00902-3933
Tel: 724-4828
Fax: 722-7662
e-mail: otelo@prtc.net