```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

| | | |
|---|---|---|
| ANA R. OLIVELLA RIVERA | * | CIVIL NO.: 98-2267 (GAG/JA) |
| | * | |
| <u>Plaintiff</u> | * | |
| | * | |
| v. | * | |
| | * | JURY TRIAL DEMANDED |
| POPULAR LEASING AND RENTAL, INC., ET AL. | * | |
| | * | |
| <u>Defendants</u> | * | |
| | * | |

<u>ORDER</u>

PREFERRED RISK INSURANCE CO. and BANCO POPULAR DE PUERTO RICO, having moved this court for an order requiring Trans Union, LLC to produce and permit inspection and copying of certain specified documents, and the court having considered the arguments of counsel.

It is ordered that Trans Union, LLC produce and permit to inspect and copy the following documents: all documents prepared and generated by Trans Union and all documents received by Trans Union from other parties regarding the credit report of Ms. Ana Olivella Rivera, social security number █████████, with last known address at P.O. Box 8457, Bayamón, PR 00960-8457 and date of birth December 2, 1955. The production must include all documents pertaining to disputes of credit reports made by Ms. Olivella and all notifications of said disputes made by Trans Union to third parties.

It is further ordered that Trans Union, LLC permit PREFERRED

RISK INSURANCE CO. and BANCO POPULAR DE PUERTO RICO the inspection and copying of the above-described documents at Otero & López, LLP, 1250 Ponce de León Ave., San José Building, Suite 800, Santurce, Puerto Rico, on **April 16, 2007 at 10:00 a.m.**

It is so ordered in San Juan, Puerto Rico this      day of March, 2007.

                                JUSTO ARENAS
                                MAGISTRATE JUDGE