UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA R. OLIVELLA RIVERA | * CASE NUM: 98-2267(CC) |
| Plaintiff | * |
| Vs. | * CREDIT COLLECTION |
| | * DAMAGES |
| PR POPULAR LEASING AND RENTAL, INC. and OTHERS | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiffs through the undersigned attorney and most respectfully alleges and prays:

1. Present case has been scheduled at 9:30 a.m. for pre-trial conference.

2. Weeks before said notification undersigned was also was notified with pre-trial conference in the case of Yoland Chao v. E.L.A. before the Court of First Instance.

3. It is most respect requested, that the pre trial conference in this case be moved to a later hour around 11:00 a.m. or preferably at 2:00 p.m.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that on this date, the foregoing motion was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all corresponding parties.

In Caguas, Puerto Rico, at this March 23rd, 2007.

> s/Rafael A. Oliveras López de Victoria
> **Rafael A. Oliveras López De Victoria**
> **Attorney for Plaintiffs**
> USDC-PR: 119606
> URB. VILLA DEL REY
> 4G9, CALLE 2, 4TA SECCION
> CAGUAS, PUERTO RICO 00727-6704
> TEL: (787) 744-8588/ FAX: (787)703-0977
> Email: roliveralv@prtc.net