# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANA R. OLIVELLA RIVERA** | * CASE NUM: 98-2267(CC) |
| Plaintiff | * |
| Vs. | * CREDIT COLLECTION |
|  | * DAMAGES |
| **PR POPULAR LEASING AND RENTAL, INC. and OTHERS** | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED MOTION

**TO THE HONORABLE COURT:**

    **COMES NOW** Plaintiffs through the undersigned attorney and most respectfully alleges and prays:

1. The present case has been scheduled at 9:30 a.m. for pre-trial conference.

2. Weeks before said notification, undersigned was notified that the pre-trial conference in the case of <u>Yolanda Chao v. E.L.A.</u> before the Court of First Instance was at this same time and date.

3. It is most respectfully requested, that the pre trial conference in this case be moved to a later hour around 11:00 a.m. or preferably at 2:00 p.m, in order to comply with the same.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that on this date, the foregoing motion was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all corresponding parties.

In Caguas, Puerto Rico, at this March 24th, 2007.

> **s/Rafael A. Oliveras López de Victoria**
> **Rafael A. Oliveras López De Victoria**
> **Attorney for Plaintiffs**
> USDC-PR: 119606
> URB. VILLA DEL REY
> 4G9, CALLE 2, 4TA SECCION
> CAGUAS, PUERTO RICO 00727-6704
> TEL: (787) 744-8588/ FAX: (787)703-0977
> Email: roliveralv@prtc.net