IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA R. OLIVELLA RIVERA,

Plaintiff

v.                                          CIVIL 98-2267 (GAG) (JA)

POPULAR LEASING AND RENTAL, INC., et al.,

Defendants

PRETRIAL CONFERENCE REPORT AND ORDER

At today's conference, plaintiff was represented by Rafael A. Oliveras-López, defendants by Ana María Otero and David López Pumarejo, Esqs.

Parties are not quite ready for trial. There are some issues pending which may lend themselves to motions in limine or a terse dispositive motion. In all probability the case will proceed to trial. Should any party require a continuance in order to complete discovery, any continuance will not be prolonged because of the age of the case. Trial time is estimated at two days.

Parties will meet to narrow issues and improve on the pretrial conference memorandum to include more details regarding plaintiff's claims, and the elements of damages, economic and emotional.

Plaintiff is ordered to show cause, if any there be, why the section 1802 cause of action should not be dismissed based upon the defense of limitations.

At San Juan, Puerto Rico, this 26th day of March, 2007.

S/ JUSTO ARENAS
Chief United States Magistrate Judge