UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANA R. OLIVELLA RIVERA** | * CASE NUM: 98-2267(CC) |
| Plaintiff | * |
| Vs. | * CREDIT COLLECTION |
| | * DAMAGES |
| **PR POPULAR LEASING AND RENTAL, INC. and OTHERS** | * |
| Defendants | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW Plaintiffs through the undersigned attorney and most respectfully alleges and prays:

1. The parties agreed to meet on a rescheduled date, April 4th, 2007 at 2:00 p.m.

2. However, attorney Ana Otero could not be available due to severe sickness in her family, which although transitory, relates to one of her children.

3. Plaintiff has no qualms about rescheduling said conference between attorneys for the following dates:

    a. April 19th, 2007 – 11:00 a.m.

    b. April 24th, 2007 – A.M.

    c. May 3rd, 2007 – A.M.

4. This conference is necessary in order to evaluate the evidence which was already submitted to Defendants, and which Banco Popular has indicated that there may be confusion about the same. This was raised both by Ana Otero and undersigned attorney in relation to *Motion In Limine* filed before this Court.

5. Therefore, it is respectfully requested that Defendants be ordered to appear in one of the above mentioned dates at our offices.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that on this date, the foregoing motion was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all corresponding parties.

In Caguas, Puerto Rico, at this April 11th, 2007.

> **s/Rafael A. Oliveras López de Victoria**
> **Rafael A. Oliveras López De Victoria**
> **Attorney for Plaintiffs**
> USDC-PR: 119606
> URB. VILLA DEL REY
> 4G9, CALLE 2, 4TA SECCION
> CAGUAS, PUERTO RICO 00727-6704
> TEL: (787) 744-8588/ FAX: (787)703-0977
> Email: roliveralv@prtc.net