UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA R. OLIVELLA RIVERA | * CASE NUM: 98-2267(CC) |
| Plaintiff | * |
| Vs. | * CREDIT COLLECTION |
|  | * DAMAGES |
| PR POPULAR LEASING AND RENTAL, INC. and OTHERS | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION REQUESTING TRANSFER

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiffs through the undersigned attorney and most respectfully alleges and prays:

1. The present case has been scheduled for jury trial on June 4, 2007 and could last two to three days.
2. On April 27, 2007, a laparactomy was performed to Ana R. Olivella at the Ashford Medical Center, whereby various large kidney stone were removed.
3. Presently, Mrs. Ana R. Olivella is in a very delicate condition due to said major surgery; and she most respectfully request that said trial be transferred to another date.
4. Furthermore, undersigned attorney has a previously scheduled case in the Court of First Instance, Superior Court of Arecibo on June 5, 6, 7 and 8 in the case of <u>Karen Guzman vs. Doctor Hospital</u>.

5. Undersigned has the dates of June 25, 26 and 27 available for jury trial in this case, and therefore most respectfully requests the transfer of the same to said dates.

6. To make matters worse, undersigned is in the verge of being hospitalized due to severe bronchitis. See medical certificate. This medical condition has made it impossible to comply with certain matters, which distinguished counselor Mrs. Ana Otero knows. Therefore, said request is most respectfully solicited from the Honorable Court.

7. Settlement is most probable in this case; this is well known by attorney Otero and undersigned. Therefore, we most respectfully request the jury trial be converted in to a settlement conference.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date, the foregoing motion was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all corresponding parties.

In Caguas, Puerto Rico, at this May 17, 2007.

> **s/Rafael A. Oliveras López de Victoria**
> **Rafael A. Oliveras López De Victoria**
> **Attorney for Plaintiffs**
> USDC-PR: 119606
> URB. VILLA DEL REY
> 4G9, CALLE 2, 4TA SECCION
> CAGUAS, PUERTO RICO 00727-6704
> TEL: (787) 744-8588/ FAX: (787)703-0977
> Email: roliveralv@prtc.net