## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANA R. OLIVELLA RIVERA** | *  **CASE NUM: 98-2267(CC)** |
| | * |
| Plaintiff | * |
| | * |
| **Vs.** | **\*CREDIT COLLECTION** |
| | **\*DAMAGES** |
| **PR POPULAR LEASING AND** | * |
| **RENTAL, INC.** | * |
| **and OTHERS** | * |
| | * |
| Defendants | * |

**************************************

## MOTION REQUESTING CONTINUANCE

TO THE HONORABLE COURT:

COMES NOW Plaintiffs through the undersigned attorney and most respectfully alleges and prays:

1. The present case has been scheduled for Settlement Conference in July 30, 2007.

2. The parties in this case have **almost** settled the same in economic terms; only pending are non-economic terms.

3. Undersigned's mother, Mrs. Maria Nereida Lopez de Victoria, suffered a catarization in her middle heart artery. She is 84 years old, with multiple conditions, and undersigned moves this Honorable Court that the scheduled Settlement Conference be moved to the following days:

- August 6th, 2007

- August 8th, 2007

- August 20th, 2007

4. This personal situation has been consulted with both attorneys, Lopez Pumarejo, Esq. and Ana Otero, Esq.; and both have no objections in moving the conference on August 6th, 8th and 14th around 2:30 p.m.

5. Therefore, in light of the above it is respectfully requested that this continuance be granted.

**RESPECTFULLY REQUESTED.**

I HEREBY CERTIFY that on this date, the foregoing motion was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to corresponding parties.

In Caguas, Puerto Rico, at this July 24th, 2007.

**s/Rafael A. Oliveras López de Victoria**
**Rafael A. Oliveras López De Victoria**
**Attorney for Plaintiffs**
USDC-PR: 119606
URB. VILLA DEL REY
4G9, CALLE 2, 4TA SECCION
CAGUAS, PUERTO RICO 00727-6704
TEL: (787) 744-8588/ FAX: (787)703-0977
Email: roliveralv@prtc.net