IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Ana R. Olivella Rivera**<br>    *Plaintiff*<br><br>    vs.<br><br>**Popular Leasing and Rental, Inc**<br>**and others**<br>    *Defendants* | District Court No.<br><br>98-2267 GAG- JA |

## SETTLEMENT STIPULATION

**To the Honorable Court:**

   Come now the parties represented by their undersigned attorneys and respectfully set forth and pray:

   1. The parties have agreed to a settlement in this case for the total amount of $30,000.00. MAPFRE, on behalf of codefendants Preferred Risk Insurance Company and Banco Popular de Puerto Rico, within two weeks will pay to plaintiff the amount of $25,000.00 and codefendant Popular Auto, Inc, formerly known as Popular Leasing and Rental, Inc. will pay $5,000.00 to plaintiff, for a total amount of $30,000.00, in full and complete satisfaction to the plaintiff of all the damages allegedly suffered as a result of the facts alleged in the complaint, in regards to lease contract number 02500-7689-0008337 signed by Ana R. Olivella and Popular Leasing on September, 25, 1992 and regarding account 02-000-07686-00-10451 for insurance financing.

   2. Plaintiff accepts the settlement amount of $30,000.00 as full and complete settlement of all her causes of action, as well as in payment of any future damages that she may suffer as a result of the incident alleged in the complaint in regards to lease contract number 02500-7689-0008337 signed by Ana R. Olivella and popular Leasing on September, 25, 1992 and regarding account 02-000-07686-00-10451 for insurance financing. In consideration of said settlement, plaintiff hereby

USDC Civil No.  98-2267 JAG                                                                                       Page 2

releases and forever discharges defendants and its insurers from any further liability in this matter.

3. Payments made under this settlement will not be construed as acceptance of any wrongdoing or transgression on behalf of defendants Banco Popular and Popular Auto, Inc.

4. It is an essential condition of this settlement that this stipulation is agreed without the imposition of costs, interest or attorneys fees.  Payments to be made herein will be issued jointly to the name of plaintiff and to Attorney Rafael Oliveras López de Victoria.

WHEREFORE, the parties hereby request from the Honorable Court that judgment be entered pursuant to this settlement stipulation, without the imposition of costs, interest or attorneys fees, in consideration of which the plaintiff requests the dismissal of all her causes of action with prejudice.

San Juan, Puerto Rico, this 8th day of August, 2007.

s/Rafael A. López de Victoria
RAFAEL A. LOPEZ DE VICTORIA, ESQ.
USDC:  119606
Attorney for the Plaintiff
#4G9 2nd Street, 4th Section
Villa del Rey
Caguas, Puerto Rico  00727-6704
Tel:  744-8588 Fax: 703-0977
e-mail: roliveralv@prtc.net

DAVID LOPEZ PUMAREJO, ESQ.
USDC: 123711
Attorneys for Defendant
Popular Leasing and Rental, Inc.
PO Box 190743
San Juan, Puerto Rico  00919-0743
Tel: 792-7013 Fax: 792-8520
e-mail: dlpuma@coqui.net

s/Ana María Otero
ANA MARIA OTERO, ESQ.
USDC:  206312
OTERO & LOPEZ, L.L.P.
Attorneys for Defendants Preferred Risk Insurance Company
And Banco Popular de Puerto Rico
PO Box 9023933
San Juan, Puerto Rico  00902-3933
Tel: 724-4828 Fax: 722-3933
E-mail: otelo@prtc.net