IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA R. OLIVELLA-RIVERA<br><br>Plaintiff(s)<br><br>v.<br><br>POPULAR LEASING & RENTAL, INC., ET AL<br><br>Defendant(s) | CIVIL NO. 98-2267 (GAG/JA) |

## JUDGMENT

The Court, through the Honorable Chief Magistrate Judge Justo Arenas, has entered an order on August 9, 2007, (Dkt. 232), approving the Settlement Agreement filed on August 8, 2007, (Dkt. 231).  WHEREFORE, it is

**ORDERED** and **ADJUDGED** that judgment be entered pursuant to the settlement stipulation, without the imposition of costs, interest or attorneys fees.  FURTHER, it is

**ORDERED** and **ADJUDGED** that the case is dismissed with prejudice.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 24th day of August, 2007.

FRANCES RIOS DE MORAN
CLERK OF COURT


s/ *Brenda Gonzalez-De la Concha*
Brenda Gonzalez-De la Concha
Courtroom Deputy Clerk